**EXHIBIT A**

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
2/17/2023 11:44 AM
CLERK OF THE COURT
Catherine Chavez

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

Case No. D-202-CV-2023-01173

CARLOS AGUILAR-TAFOYA, and
BRADLEY BREWTON, both individually and
on behalf of other similarly situated individuals,

        Plaintiffs,

    v.

THE TRAVELERS INDEMNITY COMPANY,
THE STANDARD FIRE INSURANCE COMPANY,
TRAVELERS CASUALTY AND SURETY COMPANY,
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,
THE TRAVELERS CASUALTY COMPANY,
TRAVELERS CASUALTY COMPANY OF CONNECTICUT,
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,
TRAVELERS INDEMNITY COMPANY OF AMERICA,
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,
TRAVELERS PERSONAL INSURANCE COMPANY,
TRAVELERS PERSONAL SECURITY INSURANCE COMPANY,
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,
TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,
TRAVELERS COMMERCIAL CASUALTY COMPANY, and
TRAVELERS COMMERCIAL INSURANCE COMPANY

        Defendants.

## CLASS ACTION COMPLAINT

1.     Plaintiff Carlos Aguilar-Tafoya ("Plaintiff Aguilar-Tafoya"), and Plaintiff Bradley Brewton ("Plaintiff Brewton") for themselves and on behalf of the Class and Subclass defined herein, brings this Class Action Complaint to recover damages from Travelers Insurance Company and The Standard Fire Insurance Company ("Defendants"), and state as follows:

### JURISDICTION AND VENUE

2.     This Court has jurisdiction under Article VI, Section 13 of the New Mexico Constitution.

1

3.      Venue is proper under NMSA 1978, § 38-3-1(B).

4.      Defendants are real parties in interest and proper parties to this action.

5.      This Court has personal jurisdiction over the Defendant. The acts complained of herein occurred in the New Mexico.

## PARTIES

6.      Plaintiff Carlos Aguilar-Tafoya is, and was at all material times, a resident of Bernalillo County, New Mexico.

7.      Plaintiff Bradley Brewton is, and was at all material times, a resident of Bernalillo County, New Mexico.

8.      Defendant Travelers Indemnity Company, is a foreign for-profit corporation conducting business, including the sales and solicitations for the sales of insurance policies, throughout the State of New Mexico. Process is properly served on it via its registered agent, the Office of Superintendent of Insurance.

9.      Defendant The Standard Fire Insurance Company, is a foreign for-profit corporation conducting business, including the sales and solicitations for the sales of insurance policies, throughout the State of New Mexico. Process is properly served on it via its registered agent, the Office of Superintendent of Insurance.

10.     Defendant Travelers Casualty and Surety Company, is a foreign for-profit corporation conducting business, including the sales and solicitations for the sales of insurance policies, throughout the State of New Mexico. Process is properly served on it via its registered agent, the Office of Superintendent of Insurance.

11.     Defendant Travelers Casualty Insurance Company of America, is a foreign for-profit corporation conducting business, including the sales and solicitations for the sales of

2

insurance policies, throughout the State of New Mexico. Process is properly served on it via its registered agent, the Office of Superintendent of Insurance.

12. Defendant The Travelers Casualty Company, is a foreign for-profit corporation conducting business, including the sales and solicitations for the sales of insurance policies, throughout the State of New Mexico. Process is properly served on it via its registered agent, the Office of Superintendent of Insurance.

13. Defendant Travelers Casualty Company of Connecticut, is a foreign for-profit corporation conducting business, including the sales and solicitations for the sales of insurance policies, throughout the State of New Mexico. Process is properly served on it via its registered agent, the Office of Superintendent of Insurance.

14. Defendant Travelers Casualty Insurance Company of America, is a for profit corporation conducting business, including the sales and solicitations for the sales of insurance policies, throughout the State of New Mexico. Process is properly served on it via its registered agent, the Office of Superintendent of Insurance.

15. Defendant Travelers Indemnity Company of America, is a foreign for-profit corporation conducting business, including the sales and solicitations for the sales of insurance policies, throughout the State of New Mexico. Process is properly served on it via its registered agent, the Office of Superintendent of Insurance.

16. Defendant Travelers Indemnity Company of Connecticut, is a foreign for-profit corporation conducting business, including the sales and solicitations for the sales of insurance policies, throughout the State of New Mexico. Process is properly served on it via its registered agent, the Office of Superintendent of Insurance.

17.    Defendant Travelers Personal Insurance Company, is a foreign for-profit corporation conducting business, including the sales and solicitations for the sales of insurance policies, throughout the State of New Mexico.  Process is properly served on it via its registered agent, the Office of Superintendent of Insurance.

18.    Defendant Travelers Personal Security Insurance Company, is a foreign for-profit corporation conducting business, including the sales and solicitations for the sales of insurance policies, throughout the State of New Mexico.  Process is properly served on it via its registered agent, the Office of Superintendent of Insurance.

19.    Defendant Travelers Property Casualty Company of America, is a foreign for-profit corporation conducting business, including the sales and solicitations for the sales of insurance policies, throughout the State of New Mexico.  Process is properly served on it via its registered agent, the Office of Superintendent of Insurance.

20.    Defendant Travelers Property Casualty Insurance Company, is a foreign for-profit corporation conducting business, including the sales and solicitations for the sales of insurance policies, throughout the State of New Mexico.  Process is properly served on it via its registered agent, the Office of Superintendent of Insurance.

21.    Defendant, Travelers Commercial Casualty Company is a foreign for-profit corporation conducting business, including the sales and solicitations for the sales of insurance policies, throughout the State of New Mexico.  Process is properly served on it via its registered agent, the Office of Superintendent of Insurance.

22.    Defendant Travelers Commercial Insurance Company, is a foreign for-profit corporation conducting business, including the sales and solicitations for the sales of insurance

policies, throughout the State of New Mexico. Process is properly served on it via its registered agent, the Office of Superintendent of Insurance.

23.    Defendant The Travelers Indemnity Company, Defendant The Standard Fire Insurance Company, Defendant Travelers Casualty and Surety Company, Defendant Travelers Casualty Insurance Company Of America, Defendant The Travelers Casualty Company, Defendant Travelers Casualty Company Of Connecticut, Defendant Travelers Indemnity Company of America, Defendant Travelers Indemnity Company Of Connecticut, Defendant Travelers Personal Insurance Company, Defendant Travelers Personal Security Insurance Company, Defendant Travelers Property Casualty Company of America, Defendant Travelers Property Casualty Insurance Company, Defendant Travelers Commercial Casualty Company, and Defendant Travelers Commercial Insurance Company are herein collectively referred to as "Defendants.

## FACTUAL ALLEGATIONS

**Defendants operate as a joint venture and have engaged in a civil conspiracy to violate New Mexico statutes and civil law.**

24.    Defendants worked together as a joint venture and have engaged in a civil conspiracy to misrepresent underinsured motorist coverages to their insureds and insureds' intended beneficiary, including Mr. Aguilar-Tafoya and Mr. Brewton. They are jointly and severally liable for the acts and resulting damages described herein.

25.    In addition to and as a result of the above factual information, Defendants had and have an agreement to combine their money, property, time, resources, sales, adjustment and underwriting services in the provision of insurance products and services.

26.    Defendants had and currently have an agreement to share in profits and losses.

5

27.    Defendants' corporate organization of policy design and language, billing, soliciting, selling, and adjustment of underinsured motorist coverages is uniform amongst all Defendants.

28.    Defendants solicit and sell underinsured motorist coverage at minimal limits and higher limits in New Mexico through its substantially similar applications, declaration pages, and policies in a systematic and uniform fashion. These documents are created and maintained by all Defendants, mutually, in the coordination of sharing profits and losses for the sale of underinsured motorist coverage in New Mexico. **See Exhibits 1 (Tafoya policy) and 2 (Brewton Policy)**.

29.    All named Defendants have right of mutual control over all Defendants' business or insurance activities.

30.    Defendants are in a joint effort to rate insureds, evaluate premiums, evaluate risks, sell insurance and assign an "insurer" based on a single application.  **See Exhibits  1 and ,** bates number Aguilar_Brewton027-028 and 035-036,

31.    Defendants utilize the same adjusters to evaluate, adjust, and resolve claims on behalf of all Defendants for the purpose of sharing profits and losses.

**Carlos Aguilar-Tafoya purchased an uninsured/underinsured motorist policy from Defendant.**

32.    In 2015, Defendants issued Mr. Aguilar-Tafoya a motor vehicle insurance policy effective February 17, 2015. See **Exhibit 1, Aguilar-Tafoya Declaration Page(s)**.

33.    The policy that Defendants issued Mr. Aguilar-Tafoya was Policy No. 993647156 203 1, effective from February 17, 2015, to February 17, 2016. *Id.*

34.    Defendants issued a second policy to Mr. Aguilar-Tafoya with Policy No. 993647156 203 1, effective from February 17, 2017, to February 17, 2018. *Id.*

35. The policies provided bodily injury liability coverage on one vehicle in the amount of $25,000 each person and $50,000 per accident, per vehicle. *Id.*

36. The policies also purportedly provided uninsured and underinsured motorist bodily injury coverage in the amount of up to $25,000.00 per person/$50,000.00 per accident, which was the maximum amount of coverage that Mr. Aguilar-Tafoya could purchase given his purchase of liability insurance at the $25,000.00 per person/$50,000.000 per accident limit. *Id.*

37. The policies also purportedly provided uninsured and underinsured motorist property damage coverage in the amount of up to $10,000.00 per accident, which was the maximum amount of coverage that Mr. Aguilar-Tafoya could purchase given his purchase of liability insurance at the $25,000.00 per person/$50,000.000 per accident limit. *Id.*

38. Mr. Aguilar-Tafoya paid a premium of $363.00 for the uninsured and underinsured motorist bodily injury coverage and $22.00 for the uninsured and underinsured motorist property damage coverage that Defendants purportedly offered from February 17, 2015, to February 17, 2016 and February 17, 2017, to February 17, 2018. *Id.*

**Defendants' systematic application process, declarations, UM/UIM information and selection forms, and policy are ambiguous and misrepresented the true value of underinsured motorist coverage and failed to properly and adequately disclose to Aguilar-Tafoya that the underinsured motorist coverage for which Defendants collected a premium was illusory and misleading.**

39. Defendants' application and the Aguilar-Tafoya Policy failed to properly inform Aguilar-Tafoya about the offset described in *Schmick v. State Farm Mutual Automobile Insurance Company*, 704 P.2d 1092 (1985) (the *Schmick* offset), and did not meet Mr. Aguilar-Tafoya's reasonable belief of being properly insured in the event he sustained significant injuries.

40. The application and the Aguilar-Tafoya Policy did not contain clear, unambiguous language regarding the effects of the *Schmick* offset. It does not use the word "offset" at all in

7

either the application or the policy.

41.    Defendants' application and application process did not alert Mr. Aguilar-Tafoya, nor make clear to the ordinarily and similarly situated insureds, the fact that the *Schmick* offset drastically and materially diminished payment of underinsured motorist benefits arising from an otherwise covered occurrence under the policy for accidents involving minimal limits underinsured motorists.

42.    Defendants' application and policy booklet did not alert Mr. Aguilar-Tafoya that he would be billed a premium for underinsured motorist coverage on a minimum limits policy, where there was no likelihood of him ever being able to recover the full amount of underinsured motorist coverage for which he was billed and a high likelihood he would be unable to collect any underinsured motorist coverage for which he was charged a premium.

43.    Defendants' boilerplate forms which should allow insureds to select or reject Uninsured and Underinsured Motorists Coverage did not adequately disclose "Underinsured Motorist" *Id.*

44.    Defendants' boilerplate forms which allow insureds to select or reject Uninsured and Underinsured Motorists Coverage are misleading and ambiguous and do not in any manner refer to the New Mexico statute, NMSA § 66-5-301(B). *Id.*

45.    Defendants' application, pursuant to NMSA § 66-5-301(C), should not mislead  so that a meaningful offer is made and an insured is able to make a knowing and intelligent choice of UM/UIM coverage.

46.    Defendants' boilerplate forms and ambiguous policy definitions failed to properly inform Mr. Aguilar-Tafoya about the offset described in *Schmick v. State Farm Mutual Automobile Insurance Company*, 704 P.2d 1092 (1985) ("the *Schmick* offset") and did not meet his reasonable

expectations of being properly insured in the event he sustained significant injuries. See *Crutcher v. Liberty Mut. Ins. Co.*, 2022-NMSC-001, ¶ 2, 501 P.3d 433, 434("We conclude that this type of policy is illusory in that it may mislead minimum UM/UIM policyholders to believe that they will receive underinsured motorist benefits, when in reality they may never receive such a benefit.").

47.     Nothing in Defendants' boilerplate forms advise an insured that they will never receive the full amount of underinsured motorist coverage for which they have contracted.

48.     When Mr. Aguilar-Tafoya purchased automobile coverage, Defendants misled him of how underinsured motorist coverage operates in the event of a covered occurrence involving an underinsured driver.

49.     Defendants failed to properly inform Mr. Aguilar-Tafoya that he and his insured beneficiaries would most likely not be afforded the full UIM benefits from paying a premium for underinsured motorist coverage because, pursuant to the *Schmick* offset, Mr. Aguilar-Tafoya and insured beneficiaries' recovery of underinsured motorist benefits would be offset by the amount of the tortfeasor's liability coverage. See *Id.*, ¶ 26. "We refuse to impose on the insured the obligation to be aware of and understand the consequences of New Mexico's UM/UIM statutory provisions, much less the offset rule derived by its technical language."

50.     Defendants' forms did not contain clear, unambiguous language regarding the effects of the *Schmick* offset and are misleading, i.e. illusory.

51.     Defendants' systematic processes forms did not alert Mr. Aguilar-Tafoya, nor make clear to ordinarily and similarly situated insureds, the fact that the *Schmick* offset drastically and materially diminished payment of benefits arising from a covered occurrence under the policy for crashes involving underinsured motorists. See *Id.*

52.     Defendants' systematic processes and forms misrepresented the true value of the

illusory underinsured motorist coverage that it advertised and sold to Mr. Aguilar-Tafoya and for which Defendants collected premiums. See *Id*, ¶ 26. "First, we find no merit in Defendants' argument that the language of the statute provides immunity from claims that it misrepresented the coverage available to consumers like Mr. Aguilar-Tafoya. Certainly, while the Legislature authorized the selling of premiums together, its intent was not to sanction the deception of those consumers in their selection of policies and coverage levels. The Court in *Weed Warrior* concluded that it was the obligation of the insurance company to clearly provide its policyholders the opportunity to match their UM/UIM policy with their liability coverage. *Id.* ¶ 15. In this case [*Crutcher*], we are simply identifying the same consequence previously illuminated in *Weed Warrior*. *Id.* ¶ 10.) and *Id*, ¶ 27. If a person pays for something called "underinsured motorist" insurance, we think it reasonable for the person to be under the impression that he or she is, in fact, eligible to receive UIM coverage if involved in an accident with someone who does not have enough insurance to cover the costs of the insured's injuries." *Id.*

**Bradley Brewton was injured in a collision with an underinsured motorist.**

53.    On November 5, 2020, Bradley Brewton suffered bodily injuries and other damages from an automobile collision that occurred on Tramway Blvd NE (N of Academy Blvd), when a minimally insured motorist, failed to avoid the pre-existing car wreck, and struck Mr. Brewton.

54.    Mr. Brewton was not at fault for the collision.

55.    At the time of the collision, Mr. Brewton was abiding by New Mexico and Albuquerque traffic laws.

56.    As a result of the collision, Mr. Brewton was transported to the hospital via ambulance as he suffered serious bodily injuries and other damages.

57.     Mr. Brewton suffered total damages well in excess of $50,000.00.

58.     At the time of the collision, Mr. Brewton was an insured beneficiary with Defendants with Policy No. 604368660 203 1, which provided him with uninsured and underinsured motorist insurance coverage in the amount of up to $50,000.00 per person/$100,000.00 per accident on three vehicles, stacked for, a total per person limit of $150,000.00 and $300,000.00 per accident.

59.     After the collision, Mr. Brewton made a claim with the tortfeasor's insurer and received $166,667.00 from the tortfeasor.

60.     At the time of the collision, Mr. Brewton was under the reasonable belief and had a reasonable expectation that he was entitled to underinsured motorist benefits pursuant to the application and the insurance policy that Defendants had issued. See **Exhibit 2**, Policy.

61.     After the collision, Mr. Brewton reported the collision to Defendants and, through counsel, opened a claim on the underinsured motorist coverage for which Defendants had collected premiums.

62.     On December, 2, 2020, Defendants, under a standardized business practice, opened a claim, assigned claim number ILL2882, and randomly assigned the adjustment of the matter to one of their adjusters.

63.     There was a reasonable expectation that Mr. Brewton, as a third-party beneficiary, would benefit from the insurance premiums Defendants collected. In fact, however, under the policy there were virtually no underinsured motorist benefits for this claim.

64.     To date, Mr. Brewton has not received underinsured motorist benefits from Defendants.

11

## CLASS ACTION ALLEGATIONS

65.    This action is properly maintainable as a class action pursuant to Rule 1-023

NMRA. The Class is defined as follows:

> All persons (and their heirs, executors, administrators, successors, and assigns) insured by Defendants where Defendants' written representations of UM/UIM benefits misled them to reasonably believe they paid a premium underinsured motorist coverage on a policy that was issued or renewed in New Mexico and that purported to provide underinsured motorist coverage on the face of its application and declaration pages, but which effectively provides no underinsured motorists coverage and/or misleading underinsured coverage, reflected on Defendant's declaration page, because of the statutory offset recognized in *Schmick v. State Farm Mutual Automobile Insurance Company*, 704 P.2d 1092 (1985).

66.    Pursuant to Rule 1-023(C)(4)(b), the Class properly includes a Subclass:

> All Class Members (and their heirs, executors, administrators, successors, and assigns) where an underinsured motorist coverage on a policy that was issued or renewed in New Mexico by Defendants that purported to provide the underinsured motorist coverage on the face of its application and declaration pages, but which in fact provides no underinsured motorists coverage on the first layer of underinsured motorist benefits because of the statutory offset recognized in *Schmick v. State Farm Mutual Automobile Insurance Company*, 704 P.2d 1092 (1985), and who sustained damages in excess of an insured tortfeasor's policy limits, received the extent of all bodily injury liability and/or property damage limits available and would be or were denied those benefits by Defendants.

67.    The proposed class and subclass definitions are precise, objective, and presently

ascertainable, and it is administratively feasible for the Court to ascertain whether a particular

individual is a member of the Class.

68.    The members of the Class are so numerous that joinder of all members of the Class

is impracticable.

69.     Mr. Aguilar-Tafoya's and Mr. Brewton's claims are typical of the claims of

members of the Class and Subclass.

70.    Certification of the Class and Subclass is desirable and proper, because there are questions of law and fact in this case common to all members of the Class. Such common questions of law and fact include, but are not limited to:

a.    Whether Defendants breached contractual obligations owed to their New Mexico policyholders;

b.    Whether Defendants breached duties owed to New Mexican insureds under the implied covenant of good faith and fair dealing;

c.    Whether Defendants violated NMSA 1978, §§ 59A-16-1 to 30;

d.    Whether Defendants failed to disclose one or more material facts in connection with the marketing or sale of the insurance policies at issue;

e.    Whether Defendants misled or deceived their policyholders in connection with the marketing or sale of the policies at issue;

f.    How properly to construe Defendants' standard application forms and other standard form documents relative to the *Schmick* offset;

g.    What remedies are available to Mr. Aguilar-Tafoya and Mr. Brewton and Class Members in light of the answers to the foregoing questions; and

h.    Whether and to what extent there may be merit in any affirmative defenses that Defendants might claim.

71.    The common questions of law or fact that pertain to the Class predominate over any individual questions and any individual issues do not overwhelm the common ones.

72.    Common or generalized proof will predominate with respect to the essential elements of the eight claims at issue.

73.    The common questions of law or fact that pertain to the Class predominate over

any individual questions and any individual issues do not overwhelm the common ones.

74. If any member or members of the Class has an individually controlling interest to prosecute a separate action, they may exclude themselves from the Class upon receipt of notice under Rule 1-023(C)(2).

75. The determination of the claims of all members of the Class in a single forum and in a single proceeding would be a fair, efficient and superior means of resolving the issues raised in this litigation.

76. Any difficulty encountered in the management of the proposed Class is reasonably manageable, especially when weighed against the impossibility of affording adequate relief to the members of the Class through numerous independent actions.

77. The need for proof of Mr. Aguilar-Tafoya's, Mr. Brewton's, and Class members' damages will not cause individual issues to predominate over common questions. The amounts of losses can be efficiently demonstrated either at trial or as part of routine claims administration through accepted and court-approved methodologies with the assistance of court-appointed personnel, including Special Masters. Certain types or elements of damage are subject to proof using aggregate damage methodologies or simply rote calculation and summation.

78. The particular common issues of liability and the quantum of punitive damages or ratio of punitive damages to actual harm, are common to Class Members no matter what type of harm or injury was suffered by each Class Member.

79. Defendants have acted or refused to act on grounds generally applicable to all Class Members, thereby making appropriate injunctive relief and corresponding declaratory relief with respect to Class Members. Mr. Aguilar-Tafoya and Mr. Brewton seek to establish the rights and obligations of the parties with respect to the claims at issue in this case and to enjoin Defendants

14

from continuing to engage in those practices that violate the duties, and the contractual and legal obligations owed to Mr. Aguilar-Tafoya and Mr. Brewton and Class Members under New Mexico statutory and common law.

80.    A class action is superior to maintenance of these claims on a claim-by-claim basis when all actions arise out of the same circumstances and course of conduct. A class action allows the Court to process all rightful claims in one proceeding. Class litigation is manageable considering the opportunity to afford reasonable notice of significant phases of the litigation to Class Members and permit distribution of any recovery. The prosecution of separate actions by individual Class Members, or the individual joinder of all Class Members in this action, is impracticable and would create a massive and unnecessary burden on the resources of the courts and could result in inconsistent adjudications, while a single class action can determine, with judicial economy, the rights of each Class Member, should that be determined to be appropriate.

81.    The conduct of this action as a class action conserves the resources of the parties and the court system, protects the rights of each member of the class, and meets all due process requirements.

82.    Certification of the Class with respect to particular common factual and legal issues concerning liability, as well as the necessary and appropriate quantum of punitive damages, or ratio of punitive damages to actual harm, is appropriate under Rule 1-023.

83.    Certification of the Class is desirable and proper because Mr. Aguilar-Tafoya and Mr. Brewton will fairly and adequately protect the interests of the Class that they seek to represent. There are no conflicts of interest between Mr. Aguilar-Tafoya's and Mr. Brewton's claims and those other members of the Class. Mr. Aguilar-Tafoya and Mr. Brewton are cognizant of their duties and responsibilities to the Class. Mr. Aguilar-Tafoya's and Mr. Brewton's attorneys are

15

qualified, experienced, and able to conduct the proposed class action.

## CLAIM 1 - NEGLIGENCE

84. Mr. Aguilar-Tafoya and Mr. Brewton and Class Members incorporate by reference the preceding paragraphs as if they were fully stated herein.

85. Defendants had a duty to not misrepresent underinsured coverage and ensure Mr. Aguilar-Tafoya and Mr. Brewton and Class Members would be offered and obtain the maximum benefit of underinsured coverage purchased.

86. Since the issuance of the New Mexico Supreme Court's opinion of *Schmick* on August 14, 1985 it was reasonably foreseeable that the underinsured coverage sold Mr. Aguilar-Tafoya and Mr. Brewton and Class Members was essentially non-existent and Defendants therefore materially misrepresented the terms and benefits of underinsured coverage, yet charged a premium for such illusory and/or misleading coverage.

87. A reasonably prudent insurance company exercising ordinary care would not materially misrepresent the terms of underinsured coverage by properly informing its insureds of the coverage they were purchasing and obtaining a written waiver acknowledging its insured's consent to the purchase of what amounts to illusory underinsured motorist coverage.

88. Defendants' actions and inactions, through its agents, employees, or others on its behalf, were negligent in that they breached the standard of care required of an insurance company issuing auto policies in New Mexico.

89. As a result of Defendants' negligence, Mr. Aguilar-Tafoya and Mr. Brewton and Class Members sustained actual damages for which Defendants are liable. Mr. Aguilar-Tafoya and Mr. Brewton and Class Members are entitled to punitive damages for actions of Defendants that were willful, reckless and wanton, and in bad faith and/or based on dishonest business

judgments.

## CLAIM 2 – VIOLATIONS OF THE NEW MEXICO UNFAIR TRADE PRACTICES ACT

90.     Mr. Aguilar-Tafoya and Mr. Brewton and Class Members incorporate by reference the preceding paragraphs as if they were fully stated herein.

91.     There was in effect, at all times material, a New Mexico statute commonly known as the New Mexico Unfair Trade Practices Act, N.M.S.A.1978, § 57-12-2 to 58-12-10 ("UPA"), including but not limited to Sections 57-12-2(D)(7), (D)(14), (D)(15), (D)(17) and Section 57-12-2(E), which prohibits a person selling insurance from engaging in unfair or deceptive trade practices:

> D.   "unfair or deceptive trade practice" means an act specifically declared unlawful pursuant to the Unfair Trade Practices Act [Chapter 57, Article 12 NMSA 1978], a false or misleading oral or written statement, visual description or other representation of any kind knowingly made in connection with the sale, lease, rental or loan of goods or services or in the extension of credit or in the collection of debts by a person in the regular course of his trade or commerce, which may, tends to or does deceive or mislead and includes but is not limited to:
>
> (7)   representing that the goods or services are of a particular standard, quality or grade or that goods are of a particular style or model if they are of another;
>
> (14)   using exaggeration, innuendo or ambiguity as to a material fact or failing to state a material fact if doing so deceives or tends to deceive;
>
> (15)   stating that a transaction involves rights, remedies or obligations that it does not involve;
>
> E.   "unconscionable trade practice" means an act or practice in connection with the sale, lease, rental or loan, or in connection with the offering for sale, lease, rental or loan, of any goods or services, including services provided by licensed professionals, or in the extension of credit or in the collection of debts which to a person's detriment: takes advantage of the lack of knowledge, ability,

experience or capacity of a person to a grossly unfair degree; or results in a gross disparity between the value received by a person and the price paid.

92.    Defendants failed to provide insurance applications and policies containing sufficient information to properly inform a reasonably prudent person purchasing underinsured insurance when Mr. Aguilar-Tafoya and Mr. Brewton and others similarly situated were under the reasonable belief that such coverage existed and would protect them.

93.    In the regular course of its business, Defendants or their agents knowingly made oral and written statements that were false and misleading in connection with the sale of underinsured motorist insurance in New Mexico.

94.    These ambiguous, false, and misleading representations may, tend to, and do deceive or mislead persons into believing that underinsured motorist coverage has a value that it does not have.

95.    In the regular course of its business, Defendants or its agents took advantage of its customers' lack of knowledge, ability, experience or capacity to a grossly unfair degree by marketing, advertising, selling, and receiving premium payments for underinsured motorist coverage.

96.    Since the New Mexico Supreme Court's opinion in *Schmick v. State Farm Mut. Aut. Ins. Co.,* 1985-NMSC-073, 704 P.2d 1092 and *Progressive Northwest Insurance Co. v. Weed Warrior Services*, 2010-NMSC-050, 149 N.M. 157, 245 P.3d 1209, Defendants have been on notice that underinsured motorist policies provide no coverage at minimal limits and misleading coverage at higher limits, yet Defendants market, advertise, sell, and receive premiums for underinsured motorist policies to and from customers, such as Mr. Aguilar-Tafoya and Mr. Brewton and Class Members, who do not know and do not understand that if they purchase

18

underinsured motorist coverage, they will not receive any underinsured motorist coverage at all when damages in excess of the tortfeasor's liability coverage are incurred, losing the full benefit of their underinsured coverage displayed on the face of their declaration pages because of the *Schmick* offset.

97.    Defendants' actions resulted in a gross disparity between the value of the underinsured motorist coverage received by Mr. Aguilar-Tafoya and Mr. Brewton and Class Members and the price of the premiums that Mr. Aguilar-Tafoya and Mr. Brewton and Class Members paid for underinsured motorist coverage.

98.    Defendants, acting through its agents, adjusters, and employees, as set forth above, knowingly and willfully engaged in unfair trade practices in violation of Section 57-12-3, including but not limited to Sections 57-12-2(D)(7), (D)(14), (D)(I5), (D)(17) and Section 57-12-2(E).

## CLAIM 3 – VIOLATIONS OF THE NEW MEXICO UNFAIR INSURANCE PRACTICES ACT

99.    Mr. Aguilar-Tafoya and Mr. Brewton and Class Members incorporate by reference the preceding paragraphs as if they were fully stated herein.

100.    There was in effect at all times material a New Mexico statute commonly known as the Insurance Code New Mexico Unfair Insurance Practices Act, NMSA 1978, §§ 59A-16-1 to 59A-16-30 ("UIPA").

101.    The UIPA provides a private right of action to any person covered by the UIPA who has suffered damages as a result of a violation of that statute by an insurer or agent and is granted a right to bring an action in district court to recover actual damages.

102.    Mr. Aguilar-Tafoya and Mr. Brewton and Class Members were insured under the policies issued by the Defendants.

103.    Defendants owed Mr. Aguilar-Tafoya and Mr. Brewton and Class Members the duties of good faith, fair dealing, and the accompanying fiduciary obligations.

104.    In the sale and provision of insurance, Defendants failed to exercise good faith and failed to give the interests of Mr. Aguilar-Tafoya and of Mr. Brewton and of Class Members the same consideration it gave their own interests.

105.    Defendants misrepresented the terms of the policy sold and provided to Mr. Aguilar-Tafoya and Mr. Brewton and Class Members, and/or failed to disclose material facts reasonably necessary to prevent other statements from being misleading and failed to implement and follow reasonable standards in the sale and provision of insurance.

106.    Defendants' acts and failures to act were in reckless disregard of Mr. Aguilar-Tafoya's and Mr. Brewton's, and Class Members' rights as insureds under the subject policies.

107.    Defendants' acts and practices took advantage of the lack of knowledge and experience of Mr. Aguilar-Tafoya and Mr. Brewton and Class Members to a grossly unfair degree.

108.    Defendants failed to abide by their statutory duties under the UIPA, and such violations constitute negligence per se.

109.    Defendants misrepresented to Mr. Aguilar-Tafoya and Mr. Brewton and Class Members pertinent facts or policy provisions relating to coverages at issue, in violation of NMSA 1978, § 59A-16-20(A).

110.    Defendants' failure to act in good faith and Defendants' violations of the Insurance Code and Unfair Practices Act are proximate causes of damages sustained by Mr. Aguilar-Tafoya and Mr. Brewton and Class Members.

111.    Defendants' conduct was in bad faith, malicious, willful, wanton, fraudulent, based on dishonest business judgments and/or in reckless disregard of Mr. Aguilar-Tafoya and Mr.

20

Brewton and Class Members' rights.

112. Mr. Aguilar-Tafoya and Mr. Brewton and Class Members are entitled to attorneys' fees and costs pursuant to NMSA 1978, §§ 59A-16-30 and 39-2-1. As a direct and proximate result of Defendants' acts, omissions policies, and conduct in violating UIPA, as set forth above, Mr. Aguilar-Tafoya and Mr. Brewton and Class Members have sustained damages, in addition to the damages common to all counts of this complaint, including but not limited to the actual damages incurred, the cost of prosecution of this lawsuit, attorneys' fees, and interest on the sums owed under the policy. These injuries and damages are ongoing, permanent, and are expected to continue in the future.

## CLAIM 4 – REFORMATION OF INSURANCE POLICY

113. Mr. Aguilar-Tafoya and Mr. Brewton and Class Members incorporate by reference the preceding paragraphs as though they were stated fully herein.

114. Mr. Aguilar-Tafoya and Mr. Brewton and similarly situated Class Members mistakenly believed that, by paying a premium for specific dollar amounts and limits of underinsured motorist coverage, they would receive underinsured motorist coverage at those same specific dollar amounts and limits.

115. Defendants and its agents knew that, because of the operation of the offset described in *Schmick*, Mr. Aguilar-Tafoya and Mr. Brewton and similarly situated Class Members were unlikely to receive the full underinsured motorist benefits that they contracted for and for which Defendants collected premiums.

116. At the time of contract formation, Defendants and its agents inequitably misrepresented the value of underinsured motorist coverage and failed to inform Mr. Aguilar-Tafoya and Mr. Brewton and similarly situated Class Members that, because of the operation of

21

the offset described in *Schmick*, they were unlikely to receive the underinsured motorist benefits that they contracted for and for which Defendants collected premiums.

117. The inequitable failure of Defendants and its agents to inform Mr. Aguilar-Tafoya and Mr. Brewton and similarly situated Class Members that they were vanishingly unlikely to receive the underinsured motorist coverage reasonably caused Mr. Aguilar-Tafoya and Mr. Brewton and similarly situated Class Members to believe that, by paying a premium for underinsured motorist coverage, they and their covered insureds would receive the full amount of underinsured motorist coverage reflected on their declaration pages.

118. The insurance contracts respectively entered between Defendants and its agents, on the one hand, and Mr. Aguilar-Tafoya and Mr. Brewton and Class Members, on the other hand, do not express the intentions and reasonable beliefs of Mr. Aguilar-Tafoya and Mr. Brewton and Class Members that they would receive the underinsured motorist coverage that they contracted for and for which Defendants collected premiums.

119. The Court should reform the ambiguous insurance contracts respectively entered between Defendants and Mr. Aguilar-Tafoya and Mr. Brewton and Class Members, to conform to the intentions and reasonable beliefs and expectations of Mr. Aguilar-Tafoya and Mr. Brewton and Class Members that they would receive the underinsured motorist coverage that they contracted for and for which Defendants collected premiums.

## CLAIM 5 – BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING

120. Mr. Aguilar-Tafoya and Mr. Brewton and Class Members incorporate by reference the preceding paragraphs as though they were stated fully herein.

121. A special relationship exists between Defendants, on the one hand, and Mr. Aguilar-Tafoya and Mr. Brewton and Class Members, respectively, on the other hand, sufficient

22

to impose a duty of good faith and fair dealing on Defendants owed to Mr. Aguilar-Tafoya and Mr. Brewton and Class Members.

122. Implicit in the contract of insurance between Mr. Aguilar-Tafoya and Mr. Brewton and Class Members, on the one hand, and Defendants on the other, was the covenant that Defendants would, at all times, act in good faith and deal honestly and fairly with Mr. Aguilar-Tafoya and Mr. Brewton and Class Members.

123. Defendants breached the implied covenant of good faith and fair dealing, in one or more of the following ways, including but not limited to:

a. Misrepresenting to Mr. Aguilar-Tafoya and Mr. Brewton and Class Members underinsured motorist coverages it solicited and sold;

b. Charging a premium for coverage that would not be provided;

124. As a direct and proximate result of Defendants' acts and omissions alleged herein, Mr. Aguilar-Tafoya and Mr. Brewton and Class Members have suffered damages in an amount to be proven at trial.

125. Defendants' acts and omissions alleged herein and breach of the implied covenant of good faith and fair dealing were done intentionally, willfully, wantonly, grossly, with dishonest business judgment, and/or with reckless disregard for the rights of Mr. Aguilar-Tafoya and Mr. Brewton and Class Members.

126. Accordingly, Mr. Aguilar-Tafoya and Mr. Brewton and Class Members are entitled to recover punitive damages in an amount to be determined by the jury and sufficient to punish Defendants for its misconduct and to deter others from similar conduct in the future.

### CLAIM 6 – NEGLIGENT MISREPRESENTATION

127. Mr. Aguilar-Tafoya and Mr. Brewton and Class Members incorporate by reference

the preceding paragraphs as though they were stated fully herein.

128. A special relationship existed between Defendants, on the one hand, and Mr. Aguilar-Tafoya and Mr. Brewton and Class Members, respectively, on the other hand, sufficient to impose a duty on Defendants to disclose accurate information to Mr. Aguilar-Tafoya and Mr. Brewton and Class Members.

129. As early as 1985, when the New Mexico Supreme Court published its decision in *Schmick v. State Farm*, Defendants knew that underinsured motorist coverage would be illusory and/or misleading under most ordinary circumstances.

130. Defendants, however, withheld this information from Mr. Aguilar-Tafoya and Mr. Brewton and Class Members and hid from them the fact that the underinsured motorist coverage as impacted by the *Schmick* offset is essentially worthless in effect.

131. From 1985 through the present, Defendants failed to disclose material facts and made material misrepresentations to Mr. Aguilar-Tafoya and Mr. Brewton and Class Members regarding underinsured motorist coverage.

132. Defendants, by their failures and omissions, misrepresented underinsured motorist coverages through their standard and uniform applications and policies given to Mr. Aguilar-Tafoya and Mr. Brewton and Class Members, which Defendants knew or should have known, were misleading and contained material misrepresentations.

133. Defendants' material omissions and misrepresentations were made to induce reasonable consumers, like Mr. Aguilar-Tafoya and Mr. Brewton and Class Members to purchase underinsured motorist coverage that Defendants knew or should have known was illusory and/or misleading.

134. Mr. Aguilar-Tafoya and Mr. Brewton and Class Members reasonably relied on

Defendants' material omissions and misrepresentations when deciding to purchase underinsured motorist coverage at the level of coverage they respectively purchased.

135.    As a result of Defendants' misrepresentations and omissions, Defendants are liable to Mr. Aguilar-Tafoya and Mr. Brewton and Class Members for their damages flowing from those misrepresentations and omissions.

136.    As a direct and proximate result of Defendants' negligent misrepresentations, Mr. Aguilar-Tafoya and Mr. Brewton and Class Members suffered economic loss, including the payment of premiums for coverage that had no value. Mr. Aguilar-Tafoya and Mr. Brewton and Class Members seek the full measure of damages allowed under applicable law.

### CLAIM 7 – UNJUST ENRICHMENT

137.    Mr. Aguilar-Tafoya and Mr. Brewton and Class Members incorporate by reference the preceding paragraphs as though they were stated fully herein.

138.    Defendants have applied the *Schmick* offset to its insureds' claims and denied underinsured motorist coverage benefits in New Mexico since 1985. Defendants, through its ambiguous insurance contracts, have misled, deceived, and acted in an unfair manner for decades and retained benefits (*i.e.* the payment of UIM claims, and retained premium charges which were unearned) from thousands of New Mexican insureds for years, including Mr. Aguilar-Tafoya and Mr. Brewton and Class Members. The windfall Defendants received allowed them to invest and enjoy the benefits of their deceptive and intentional conduct.

139.    Mr. Aguilar-Tafoya and Mr. Brewton and Class Members are entitled to the value of the UIM benefits and out-of-pocket damages under the equitable theory of unjust enrichment.

140.    Defendants should be ordered to disgorge of the value of the UIM benefits

retained, the UIM premiums received, and the unjust profit that it derived from.

**CLAIM 8 –**
**DECLARATORY JUDGMENT**

141.    Mr. Aguilar-Tafoya and Mr. Brewton and Class members incorporate by reference the preceding paragraphs as though they were stated fully herein.

142.    An actual controversy exists between the parties thereby rendering declaratory relief proper under the New Mexico Declaratory Judgment Act, NMSA 1978, Sections 44-6-1 through 44-6-15.

143.    The Court should reform the insurance contracts respectively entered between Defendants and their agents, and Mr. Aguilar-Tafoya and Mr. Brewton and Class Members to conform to the intentions and reasonable beliefs of Mr. Aguilar-Tafoya and Mr. Brewton and Class Members that they would receive the underinsured motorist coverage that they contracted for and for which Defendants collected premiums

144.    Mr. Aguilar-Tafoya, Mr. Brewton, and Class Members are entitled to a declaratory judgment establishing their respective rights and obligations of the parties with respect to the claims set forth herein.

**INJUNCTIVE RELIEF**

145.    Mr. Aguilar-Tafoya and Mr. Brewton and Class Members incorporate by reference the preceding paragraphs as though they were stated fully herein.

146.    Mr. Aguilar-Tafoya and Mr. Brewton and Class Members are entitled to injunctive relief under the claims they have pled because Mr. Aguilar-Tafoya and Mr. Brewton and Class Members would suffer an irreparable injury that monetary damages at a later time would not adequately compensate them for the injury of paying a premium for illusory and/or misleading coverage.

147. Defendants should be enjoined from continuing practices that violate the duties, and the contractual and legal obligations owed to Mr. Aguilar-Tafoya and Mr. Brewton and Class Members.

148. Defendants must be compelled to stop their practice of collecting premiums for the sale of illusory and/or misleading underinsured motorist coverage and failing to provide underinsured motorist coverage benefits equal to the limits of liability coverage where they failed to properly inform Mr. Aguilar-Tafoya and Mr. Brewton and Class Members throughout the application and policy underwriting process.

## REQUEST FOR RELIEF

Mr. Aguilar-Tafoya and Mr. Brewton and Class Members request a jury trial and the following relief:

i. An order certifying this action to proceed as a class action, authorizing Mr. Aguilar-Tafoya and Mr. Brewton to represent the interests of the Class Members as appropriated and appointing undersigned counsel to represent the class.

ii. Awarding compensatory damages to Mr. Aguilar-Tafoya and Mr. Brewton and Class Members for the damages done to them by Defendants in an amount to be proven at trial;

iii. Awarding Mr. Aguilar-Tafoya and Mr. Brewton and Class Members damages from Defendants as a result of its violations of the UIPA, in an amount to be determined at trial for attorneys' fees and costs;

iv. Awarding treble damages in accordance with NMSA 1978, Sections 57-12-10(B) and any and all damages pursuant to NMSA 1978, Sections 57-12-1 through -26, which will deter Defendants and others from such unfair trade practices and

wrongful conduct in the future and will punish them for the conduct set forth herein;

v.      Granting declaratory relief that establishes the rights and obligations of the parties with respect the claims set forth herein;

vi.      Granting injunctive relief requiring Defendants to properly inform Mr. Aguilar-Tafoya and Mr. Brewton and Class Members throughout the application and policy underwriting process of the true value of the underinsured motorist benefits that are being advertised and sold;

vii.      Awarding Mr. Aguilar-Tafoya and Mr. Brewton and Class Members their costs and expenses incurred in these actions, including reasonable attorney's fees, experts' fees, and costs; and

viii.      Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ *Kedar Bhasker*
Kedar Bhasker
LAW OFFICE OF KEDAR BHASKER, LLC
2741 Indian School Rd. NE
Albuquerque, NM 87106
Phone: 505 407-2088
Kedar@bhaskerlaw.com

Corbin Hildebrandt
CORBIN HILDEBRANDT P.C.
2741 Indian School Rd. NE
Albuquerque, NM 87106
Phone: 505 998-6626
corbin@hildebrandtlawnm.com

Geoffrey Romero
LAW OFFICES OF GEOFFREY R. ROMERO
4801 All Saints Rd. NW Ste. A
Albuquerque, NM 87120
(505) 247-3338

geoff@geoffromerolaw.com

Andrea D. Harris
VALLE, O'CLEIREACHAIN, ZAMORA & HARRIS
1805 Rio Grande Blvd. NW, Suite 2
Albuquerque, NM 87104
(505)888-4357
adh@vozhlaw.com

Bryan Williams
WILLIAMS INJURY LAW, P.C.
4801 All Saints Rd. NW
Albuquerque, NM 87120
505-594-4444
bryan@bryan4results.com

*Counsel for the Plaintiffs*

29

Exhibit 1 to Complaint

SELECTQUOTE AUTO & HOME INS SV
2020 W 89TH STREET
LEAWOOD, KS 66206
0000 0M4897

CARLOS AGUILAR-TAFOYA
PO BOX 10485
ALBUQUERQUE, NM 87184-0485

PL-50003 (03-12)

Aguilar_Brewtwon001



Policy Number    993647156 203 1
Policy Period    02/17/2015 – 02/17/2016
12:01 A.M. STANDARD TIME at your address shown in item 1
of the Automobile Policy Declarations

CARLOS AGUILAR-TAFOYA

February 16, 2015

Thank you for choosing Travelers for your
auto insurance. We're always available to
assist you with claims, questions or additional
insurance needs.

The enclosed, personalized policy package
was created just for you.

You'll find these item(s) in the following order:

**Claim Cards** - If you're ever in an accident, break the cards below in half and give the right side to the other driver.

**Insurance ID Cards** - You may need these cards as proof of insurance, so keep them in a safe place in your vehicle such as the glove box.

**Declarations, Insurance Policy and Endorsements** - Please review these documents to confirm your coverage.

**Important Notices** - Including information about our privacy policy, billing options, consumer reporting and more.

We hope you never need to file a claim, but if the unexpected happens we'll be there for you.
We're committed to getting you back on the road - fast.

On behalf of SELECTQUOTE AUTO & HOME INS SV, we look forward to serving you.

Sincerely,

Gregory C. Toczydlowski
President
Personal Insurance

PL-50010 (03-12)

# Welcome to Travelers!

| Call us immediately to report your claim | Call us immediately to report your claim | Call us immediately to report your claim | Call us immediately to report your claim |
| --- | --- | --- | --- |
| **1-800-252-4633** | **1-800-252-4633** | **1-800-252-4633** | **1-800-252-4633** |
| We're here to help | We're here to help | We're here to help | We're here to help |
| 24 hours a day, 365 days a year | 24 hours a day, 365 days a year | 24 hours a day, 365 days a year | 24 hours a day, 365 days a year |
| Break in half. → (See other side.) | ← Break in half. (See other side.) | Break in half. → (See other side.) | ← Break in half. (See other side.) |
| **FOR YOU** | **FOR OTHER DRIVER** | **FOR YOU** | **FOR OTHER DRIVER** |

Aguilar_Brewtwon002

**FOR OTHER DRIVER**

This insurance card has been
provided by a Travelers customer.
Please call us at 1-800-252-4633
for claim service.

Claim professionals are available
to take your notice of loss 24 hours
a day, 365 days a year.

993647156 203 1

TRAVELERS CUSTOMER POLICY NUMBER

**FOR YOU**

If you are in an auto accident:

1. Snap this card in two and provide
   the right side to the other driver.
2. Get the license plate number of
   the other driver's vehicle.
3. Call Travelers immediately at
   1-800-252-4633.

OTHER DRIVER'S LICENSE PLATE NUMBER

993647156 203 1

YOUR POLICY NUMBER

**FOR OTHER DRIVER**

This insurance card has been
provided by a Travelers customer.
Please call us at 1-800-252-4633
for claim service.

Claim professionals are available
to take your notice of loss 24 hours
a day, 365 days a year.

993647156 203 1

TRAVELERS CUSTOMER POLICY NUMBER

**FOR YOU**

If you are in an auto accident:

1. Snap this card in two and provide
   the right side to the other driver.
2. Get the license plate number of
   the other driver's vehicle.
3. Call Travelers immediately at
   1-800-252-4633.

OTHER DRIVER'S LICENSE PLATE NUMBER

993647156 203 1

YOUR POLICY NUMBER

Aguilar_Brewtwon003

**TRAVELERS** New Mexico Automobile Insurance Identification Card

This card must be carried in the vehicle at all times as evidence of insurance.

| Year | Make | Model | Vehicle identification number (VIN) |
|------|------|-------|-------------------------------------|
| 2004 | TOYOT | TACOMA BAS | ▮▮▮▮▮▮▮ |

| Policy number | Effective date | Expiration date |
|---------------|----------------|-----------------|
| ▮▮▮▮▮▮ | 02/17/2015 | 02/17/2016 |

Insured

CARLOS AGUILAR-TAFOYA

▮▮▮▮▮▮▮▮▮▮

Company:   THE STANDARD FIRE INSURANCE COMPANY

For policy questions and changes
SELECTQUOTE AUTO & HOME INS SV
800-842-5075

To report a claim
1-800-252-4633 (24 hours x 365 days a year)

Keep this card in the vehicle at all times. See reverse side.

## In case of an accident

* Contact the police or call 911 if necessary.
* Call Travelers immediately to report the accident, toll free at **1-800-252-4633**. We're available 24 hours a day, 365 days a year.
* For each driver, passenger or witness involved, get their name and contact information.
* For each vehicle involved, get the license plate number and state.
* Take photos of the scene and damage with your camera or mobile phone if you can do so safely.
* Only discuss the accident with the police or Travelers representatives.

## Before an accident happens, be prepared

* Keep a pencil and paper in your glove box to write down and share information.
* Get the Travelers Auto Accident Help app for your smartphone and learn more about our mobile tools at travelers.com/mobiletools.

Rev. 03-2013

Aguilar_Brewtwon005

**TRAVELERS**

# Automobile Policy Declarations

**1. Named Insured**
CARLOS AGUILAR-TAFOYA

**Your Agency's Name and Address**
SELECTQUOTE AUTO & HOME INS SV
2020 W 89TH STREET
LEAWOOD, KS 66206

**Your Auto Policy Number**
**Your Account Number**

**For Policy Service**   1-800-842-5075
**For Claim Service**   1-800-252-4633

**2. Premium**
**Your Total Premium for the Policy Period is $772.**
**The policy period is from February 17, 2015 to February 17, 2016 12:01 A.M. STANDARD TIME at your address shown in Item 1.**

**3. Your Vehicles**              **Identification Numbers**
1.  2004 TOYOT TACOMA BAS

**4. Coverages, Limits of Liability and Premiums**
Insurance is provided only where a premium entry is shown for the coverage. The premium entry "Incl" or "Pkg" means the premium charge is included in the premium for another coverage or a package.

**UNINSURED MOTORISTS COVERAGE LIMITS (COVERAGES D1&D2) DO NOT EQUAL LIABILITY COVERAGE (COVERAGES A&B) LIMIT OF LIABILITY. NAMED INSURED HAS RIGHT TO BUY UNINSURED MOTORISTS COVERAGE AT LIMITS EQUAL TO LIABILITY COVERAGE LIMIT OF LIABILITY.**

|  | VEHICLE 1 04 TOYOT TACOMA BAS |
|---|---|
| **A. Bodily Injury** $25,000 each person $50,000 each accident | $354 |
| **B. Property Damage** $25,000 each accident | $207 |
| **C. Medical Payments** $5,000 each person | $61 |
| **D1. Uninsured Motorists Bodily Injury** $25,000 each person $50,000 each accident | $140 |
| **D2. Uninsured Motorists Property Damage** $10,000 each accident | $10 |
| **Subtotal for your vehicle(s):** | $772 |

PL-S0014 (03-12)
6700M4897

Aguilar_Brewtwon006

**TRAVELERS**

**This is not a bill. You will be billed separately for this transaction.**

## 5. Information Used to Rate Your Policy

**Discounts**
Safe Driver Discount
  5 Years Accident and Violation Free
Paid in Full Discount
Good Payer Discount
Continuous Insurance Discount
Early Quote Discount

| Drivers | Date of Birth | Gender | Marital Status | License Status |
|---|---|---|---|---|
| 1.  CARLOS | | Male | Single | Licensed |

| Vehicles | Use of Vehicle | Location of Vehicle |
|---|---|---|
| 1.  04 TOYOT TACOMA BAS | Commute | ALBUQUERQUE, NM |

If any of the information above is incorrect or has changed, please notify your Travelers representative immediately.

## 6. Other Information

**Your Insurer**
THE STANDARD FIRE INSURANCE COMPANY
ONE TOWER SQUARE, HARTFORD, CT 06183

**Policy Coverage Sections and Endorsements That Form a Part of This Policy:**

G01NM00 (10-13)    General Provisions Section
L01NM00 (10-13)    Liability Coverage Section
M01CW01 (10-13)    Medical Payments Coverage Section
U01NM00 (10-13)    Uninsured Motorists Coverage Section
S01CW01 (10-13)    Signature Page

Issued on  02/16/2015

Countersignature: _____

PL-50014 (03-12)
670/0M4897

Page 2  of 3

Aguilar_Brewtwon007



**TRAVELERS**

| | | |
|---|---|---|
| Named Insured | CARLOS AGUILAR-TAFOYA | Policy Number ▉▉▉▉▉ |
| Policy Period | February 17, 2015 to February 17, 2016 | Issued On Date  February 16, 2015 |

## 6. Other Information (continued)

## FOR YOUR INFORMATION

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

It is important that the information we used to rate your policy is correct. It is your responsibility to make sure that the information on these Declarations is accurate and complete, including checking that you are receiving all the discounts for which you are eligible. To see a full list of discounts offered, including discounts for having multiple policies with us or being a good driver, go to www.travelers.com/discounts. Once at the website, type in your policy number 9936471562031 and product code QA2 to view the discounts available. If any of the information on the Declarations has changed, appears incorrect, or is missing, please advise your Travelers agent or representative immediately. Your Travelers agent or representative is also available to review the information on the Declarations with you.

The named insured has rejected Uninsured Motorists Coverage (coverages D1&D2) at limits equal to Liability Coverage (coverages A&B) Limit of Liability by rejecting all Uninsured Motorists Coverage or selecting limits lower than Liability Coverage Limit of Liability. The named insured has the right to buy Uninsured Motorists Coverage at limits equal to Liability Coverage Limit of Liability.

Aguilar_Brewtwon008

Effective: 02/17/2015                                                    T01NM00 (10-13)

# NEW MEXICO PERSONAL AUTO POLICY

## YOUR PERSONAL AUTO POLICY QUICK REFERENCE

### DECLARATIONS PAGE
Your Name and Address
Your Auto or Trailer
Policy Period
Coverages and Amounts of Insurance

|                                                        | Beginning on Page |
| ------------------------------------------------------ | ----------------- |
| **GENERAL PROVISIONS SECTION**                         |                   |
| AGREEMENT                                              | GP-1              |
| GENERAL DEFINITIONS                                    | GP-1              |
| DUTIES AFTER AN ACCIDENT OR LOSS                       | GP-2              |
| GENERAL CONDITIONS                                     | GP-3              |
| Bankruptcy                                             | GP-3              |
| Changes                                                | GP-3              |
| Fraud                                                  | GP-3              |
| Legal Action Against Us                                | GP-3              |
| Our Right To Recover Payment                           | GP-4              |
| Policy Period And Territory                            | GP-4              |
| Transfer Of Your Interest In This Policy               | GP-4              |
| Two Or More Policies Issued To You                     | GP-4              |
| Termination                                            | GP-4              |
| **LIABILITY COVERAGE SECTION**                         |                   |
| **Coverage A – Bodily Injury**                         |                   |
| **Coverage B – Property Damage**                       |                   |
| Insuring Agreement                                     | L-1               |
| Supplementary Payments                                 | L-1               |
| Exclusions                                             | L-1               |
| Limit Of Liability                                     | L-3               |
| Out Of State Coverage                                  | L-3               |
| Financial Responsibility                               | L-3               |
| Other Insurance                                        | L-3               |
| **MEDICAL PAYMENTS COVERAGE SECTION**                  |                   |
| **Coverage C – Medical Payments**                      |                   |
| Insuring Agreement                                     | MP-1              |
| Exclusions                                             | MP-1              |
| Limit Of Liability                                     | MP-2              |
| Other Insurance                                        | MP-2              |
| **UNINSURED MOTORISTS COVERAGE SECTION**               |                   |
| **Coverage D1 – Uninsured Motorists Bodily Injury**    |                   |
| **Coverage D2 – Uninsured Motorists Property Damage**  |                   |
| Insuring Agreement                                     | UM-1              |
| Exclusions                                             | UM-2              |
| Limit Of Liability                                     | UM-2              |

T01NM00 (10-13)                                                          Page 1 of 2

© The Travelers Indemnity Company. All rights reserved.

Aguilar_Brewtwon009

Effective: 02/17/2015                                                          T01NM00 (10-13)

Other Insurance ................................................................... UM-3
Arbitration ........................................................................ UM-4

SIGNATURE PAGE ............................................................. S-1

© The Travelers Indemnity Company. All rights reserved.

Aguilar_Brewtwon010

G01NM00 (10-13)

# NEW MEXICO PERSONAL AUTO POLICY

**Travelers Companies**
Hartford, Connecticut
(Each a Stock Insurance Company)

## GENERAL PROVISIONS SECTION

**Unless otherwise stated, the provisions in this General Provisions Section apply to all Coverage Sections and endorsements of this policy.**

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we will provide the coverages you have selected. These are shown by premium entries in the Declarations. The Declarations is a part of this policy.

## GENERAL DEFINITIONS

Throughout this policy:

A. "You" and "your" refer to:
1. The "named insured" shown in the Declarations; and
2. The spouse if a resident of the same household.
   The term spouse includes, if a resident of the same household:
   a. The civil partner of the "named insured", provided such civil union was obtained in a state where a civil union is legally recognized; or
   b. The "domestic partner" of the "named insured".

   If the spouse ceases to be a resident of the same household during the policy period or prior to the inception of this policy, the spouse will be considered "you" and "your" under this policy but only until the earlier of:
   a. The end of 90 days following the spouse's change of residency;
   b. The effective date of another policy listing the spouse as a named insured; or
   c. The end of the policy period.

B. "We", "us" and "our" refer to the member company of Travelers providing this insurance and shown as the insurer in Item 6 of the Declarations.

C. We consider a private passenger auto, sport utility vehicle, pickup or van to be owned by a person if leased:
1. Under a written agreement to that person; and
2. For a continuous period of at least 6 months.

D. "Minimum limits" refers to the following limits of liability as required by New Mexico law, to be provided under a policy of automobile liability insurance:
1. $25,000 for each person, subject to $50,000 for each accident with respect to "bodily injury"; and
2. $10,000 for each accident with respect to "property damage".

Other words and phrases are defined. They are in quotation marks when used.

E. "Bodily injury" means bodily harm, sickness or disease, including death that results.

F. "Business" includes trade, profession or occupation.

G. "Domestic partner" means a person who is in a continuing spouse-like relationship with a named insured for the purpose of a domestic life. Both persons must be 18 years of age or older and may not be related to each other by blood. Neither may be married to another person, or be a "domestic partner" or partner by civil union of any other person.

H. "Newly acquired auto":
1. "Newly acquired auto" means any of the following types of vehicles of which you become the owner during the policy period:
   a. A private passenger auto or sport utility vehicle; or
   b. A pickup or van, for which no other insurance policy provides coverage, that:
      (1) Has a Gross Vehicle Weight Rating of 10,000 lbs. or less; and

G01NM00 (10-13)                                            Page GP-1

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon011

G01NM00 (10-13)

(2) Is not used for the delivery or transportation of goods and materials unless such use is:

   (a) Incidental to your "business" of installing, maintaining or repairing furnishings and equipment; or

   (b) For farming or ranching.

2. Coverage for a "newly acquired auto" is provided as described in 3.a. and 3.b. below. If you ask us to insure a "newly acquired auto" after a specified time period described below has elapsed, any coverage we provide for that "newly acquired auto" will begin at the time you request the coverage and you will not have coverage for the elapsed period of time.

3. Coverage for a "newly acquired auto" depends on whether the vehicle is in addition to or replaces a vehicle shown in the Declarations.

   a. A "newly acquired auto" which is in addition to any vehicle shown in the Declarations will have the broadest coverage we provide for any vehicle shown in the Declarations. Coverage begins on the date you become the owner. However, for coverage to apply you must ask us to insure it within 30 days after you become the owner.

   b. If a "newly acquired auto" replaces a vehicle shown in the Declarations, it will have the same coverage as the vehicle it replaced without your having to ask us to insure it. However, you must ask us to insure a replacement vehicle within 30 days if:

     (1) You wish to add or continue any coverage provided in the Damage To Your Auto Coverage Section; or

   (2) It is a pickup or van used in any "business" other than farming or ranching.

I. "Occupying" means:
1. In;
2. Upon; or
3. Getting in, on, out or off.

J. "Property damage" means physical injury to, destruction of or loss of use of tangible property.

K. "Resident relative" means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child. Your unmarried dependent children, wards, and foster children while temporarily away from home will be considered residents if they intend to resume residing in your household.

L. "Trailer" means a vehicle designed to be pulled by a:
1. Private passenger auto or sport utility vehicle; or
2. Pickup or van.
It also means a farm wagon or farm implement while towed by a vehicle listed in 1. or 2. above.

M. "Your covered auto" means:
1. Any vehicle shown in the Declarations.
2. A "newly acquired auto".
3. Any "trailer" you own.
4. Any private passenger auto, sport utility vehicle, pickup, van or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:
   a. Breakdown;
   b. Repair;
   c. Servicing;
   d. Loss; or
   e. Destruction.
This provision (M.4.) does not apply to the Damage To Your Auto Coverage Section.

## DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

A. We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

B. A person seeking any coverage must:
1. Cooperate with us in the investigation, settlement or defense of any claim or suit.
2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.

3. Submit, as often as we reasonably require:
   a. To physical exams by physicians we select. We will pay for these exams.
   b. To examination under oath and subscribe the same. We may require such exam under oath:
     (1) From other persons insured under this policy (including a "resident relative").
     (2) Be done separately and outside the presence of any witnesses or persons insured or seeking benefits under this policy.

G01NM00 (10-13)

Page GP-2

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon012

4. Authorize us to obtain:
   a. Medical reports; and
   b. Other pertinent records.
5. Submit a proof of loss when required by us.

**Additional Duties For Uninsured Motorists Coverage**

If Coverage D1 – Uninsured Motorists Bodily Injury or Coverage D2 – Uninsured Motorists – Property Damage is shown in the Declarations, a person seeking coverage must also promptly:
A. Notify the police if a hit-and-run driver is involved.
B. Send us copies of the legal papers if a suit is brought.

In addition a person seeking Uninsured Motorists Coverage under the definition of "underinsured motor vehicle" must also:
A. Promptly notify us in writing of a tentative settlement between the "insured" and the insurer of the "underinsured motor vehicle"; and

B. Allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle".

**Additional Duties For Collision And Comprehensive Coverages**

If Coverage E – Collision or Coverage F – Comprehensive is shown in the Declarations, a person seeking coverage must also:
A. Take reasonable steps after loss to protect "your covered auto" or any "non-owned auto" and their equipment from further loss. We will pay reasonable expenses incurred to do this.
B. Promptly notify the police if "your covered auto" or any "non-owned auto" is stolen.
C. Permit us to inspect and appraise the damaged property before its repair or disposal.

---

## GENERAL CONDITIONS

**Bankruptcy**

Bankruptcy or insolvency of the "insured" will not relieve us of any obligations under this policy.

**Changes**

A. This policy contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.
B. If there is a change to the information used to develop the policy premium, we may adjust your premium. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:
   1. The number, type or use of insured vehicles;
   2. Operators using insured vehicles;
   3. The place of principal garaging of insured vehicles; or
   4. Coverage, deductible or limits.

   If a change resulting from A. or B. above requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.
C. If we make a change which broadens coverage under this edition of your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in your state. This paragraph (C.) does not apply to changes implemented with a general policy revision that includes both

broadenings and restrictions in coverage, whether that general policy revision is implemented through introduction of:
   1. A subsequent edition of your policy or any of its Coverage Sections; or
   2. An amendatory endorsement.

**Fraud**

We do not provide coverage for any person under this policy who has made fraudulent statements or engaged in fraudulent conduct in connection with any accident or loss for which coverage is sought under this policy.

**Legal Action Against Us**

A. No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under the Liability Coverage Section, no legal action may be brought against us until:
   1. We agree in writing that the "insured" has an obligation to pay; or
   2. The amount of that obligation has been finally determined by judgment after trial.
B. No person or organization has any right under this policy to bring us into any action to determine the liability of an "insured".

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon013

G01NM00 (10-13)

## Our Right To Recover Payment

A. If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another we are subrogated to that right. That person must do:
1. Whatever is necessary to enable us to exercise our rights; and
2. Nothing after loss to prejudice them.

However, our rights in this Paragraph (A.) do not apply:
1. Under the Damage To Your Auto Coverage Section, against any person using "your covered auto" with a reasonable belief that such person is entitled to do so; or
2. Under the Uninsured Motorists Coverage with respect to coverage under the definition of "underinsured motor vehicle" if we:
   a. Have been given prompt written notice of a tentative settlement between an "insured " and the insurer of an "underinsured motor vehicle" and
   b. Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:
   a. That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and
   b. We also have a right to recover the advanced payment.

B. If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person must:
1. Hold in trust for us the proceeds of the recovery; and
2. Reimburse us to the extent of our payment.

## Policy Period And Territory

A. This policy applies only to accidents and losses which occur:
1. During the policy period shown in the Declarations; and
2. Within the policy territory.
B. The policy territory is:
1. The United States of America, its territories or possessions;
2. Puerto Rico; or
3. Canada.
This policy also applies to loss to, or accidents involving, "your covered auto" while being transported between their ports.

## Transfer Of Your Interest In This Policy

A. Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:
1. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations; and
2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use "your covered auto".
B. Coverage will only be provided until the end of the policy period.

## Two Or More Policies Issued To You

If this policy and any other auto insurance policy issued to you by us or any of our personal insurance affiliates apply to the same accident, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

This provision does not apply to Uninsured Motorists coverage. No one will be entitled to receive duplicate payments for the same elements of loss under Uninsured Motorists Coverage.

## Termination

A. Cancellation
This policy may be cancelled during the policy period as follows:
1. The named insured shown in the Declarations may cancel by:
   a. Returning this policy to us; or
   b. Giving us advance written notice of the date cancellation is to take effect.
We may accept another form of notice from the named insured. If there is more than one person shown as named insured in the Declarations, any named insured may cancel this policy. The cancellation by one named insured will be binding on any other named insured.
2. We may cancel by mailing to the named insured shown in the Declarations at the address shown in this policy:
   a. At least 10 days notice:
      (1) If cancellation is for nonpayment of premium; or
      (2) If notice is mailed during the first 60 days this policy is in effect and this is not a renewal or continuation policy; or

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon014

G01NM00 (10-13)

b. At least 30 days notice in all other cases.

3. After this policy is in effect for 60 days, or if this is a renewal or continuation policy, we will cancel only:

a. For nonpayment of premium; or

b. If your driver's license or that of:

(1) Any driver who lives with you; or

(2) Any driver who customarily uses "your covered auto";

has been suspended or revoked.

This must have occurred:

(1) During the policy period; or

(2) Since the last anniversary of the original effective date if the policy period is other than 1 year; or

c. For fraud, misrepresentation or concealment:

(1) By you with respect to a material fact relating to the issuance of this policy or any renewal or continuation; or

(2) By you or any "resident relative" in making or settling a claim under this policy.

4. Nonpayment of premium means the failure to pay any premium or premium installment or any other financial obligation when due.

B. Nonrenewal

We have the right to not renew or continue this policy at the end of the policy period shown in the Declarations. If we decide not to renew or continue this policy, we will mail notice to the named insured shown in the Declarations at the address shown in this policy. Notice will be mailed at least 30 days before the end of the policy period.

C. Automatic Termination

1. If we offer to renew or continue your policy for another policy period and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due means that you have not accepted our offer.

2. If you obtain other insurance on "your covered auto", any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

D. Other Termination Provisions

1. If the law in effect in your state at the time this policy is issued or continued:

a. Requires a longer notice period;

b. Requires a special form of or procedure for giving notice; or

c. Modifies any of the stated termination reasons;

we will comply with those requirements.

2. We may deliver any notice instead of mailing it. Proof of mailing of any notice will be sufficient proof of notice.

3. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

4. The effective date of cancellation stated in the notice will become the end of the policy period.

© 2013 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon015

L01NM00 (10-13)

## LIABILITY COVERAGE SECTION
### Coverage A – Bodily Injury
### Coverage B – Property Damage

### Insuring Agreement

A.  We will pay damages for "bodily injury" or "property damage" for which any "insured" becomes legally responsible because of an auto accident. Damages include prejudgment interest awarded against the "insured".

We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for these coverages has been exhausted by payment of judgments or settlements.

We have no duty to defend any suit or settle any claim for "bodily injury" or "property damage" not covered under this policy.

B.  "Insured" as used in this Coverage Section means:
1.  You or any "resident relative" for the ownership, maintenance or use of any auto or "trailer".
2.  Any person using "your covered auto".
3.  For "your covered auto", any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under this Coverage Section.
4.  For any auto or "trailer", other than "your covered auto", any other person or organization but only with respect to legal responsibility for acts or omissions of you or any "resident relative" for whom coverage is afforded under this Coverage Section. This provision (4.) applies only if the person or organization does not own or hire the auto or "trailer".

"Insured" does not include:
1.  The United States of America or any of its agencies.
2.  Any person with respect to "bodily injury" or "property damage" resulting from the operation of an auto by that person as an employee of the United States Government. This applies only if the provisions of Section 2679 of Title 28, United States Code as amended, require the Attorney General of the United States to defend that person in any civil action which may be brought for the "bodily injury" or "property damage".

### Supplementary Payments

In addition to our limit of liability, we will pay on behalf of an "insured":
1.  Up to $250 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in "bodily injury" or "property damage" covered under this policy.
2.  Premiums on appeal bonds and bonds to release attachments in any suit we defend.
3.  Interest accruing after a judgment is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for these coverages.
4.  Up to $250 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.
5.  Other reasonable expenses incurred at our request.

### Exclusions

A.  We do not provide Liability Coverage for any "insured":
1.  Who intentionally causes "bodily injury" or "property damage".
2.  For "property damage" to property owned or being transported by that "insured".
3.  For "property damage" to property:
    a.  Rented to;
    b.  Used by; or
    c.  In the care of;
    that "insured".
    This Exclusion (A.3.) does not apply to "property damage" to a:
    a.  Residence or private garage; or
    b.  Vehicle you do not own if:
        (1) A licensed automobile dealer provides the vehicle without charge to you or a "resident relative":
            (a) For use as a temporary substitute while "your covered auto" is out of normal use because of its breakdown, repair or servicing;
            (b) To demonstrate the vehicle; or
            (c) As a promotional or courtesy vehicle; or

L01NM00 (10-13)

Page L-1

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon016

(2) A licensed automobile dealer provides the vehicle for a charge, or someone other than a licensed automobile dealer provides the vehicle with or without charge, to you or a "resident relative";

(a) For use as a temporary substitute while "your covered auto" is out of normal use because of its breakdown, repair or servicing;

(b) To demonstrate the vehicle; or

(c) As a promotional or courtesy vehicle; and

The vehicle is provided under a written statement, signed by you or a "resident relative", which contains the following language:

**PRIMARY LIABILITY ASSIGNMENT**

In consideration of the vehicle owner entrusting the motor vehicle elsewhere described to me, I agree that my vehicle insurance or self insurance coverage shall be primarily responsible for any loss or damage caused by or to the motor vehicle.

4. For "bodily injury" to an employee of that "insured" during the course of employment. This Exclusion (A.4.) does not apply to "bodily injury" to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.

5. For that "insured's" liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This Exclusion (A.5.) does not apply to a vehicle used for a:

a. Share-the-expense car pool;

b. Charitable purpose; or

c. Volunteer purpose.

6. While employed or otherwise engaged in the "business" of:

a. Selling;

b. Repairing;

c. Servicing;

d. Storing; or

e. Parking;

vehicles designed for use mainly on public highways. This includes road testing and delivery. This Exclusion (A.6.) does not apply to the ownership, maintenance or use of "your covered auto" by:

a. You;

b. Any "resident relative"; or

c. Any partner, agent or employee of you or any "resident relative".

7. Maintaining or using any vehicle while that "insured" is employed or otherwise engaged in any "business" (other than farming or ranching) not described in Exclusion A.6.

This Exclusion (A.7.) does not apply to the maintenance or use of a:

a. Private passenger auto or sport utility vehicle;

b. Pickup or van with a Gross Vehicle Weight Rating of 10,000 lbs. or less; or

c. "Trailer" used with a vehicle described in a. or b. above.

8. Using a vehicle without a reasonable belief that such "insured" is entitled to do so. This Exclusion (A.8.) does not apply to a "resident relative" using "your covered auto" which is owned by you.

9. For "bodily injury" or "property damage" for which that "insured":

a. Is an insured under a nuclear energy liability policy; or

b. Would be an insured under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.

A nuclear energy liability policy is a policy issued by any of the following or their successors:

a. Nuclear Energy Liability Insurance Association;

b. Mutual Atomic Energy Liability Underwriters; or

c. Nuclear Insurance Association of Canada.

B. We do not provide Liability Coverage for the ownership, maintenance or use of:

1. Any vehicle which:

a. Has fewer than four wheels; or

b. Is designed mainly for use off public roads.

This Exclusion (B.1.) does not apply:

a. While such vehicle is being used by an "insured" in a medical emergency;

b. To any "trailer", or

c. To any non-owned golf cart.

2. Any vehicle, other than "your covered auto", which is:

a. Owned by you; or

b. Furnished or available for your regular use.

3. Any vehicle, other than "your covered auto", which is:

a. Owned by any "resident relative"; or

b. Furnished or available for the regular use of any "resident relative".

However, this Exclusion (B.3.) does not apply to you while you are maintaining or "occupying" any vehicle which is:

a. Owned by a "resident relative"; or

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon017

L01NM00 (10-13)

b. Furnished or available for the regular use of a "resident relative".

4. Any vehicle while participating or competing in, or practicing or preparing for, any prearranged or organized:
   a. Racing contest, meet or rally, whether against another vehicle or against time;
   b. Demolition contest;
   c. Stunting activity; or
   d. High performance driving or racing instruction course or school.

   This Exclusion (B.4.) applies only while the vehicle is at a location, whether temporary or permanent, established for any of the activities listed above.

5. "Your covered auto" during a period it is rented or leased to others. However, this Exclusion (B.5.) does not apply to the operation of "your covered auto" by you or a "resident relative".

## Limit Of Liability

A. Split Limits

If the Declarations shows separate limits of liability for Coverage A and Coverage B:

The limit of liability shown in the Declarations for each person for Coverage A is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one auto accident.

Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Coverage A is our maximum limit of liability for all damages for "bodily injury" resulting from any one auto accident.

The limit of liability shown in the Declarations for each accident for Coverage B is our maximum limit of liability for all "property damage" resulting from any one auto accident.

These limits are the most we will pay regardless of the number of:
1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the auto accident.

B. Single Limit

1. If the Declarations shows a single limit of liability for Coverage A and Coverage B combined:

   The limit of liability shown is our maximum limit of liability for all damages arising out of "bodily injury" and "property damage" resulting from any one auto accident.

   This is the most we will pay regardless of the number of:

a. "Insureds";
b. Claims made;
c. Vehicles or premiums shown in the Declarations; or
d. Vehicles involved in the auto accident.

2. We will apply the limit of liability to provide any separate minimum limits required by law for bodily injury and property damage liability. However, this provision will not change our total limit of liability.

C. No one will be entitled to receive duplicate payments for the same elements of loss under this Coverage Section and:
1. Any other Coverage Section or part of this policy; or
2. Any other personal auto policy issued to you by us or any of our affiliates.

## Out Of State Coverage

If an auto accident to which this policy applies occurs in any state or province other than the one in which "your covered auto" is principally garaged, we will interpret your policy for that accident as follows:

A. If the state or province has:
1. A financial responsibility or similar law specifying limits of liability for "bodily injury" or "property damage" higher than the limit shown in the Declarations, this policy will provide the higher specified limit.
2. A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, this policy will provide at least the required minimum amounts and types of coverage.

B. No one will be entitled to duplicate payments for the same elements of loss.

## Financial Responsibility

When this policy is certified as future proof of financial responsibility, this policy will comply with the law to the extent required.

## Other Insurance

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide for a vehicle you do not own, including any vehicle while used as a temporary substitute for "your covered auto", will be excess over any other collectible insurance.

However, we will provide primary insurance for a vehicle you do not own if:

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon018

L01NM00 (10-13)

1. A licensed automobile dealer provides the vehicle without charge to you or a "resident relative":
   a. For use as a temporary substitute while "your covered auto" is out of normal use because of its breakdown, repair or servicing;
   b. To demonstrate the vehicle; or
   c. As a promotional or courtesy vehicle; or
2. A licensed automobile dealer provides the vehicle for a charge or someone other than a licensed dealer provides the vehicle with or without a charge, to you or a "resident relative":
   a. For use as a temporary substitute while "your covered auto" is out of normal use because of its breakdown, repair or servicing;
   b. To demonstrate the vehicle; or
   c. As a promotional or courtesy vehicle; and

The vehicle is provided under a written statement, signed by you or a "resident relative", which contains the following language:

**PRIMARY LIABILITY ASSIGNMENT**
In consideration of the vehicle owner entrusting the motor vehicle elsewhere described to me, I agree that my vehicle insurance or self insurance coverage shall be primarily responsible for any loss or damage caused by or to the motor vehicle.

L01NM00 (10-13)                                                      Page L-4

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon019

M01CW01 (10-13)

## MEDICAL PAYMENTS COVERAGE SECTION
### Coverage C – Medical Payments

**Insuring Agreement**

A.  We will pay the usual and customary charge for reasonable expenses incurred for necessary medical and funeral services because of "bodily injury":

1.  Caused by an accident; and
2.  Sustained by an "insured".

We will pay only those expenses incurred for services rendered within 3 years from the date of the accident.

We have the right to review expenses incurred to determine if they are reasonable and necessary, and not in excess of the usual and customary charge for services. We may use any or all of the following sources to decide if any medical expense is usual and customary, reasonable, necessary and caused by an accident. These sources may include:

1.  Our review of medical records and test results, or review by persons or services chosen by us;
2.  Published or public sources of medical expense information;
3.  Computer programs for analysis of medical treatment and expenses; and
4.  Exams by physicians we select.

B.  "Insured" as used in this Coverage Section means:

1.  You or any "resident relative":
    a.  While "occupying"; or
    b.  As a pedestrian when struck by;
    a motor vehicle designed for use mainly on public roads or a trailer of any type.
2.  Any other person while "occupying":
    a.  "Your covered auto"; or
    b.  A motor vehicle that you do not own while being operated by you or a "resident relative".

**Exclusions**

We do not provide Medical Payments Coverage for any "insured" for "bodily injury":

1.  Sustained while "occupying" any motor vehicle having fewer than four wheels.
2.  Sustained while "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion (2.) does not apply to a vehicle used for a:
    a.  Share-the-expense car pool;
    b.  Charitable purpose; or

c.  Volunteer purpose.
3.  Sustained while "occupying" any vehicle located for use as a residence or premises.
4.  Occurring during the course of employment if workers' compensation benefits are required or available for the "bodily injury".
5.  Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:
    a.  Owned by you; or
    b.  Furnished or available for your regular use.
6.  Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:
    a.  Owned by any "resident relative"; or
    b.  Furnished or available for the regular use of any "resident relative".
    However, this Exclusion (6.) does not apply to you.
7.  Sustained while "occupying" a vehicle without a reasonable belief that such "insured" is entitled to do so. This Exclusion (7.) does not apply to a "resident relative" using "your covered auto" which is owned by you.
8.  Sustained while "occupying" a vehicle when it is being used in the "business" of an "insured". This Exclusion (8.) does not apply to "bodily injury" sustained while "occupying" a:
    a.  Private passenger auto or sport utility vehicle;
    b.  Pickup or van, other than "your covered auto", with a Gross Vehicle Weight Rating of 10,000 lbs. or less; or
    c.  "Trailer" used with a vehicle described in a. or b. above.
9.  Caused by or as a consequence of:
    a.  Discharge of a nuclear weapon (even if accidental);
    b.  War (declared or undeclared);
    c.  Civil war;
    d.  Insurrection; or
    e.  Rebellion or revolution.
10. From or as a consequence of the following, whether controlled or uncontrolled or however caused:
    a.  Nuclear reaction;
    b.  Radiation; or
    c.  Radioactive contamination.
11. Sustained while "occupying" any vehicle while participating or competing in, or practicing or preparing for, any prearranged or organized:
    a.  Racing contest, meet or rally, whether against another vehicle or against time;
    b.  Demolition contest;

M01CW01 (10-13)                                                                                 Page MP-1

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon020

M01CW01 (10-13)

c. Stunting activity; or
d. High performance driving or racing instruction course or school.

This Exclusion (11.) applies only while the vehicle is at a location, whether temporary or permanent, established for any of the activities listed above.

12. Sustained while "occupying" "your covered auto" during a period it is rented or leased by you to others. However, this Exclusion (12.) does not apply to you or a "resident relative".

### Limit Of Liability

A. The limit of liability shown in the Declarations for Coverage C is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:
1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the auto accident.
B. No one will be entitled to receive duplicate payments for the same elements of loss under this Coverage Section and:
1. Any other Coverage Section or part of this policy; or
2. Any other personal auto policy issued to you by us or any of our affiliates.

### Other Insurance

If there is other applicable auto medical payments insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own, including any vehicle while used as a temporary substitute for "your covered auto", will be excess over any other collectible auto insurance providing payments for medical or funeral expenses.

M01CW01 (10-13)

Page MP-2

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon021

U01NM00 (10-13)

## UNINSURED MOTORISTS COVERAGE SECTION
### Coverage D1 – Uninsured Motorists Bodily Injury
### Coverage D2 – Uninsured Motorists Property Damage

**Insuring Agreement**

We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an:

1. "Uninsured motor vehicle" or "underinsured motor vehicle" because of "bodily injury":
   a. Sustained by an "insured"; and
   b. Caused by an accident;
2. "Uninsured motor vehicle" or "underinsured motor vehicle" because of "property damage" caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle" or "underinsured motor vehicle".

With respect to damages an "insured" is legally entitled to recover from the owner or operator of an "underinsured motor vehicle", we will pay under this coverage only if Paragraph 1. or 2. below applies:

1. The limits of liability under any liability bonds or policies applicable to the "underinsured motor vehicle" have been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an "insured" and the insurer of the "underinsured motor vehicle" and we:
   a. Have been given prompt written notice of such tentative settlement; and
   b. Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

As used in this Coverage Section:
A. "Insured" means:
   1. You or any "resident relative".
   2. Any other person "occupying" "your covered auto".
   3. Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above.
B. "Property damage" means injury to or destruction of the property of an "insured".

C. "Underinsured motor vehicle" means a land motor vehicle or trailer of any type for which the sum of the limits of liability under all liability bonds or policies applicable at the time of the accident is less than the sum of the limits of liability applicable to the "insured" for Uninsured Motorists Coverage under this policy and any other policy.

However, "underinsured motor vehicle" does not include any vehicle or equipment:
   1. Owned by or furnished or available for the regular use of you or any "resident relative". However, this Exception 1. does not apply for damages sustained by you or any "resident relative" if the sum of the limits of liability under all liability bonds or policies applicable at the time of the accident is less than the sum of the limits of liability for Uninsured Motorists Coverage under this policy or any other policy.
   2. To which a liability bond or policy applies at the time of the accident but the bonding or insuring company:
      a. Denies coverage; or
      b. Is or becomes insolvent.
   3. Owned or operated by a self-insurer under any applicable motor vehicle law.

D. "Uninsured motor vehicle" means a land motor vehicle or trailer of any type:
   1. To which no liability bond or policy applies at the time of the accident.
   2. Which is a hit and run vehicle whose operator or owner cannot be identified and which hits or which causes an accident resulting in "bodily injury" or "property damage" without hitting:
      a. You or any "resident relative";
      b. A vehicle which you or any "resident relative" are "occupying"; or
      c. "Your covered auto"
   3. To which a liability bond or policy applies at the time of the accident but the bonding or insuring company:
      a. Denies coverage; or
      b. Is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle or equipment:
   1. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent; or

U01NM00 (10-13)

Page UM-1

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon022

2. Owned by or furnished or available for the regular use of you or any "resident relative". However, this exception 2. does not apply for damages sustained by you or any "resident relative" if liability coverage is excluded for such damages under this policy or any other policy.

In addition, neither "uninsured motor vehicle" nor "underinsured motor vehicle" includes any vehicle or equipment:

1. Operated on rails or crawler treads.
2. Designed mainly for use off public roads while not on public roads.
3. While located for use as a residence or premises.

## Exclusions

A. We do not provide Uninsured Motorists Coverage for "property damage" or "bodily injury" sustained by any "insured":

1. If that "insured" or the legal representative settles the "bodily injury" or "property damage" claim and such settlement prejudices our right to recover payment.
2. While "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion (A.2.) does not apply to a vehicle used for a:
   a. Share-the-expense car pool;
   b. Charitable purpose; or
   c. Volunteer purpose.
3. Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion (A.3.) does not apply to a "resident relative" using "your covered auto" which is owned by you.
4. For the first $250 of the amount of "property damage" to the property of each "insured" as the result of any one accident.

B. This coverage will not apply directly or indirectly to benefit:

1. Any insurer or self insurer under any of the following or similar law:
   a. Workers' compensation law; or
   b. Disability benefits law.
2. Any insurer of property.

## Limit Of Liability

A. Split Limits

If the Declarations show separate limits of liability for Coverage D1-- Uninsured Motorists Bodily Injury and Coverage D2, Uninsured Motorists Property Damage and if "bodily injury" or "property damage" is sustained in an accident by you or any "resident relative"

1. Our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any such accident is the sum of the limits of liability shown in the Declarations for each person for Uninsured Motorists Bodily Injury coverage;
2. Subject to the maximum limit for each person described in 1. above, our maximum limit of liability for all damages arising out of "bodily injury" resulting from any one accident is the sum of the limits of liability shown in the Declarations for each accident for Uninsured Motorists Bodily Injury coverage.
3. Our maximum limit of liability for all "property damage" resulting from any such accident is the sum of the limits of liability shown in the Declarations for each accident for Uninsured Motorists Property Damage coverage.
4. Subject to the maximum limits of liability set forth in 1., 2. or 3. above:
   a. the most we will pay for "bodily injury" or "property damage" sustained in such accident by an "insured" other than you or any "resident relative" is that "insured's" pro-rata share of the each person or each accident limit of liability shown in the Declarations applicable to the vehicle that "insured" was "occupying" at the time of the accident, and
   b. you or any "resident relative" who sustains "bodily injury" or "property damage" in such accident will also be entitled to a pro-rata share of the each person or each accident limit described in paragraph 4.a. above.

A person's pro-rata share shall be the proportion that that person's damages bears to the total damages sustained by all "insureds".

The maximum limit of liability is the most we will pay regardless of the number of:

1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the accident.

If "bodily injury" or "property damage" is sustained by an "insured" other than you or any "resident relative" in an accident in which neither you nor any "resident relative" sustained "bodily injury" or "property damage":

1. Our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury"

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon023

sustained by any one person in such accident will be the each person limit of liability shown in the Declarations for Uninsured Motorists Bodily Injury coverage applicable to the "your covered auto" that "insured" was "occupying" at the time of that accident.

2. Subject to this limit for each person, our maximum limit of liability for all damages arising out of "bodily injury" sustained in such accident is the each accident limit of liability shown in the Declarations for Uninsured Motorists Bodily Injury coverage applicable to the "your covered auto" that "insured" was "occupying" at the time of the accident.

3. Our maximum limit of liability for all "property damage" resulting from such accident is the each accident limit of liability shown in the Declarations for Uninsured Motorists Property Damage coverage applicable to the "your covered auto" that "insured" was "occupying" at the time of the accident.

The maximum limit of liability is the most we will pay regardless of the number of:
1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the accident.

B. Single Limits

If the Declarations show a single limit of liability for Coverage D1 Uninsured Motorists Bodily Injury and Coverage D2 Uninsured Motorists Property Damage combined, and if "bodily injury" or "property damage" is sustained in an accident by you or any "resident relative", our maximum limit of liability for all damages in any such accident is the sum of the limits of liability for Uninsured Motorists Coverage shown in the Declarations applicable to each vehicle. The limit of liability shown on the Declarations page is the maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any person(s) in any one accident. Subject to this maximum limit of liability for all damages:
1. The most we will pay for "bodily injury" or "property damage" sustained in such accident by an "insured" other than you or any "resident relative" is that "insured's" pro rata share of the limit shown in the Declarations applicable to the vehicle that "insured" was "occupying" at the time of the accident:
2. You or any "resident relative" who sustains "bodily injury" or "property damage" in such accident will also be entitled to a pro rata share of the limit described in paragraph 1. above.

A person's pro rata share shall be the proportion that that person's damages bears to the total damages sustained by all "insureds".

The maximum limit of liability is the most we will pay regardless of the number of:
1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the accident.

If "bodily injury" or "property damage" is sustained by any "insured" other than you or any "resident relative" in an accident in which neither you nor any "resident relative" sustained "bodily injury" or "property damage" the limit of liability shown in the Declarations applicable to the "your covered auto" the "insured" was "occupying" at the time of the accident is our maximum limit of liability for all damages resulting from any such accident.

This is the most we will pay regardless of the number of:
1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the accident.

C. With respect to damages caused by an accident with an "underinsured motor vehicle", the limit of liability shall be reduced by all sums paid by or on behalf of persons or organizations who may be legally responsible. This includes all sums paid under Liability (Coverage A & B) of the policy.

D. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and Liability (Coverage A & B) or Medical Payments (Coverage C) of this policy.

E. We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

F. No payment will be made for loss paid or payable to the "insured" under the Damage To Your Auto Coverage(s) of the policy.

**Other Insurance**

If there is other applicable insurance similar to the insurance provided under this Coverage Section of the policy, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle:
1. You do not own, including any vehicle while used as a temporary substitute for "your covered auto"; or

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon024

U01NM00 (10-13)

2. Owned by you or any "resident relative" which is not insured for this coverage under this policy;

shall be excess over any other collectible insurance similar to the insurance provided by this coverage section.

With respect to "property damage", this insurance shall apply only after the limits of any other collectible insurance applicable to the damaged property have been exhausted.

**Arbitration**

A. If we and an "insured" do not agree:
   1. Whether that "insured" is legally entitled to recover damages; or
   2. As to the amount of damages which are recoverable by that "insured";

from the owner or operator of an "uninsured motor vehicle" or "underinsured motor vehicle", then the matter may be arbitrated. However, disputes concerning coverage under this Coverage Section may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

B. Each party will:
   1. Pay the expenses it incurs; and
   2. Bear the expenses of the third arbitrator equally;

unless the arbitration costs are awarded to the prevailing party by the arbitrators.

C. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two arbitrators will be binding as to:
   1. Whether the "insured" is legally entitled to recover damages; and
   2. The amount of damages.

D. Instead of this method, we and the "insured" may agree to use another method of arbitration.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon025

S01CW01 (10-13)

## SIGNATURE PAGE

This policy is signed for the member company of Travelers which is the insurer under this policy.

Wendy C. Skjerven
Corporate Secretary

Gregory C. Toczydlowski
President
Personal Insurance

S01CW01 (10-13)                                                                                          S-4

© 2012 The Travelers Indemnity Company. All rights reserved.

Aguilar_Brewtwon026

## Important Notice about Privacy

### What we mean when we talk about "Privacy"

Your privacy is important to us. When we sell an insurance policy to a person we need information about the person or property that we're insuring. We consider this private and have taken steps to keep it confidential.

We want you to know about our privacy policy. The privacy policy tells you the kinds of information we get about you, where we get it, and with whom, if anyone, we may share it.

This brochure describes our privacy policy, procedures and practices for individuals who seek or get auto, home and other personal liability and property insurance for personal, family or household needs.

### What kind of information we have and where we get it

You give us most of what we need in the application process. To make sure what we have is correct we may need to check with you by phone or mail.

You may be asked to give us more details in writing or over the phone. Plus, we may receive and check your past insurance claims from insurance support organizations or your former insurers.

As allowed by law, we may ask for credit and other consumer reports from consumer reporting agencies concerning your application for insurance or any renewal of insurance. Information given to us by an insurance support organization, including consumer reporting agencies may be retained by them and disclosed to other persons.

For auto insurance, we often get a report of accidents or convictions from your State Motor Vehicle Department. We get these reports through an independent reporting company. We may also check information from government agencies or independent reporting companies. This helps us correctly rate and price your policy.

For home, building, or boat insurance, we or an inspector from an independent company may visit the property to inspect and report on its condition. In some cases, pictures may be taken. This allows us to check the estimate we have of your property's value. If we need more details about the property or the alarm you've installed, we may need to enter your property to finish the inspection. We would contact you before entering your property.

As a part of our application and underwriting process, in most states, we also order an Insurance Score based on credit history. We use the Score, information you give us, and other consumer reports for underwriting and the price we will charge. If we receive corrected personal information from a consumer reporting agency, we will re-evaluate you.

Once you're insured with us, your file may contain details about your policy(ies). This may include bill payments or claim history. A claim representative may comment, for example, on the condition and use of the insured property. We may also keep a police report if one was issued.

Sometimes we need to know about your health. For example, if we need to know whether a physical limitation will affect your ability to drive, we would ask you to sign a form allowing your personal doctor to answer any question we may have.

### Who has access to this information

We keep what we collect about you in our files. Our policies and procedures protect your personal information. We have physical, electronic and procedural safeguards in place.

**We do not give or sell our customers' personal information to others for marketing purposes. You don't have to ask us to keep your information private because we do not give it, unless allowed.**

We will use information about you to sell you insurance, service your insurance and settle claims. We may give the information to other persons or companies to help us manage or service our business. When we do, we require them to use it only for the reasons we gave it to them.

We may give, without your past permission and only if allowed by law, information about you held in our files to certain persons or organizations such as:

- Your agent or broker

PL-50009 (03-12)

Aguilar_Brewtwon027

* Our affiliated property and casualty insurance companies
* An independent claim adjuster or investigator
* Persons or organizations that conduct scientific research, including actuarial or underwriting studies, provided that no individual may be identified in the studies
* An insurance support organization, including consumer reporting agencies
* Another insurer in order to prevent or prosecute fraud

Also, on rare occasions, we may be required to share this information:

* With a State Insurance Department or other governmental agency, if required by federal, state or local laws
* If ordered by a summons, court order, search warrant or subpoena
* To protect our own legal interests, or in case of suspected fraud or other illegal activities

**How to find out what information we have about you**

If you have any questions about what we have in your file please write to us. When we receive your written request, we will respond within thirty (30) business days. We will let you know if we've given any information about you to anyone in the past. If we asked for a consumer report we will tell you the name and address of the consumer reporting agency.

You may also see and copy your file (except for certain documents about claims and lawsuits). If you believe any of our information is wrong we'll check it out and if we agree there was an error, we'll correct it. If we don't agree, you're still allowed to file a letter with your comments. We'll send the correction or letter to anyone who received or will receive the original information.

If you have any questions about the right of access to or correction of your file, we'll be happy to review our procedures with you. Please contact:

Denise J. Sailer, Privacy Coordinator
Consumer Affairs
One Tower Square
Hartford, CT 06183

**When you write, please be sure to tell us your:**

* Name
* Address
* Policy number
* Phone number and the best time of the day for us to call you

Please include a copy (not the original) of personal ID, such as your driver's license.

**We thank you for letting us serve your insurance needs.**

This notice is effective July 2006 and is given by Travelers Indemnity Company, and its property and casualty insurance affiliates, members of the Travelers group of companies. This notice applies to current and former customers and may be amended at any time. The amended notice will be sent to customers and will also be placed on Travelers web sites.

PL-50009 (03-12)

Aguilar_Brewtwon028

## Important Notice about Consumer Reporting

Thank you for trusting us with your insurance. We are committed to providing you excellent service at a competitive price. A lot of information is used to determine your price, including information about your credit history(ies). We are required to tell you that based on the information we received, you did not receive our best rating classification. Your price is competitive and accurate based on your unique characteristics. Please refer to the reverse side of this page for the details from your credit history affecting your price.

The consumer reporting agency(ies) that provided information about you:

Insurance Score (Credit History) Information:

Equifax
P.O. Box 740241
Atlanta, GA 30374-0241
Telephone: 1-800-685-1111
Web Address: www.equifax.com

### Remember:

- You have the right to a free copy of the consumer report(s) listed above. Simply contact the agency(ies) listed above within 60 days of receipt of this notice.

- You have the right to dispute the accuracy or completeness of any information in a consumer report. Simply contact the agency to discuss or dispute any information in the report.

- The consumer reporting agency(ies) did not make the pricing determination and cannot answer questions regarding your Travelers policy.

- Notify us if your information changes. We will reevaluate your situation, which could save you money.

PL-50001 (03-12)

Aguilar_Brewtwon029

The information from your credit report is used to create an insurance score. Your insurance score was impacted by:

* Length of credit history.

* Length of active revolving credit history or no revolving account information available.

* Total balance to limit ratio on revolving accounts or no revolving info available.

* Number of accounts, excluding auto loans and mortgages, opened within the past year.

To learn more about how your credit relates to your insurance policy please contact our Insurance Score Resource Center at 1-800-550-7717. For any other questions, please contact your Travelers agent or representative.

Please note: this information does not necessarily reflect a poor or average credit standing.

PL-S0001 (03-12)

Aguilar_Brewtwon030

## Important Notice about Billing Options and Disclosures

This notice contains important information about our billing options and fees for policy number 993647156 203 1.

You have chosen to pay your insurance premium in full and will be billed by mail / email. Other charges that may apply include a $10.00 late charge and a $20.00 fee for payments returned by your bank.

If your billing needs change, you may pay your premium by:

| Bill Plan | Monthly | Lump Sum |
|---|---|---|
| Electronic Funds Transfer (EFT) | $1.00 | No Charge |
| Recurring Credit Card (RCC) | $1.00 | No Charge |
| Bill by Mail / Email | $5.00 | No Charge |

    Late Charge: $10.00 per occurrence
    Payments returned by your bank: $20.00 per occurrence

In the event two payments are returned during a 12 month period you will be required to pay with guaranteed funds for 182 days from the date of the last returned payment. Guaranteed funds are credit card, bank check, money order or home banking payments. Other forms of payment will be returned. You will not be eligible to use our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plans.

Visit www.amp.travelers.com if you would like to enroll in our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plan.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

If you have multiple policies with us you may be able to combine those policies into a single billing account. If you have selected one of our monthly billing options, and you combine your policies into a single billing account, you will be charged just one service charge per installment, and not per individual account.

To add this policy to an existing billing account or if you have other questions about this notice, please call your insurance representative at 1-800-842-5075.

PL-S0019 (03-12)

Aguilar_Brewtwon031

# NEW MEXICO
## SUPPLEMENTAL CONSUMER INFORMATION

As stated, the action we have taken, herein, is due in part to your credit information. We described the most important credit related factors that negatively affected your insurance score and we are providing information on how to contact that agency. You have the right to a free copy of your consumer credit report by contacting them within 60 days. Please note that the credit reporting agency cannot provide you with the reasons for our decision regarding insurance with us.

If you dispute information in your report, please contact them. The agency is required to investigate your dispute and respond to you in less than 60 days. If they find that the information is inaccurate, incomplete or can't be verified, they are required to promptly correct your report.

While some errors may have a noticeable impact on our decision regarding your insurance or on your premium, other errors may not. The agency might not alert us to the error correction unless you tell them to do so. You should also notify us once your report has been corrected.

If you correct errors with one reporting agency it may not fix those errors with other reporting agencies. Therefore, you may wish to check your consumer credit report from each of the major national reporting agencies.

Once a year you can get a free copy of your report from each of the major reporting agencies by calling them, visiting their website, or by writing to them.

If your credit information has been adversely impacted by an extraordinary life circumstance that has occurred within the last 3 years, you may request in writing that we consider this when using your credit information. These extraordinary life circumstances include:

* An acute or chronic medical condition, illness, injury or disease;
* Divorce;
* Death of a spouse, child or parent;
* Involuntary loss of employment for more than three consecutive months;
* Identity theft; or
* Total or other loss that makes your home uninhabitable.

If you believe any of these applies to you and has impacted your credit, please contact us or your insurance agent. We may require you to provide reasonable documentation of this circumstance and explain how it has negatively affected your credit.

Aguilar_Brewtwon032



**TRAVELERS**
SELECTQUOTE AUTO & HOME INS
C/O TRAVELERS
KNOXVILLE, TN 37950-9059
00456

January 18, 2017

**Policy Number**
**Policy Period**     02/17/2017 — 02/17/2018
12:01 A.M. STANDARD TIME at your address shown in item 1
of the Automobile Policy Declarations

CARLOS AGUILAR-TAFOYA

# Thank You
# for your business!

Thank you for choosing Travelers for your
auto insurance. We're always available to
assist you with claims, questions or additional
insurance needs.

The enclosed, personalized policy package
was created just for you.

You'll find these item(s) in the following order:

| QUESTIONS? | |
| --- | --- |
| Policy questions or changes.......... | 1-800-842-5075 |
| 24 hour claim service ................... | 1-800-252-4633 |
| Billing and payment information.... | 1-800-842-5075 |
| Online ............................................. | MyTravelers.com |

**Claim Cards** - If you're ever in an accident, break the cards below in half and give the right side to the other driver.

**Insurance ID Cards** - You may need these cards as proof of insurance, so keep them in a safe place in your vehicle
such as the glove box.

**Declarations** - Please review this document to confirm your coverage.

**Important Notices** - Including information about our privacy policy, billing options, consumer reporting and more.

On behalf of SELECTQUOTE AUTO & HOME INS, we thank you for your continued business.

Sincerely,

*Michael Klein*

Michael Klein
President
Personal Insurance

003960/00456  S1348011  8806  01/18/17

Aguilar_Brewtwon033



# Automobile Policy Continuation Declarations

## 1. Named Insured
CARLOS AGUILAR-TAFOYA



**Your Auto Policy Number**
**Your Account Number**

## Your Agency's Name and Address
SELECTQUOTE AUTO & HOME INS
C/O TRAVELERS
P.O. BOX 59059
KNOXVILLE, TN 37950-9059

| | |
|---|---|
| **For Policy Service** | 1-800-842-5075 |
| **For Claim Service** | 1-800-252-4633 |

## 2. Premium
**Your Total Premium for the Policy Period is $753.**
**The policy period is from February 17, 2017 to February 17, 2018 12:01 A.M. STANDARD TIME at your address shown in Item 1.**

## 3. Your Vehicles
1.   2004 TOYOT TACOMA BAS

### Identification Numbers

## 4. Coverages, Limits of Liability and Premiums
Insurance is provided only where a premium entry is shown for the coverage. The premium entry "Incl" or "Pkg" means the premium charge is included in the premium for another coverage or a package.

UNINSURED MOTORISTS COVERAGE LIMITS (COVERAGES D1&D2) DO NOT EQUAL LIABILITY COVERAGE (COVERAGES A&B) LIMIT OF LIABILITY. NAMED INSURED HAS RIGHT TO BUY UNINSURED MOTORISTS COVERAGE AT LIMITS EQUAL TO LIABILITY COVERAGE LIMIT OF LIABILITY.

| | VEHICLE 1<br>04 TOYOT<br>TACOMA BAS |
|---|---|
| **A.  Bodily Injury**<br>$25,000 each person<br>$50,000 each accident | $321 |
| **B.  Property Damage**<br>$25,000 each accident | $203 |
| **C.  Medical Payments**<br>$5,000 each person | $54 |
| **D1. Uninsured Motorists Bodily Injury**<br>$25,000 each person<br>$50,000 each accident | $163 |
| **D2. Uninsured Motorists Property Damage**<br>$10,000 each accident | $12 |
| **Subtotal for your vehicle(s):** | $753 |

003962/00456 S1348O11 8806 01/18/17

Aguilar_Brewtwon034

PL-50014 (03-12)

Page  1   of 3

**TRAVELERS** J

| Total Premium for this Policy: | $753 |
|---|---|

This is not a bill. You will be billed separately for this transaction.

## 5. Information Used to Rate Your Policy

**Discounts**
Safe Driver Discount
  5 Years Accident and Violation Free
Paid in Full Discount
Good Payer Discount
Continuous Insurance Discount

| Your Total Savings Reflected in Your Total Premium: | $339 |
|---|---|

| Drivers | Date of Birth | Gender | Marital Status | License Status |
|---|---|---|---|---|
| 1.  CARLOS | ███████ | Male | Single | Licensed |

| Vehicles | Use of Vehicle | Location of Vehicle |
|---|---|---|
| 1.  04 TOYOT TACOMA BAS | Commute | ALBUQUERQUE, NM |

If any of the information above is incorrect or has changed, please notify your Travelers representative immediately.

## 6. Other Information

**Your Insurer**
THE STANDARD FIRE INSURANCE COMPANY
ONE TOWER SQUARE, HARTFORD, CT 06183

**Policy Coverage Sections and Endorsements That Form a Part of This Policy:**

| G01NM01 (10-15) | General Provisions Section |
|---|---|
| L01NM01 (10-15) | Liability Coverage Section |
| M01CW02 (05-15) | Medical Payments Coverage Section |
| U01NM01 (10-15) | Uninsured Motorists Coverage Section |
| S01CW01 (10-13) | Signature Page |

Issued on 01/18/2017

## FOR YOUR INFORMATION

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

Aguilar_Brewtwon035

## Important Notice about Privacy

### What we mean when we talk about "Privacy"

Your privacy is important to us. When we sell an insurance policy to a person we need information about the person or property that we're insuring. We consider this private and have taken steps to keep it confidential.

We want you to know about our privacy policy. The privacy policy tells you the kinds of information we get about you, where we get it, and with whom, if anyone, we may share it.

This brochure describes our privacy policy, procedures and practices for individuals who seek or get auto, home and other personal liability and property insurance for personal, family or household needs.

### What kind of information we have and where we get it

You give us most of what we need in the application process. To make sure what we have is correct we may need to check with you by phone or mail.

You may be asked to give us more details in writing or over the phone. Plus, we may receive and check your past insurance claims from insurance support organizations or your former insurers.

As allowed by law, we may ask for credit and other consumer reports from consumer reporting agencies concerning your application for insurance or any renewal of insurance. Information given to us by an insurance support organization, including consumer reporting agencies may be retained by them and disclosed to other persons.

For auto insurance, we often get a report of accidents or convictions from your State Motor Vehicle Department. We get these reports through an independent reporting company. We may also check information from government agencies or independent reporting companies. This helps us correctly rate and price your policy.

For home, building, or boat insurance, we or an inspector from an independent company may visit the property to inspect and report on its condition. In some cases, pictures may be taken. This allows us to check the estimate we have of your property's value. If we need more details about the property or the alarm you've installed, we may need to enter your property to finish the inspection. We would contact you before entering your property.

As a part of our application and underwriting process, in most states, we also order an Insurance Score based on credit history. We use the Score, information you give us, and other consumer reports for underwriting and the price we will charge. If we receive corrected personal information from a consumer reporting agency, we will re-evaluate you.

Once you're insured with us, your file may contain details about your policy(ies). This may include bill payments or claim history. A claim representative may comment, for example, on the condition and use of the insured property. We may also keep a police report if one was issued.

Sometimes we need to know about your health. For example, if we need to know whether a physical limitation will affect your ability to drive, we would ask you to sign a form allowing your personal doctor to answer any question we may have.

### Who has access to this information

We keep what we collect about you in our files. Our policies and procedures protect your personal information. We have physical, electronic and procedural safeguards in place.

**We do not give or sell our customers' personal information to others for marketing purposes. You don't have to ask us to keep your information private because we do not give it, unless allowed.**

We will use information about you to sell you insurance, service your insurance and settle claims. We may give the information to other persons or companies to help us manage or service our business. When we do, we require them to use it only for the reasons we gave it to them.

We may give, without your past permission and only if allowed by law, information about you held in our files to certain persons or organizations such as:

- Your agent or broker

Aguilar_Brewtwon036

PI-50009 (03-12)

- Our affiliated property and casualty insurance companies
- An independent claim adjuster or investigator
- Persons or organizations that conduct scientific research, including actuarial or underwriting studies, provided that no individual may be identified in the studies
- An insurance support organization, including consumer reporting agencies
- Another insurer in order to prevent or prosecute fraud

Also, on rare occasions, we may be required to share this information:

- With a State Insurance Department or other governmental agency, if required by federal, state or local laws
- If ordered by a summons, court order, search warrant or subpoena
- To protect our own legal interests, or in case of suspected fraud or other illegal activities

### How to find out what information we have about you

If you have any questions about what we have in your file please write to us. When we receive your written request, we will respond within thirty (30) business days. We will let you know if we've given any information about you to anyone in the past. If we asked for a consumer report we will tell you the name and address of the consumer reporting agency.

You may also see and copy your file (except for certain documents about claims and lawsuits). If you believe any of our information is wrong we'll check it out and if we agree there was an error, we'll correct it. If we don't agree, you're still allowed to file a letter with your comments. We'll send the correction or letter to anyone who received or will receive the original information.

If you have any questions about the right of access to or correction of your file, we'll be happy to review our procedures with you. Please contact:

Denise J. Sailer, Privacy Coordinator
Consumer Affairs
One Tower Square
Hartford, CT 06183

### When you write, please be sure to tell us your:

- Name
- Address
- Policy number
- Phone number and the best time of the day for us to call you

Please include a copy (not the original) of personal ID, such as your driver's license.

### We thank you for letting us serve your insurance needs.

This notice is effective July 2006 and is given by Travelers Indemnity Company, and its property and casualty insurance affiliates, members of the Travelers group of companies. This notice applies to current and former customers and may be amended at any time. The amended notice will be sent to customers and will also be placed on Travelers web sites.

Aguilar_Brewtwon037

PL-50009 (03-12)

## Important Notice about Billing Options and Disclosures

This notice contains important information about our billing options and charges for policy 993647156 203 1.

You have chosen to pay your insurance premium in full and will be billed by mail / email. Other charges that may apply include a $10.00 late charge and a $20.00 fee for payments returned by your bank.

If your billing needs change, you may pay your premium by:

| Bill Plan | Monthly | Pay in Full |
|---|---|---|
| Electronic Funds Transfer (EFT) | $1.00 | No Charge |
| Recurring Credit Card (RCC) | $1.00 | No Charge |
| Bill by Mail / Email | $5.00 | No Charge |

    Late Charge: $10.00 per occurrence
    Payments returned by your bank: $20.00 per occurrence

In the event two payments are returned during a 12 month period you will be required to pay with guaranteed funds for 182 days from the date of the last returned payment. Guaranteed funds are credit card, bank check, money order or home banking payments. Other forms of payment will be returned. You will not be eligible to use our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plans.

Visit www.amp.travelers.com if you would like to enroll in our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plan.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

If you have multiple policies with us you may be able to combine those policies into a single billing account. If you have selected one of our monthly billing options, and you combine your policies into a single billing account, you will be charged just one service charge per installment, and not per individual account.

To add this policy to an existing billing account or if you have other questions about this notice, please call your insurance representative at 1-800-842-5075.

Aguilar_Brewtwon038

PL-50019 (07-16)

# Exhibit 2 to Complaint



**TRAVELERS**

## Automobile Policy Declarations

**1. Named Insured**
GARY LANIER



**Your Agency's Name and Address**
WALKER AGENCY\THE
1501 SAN JUAN BLVD STE 201
FARMINGTON, NM 87401

**Your Auto Policy Number**
**Your Account Number**

**For Policy Service**          1.505.326.4952
**For Claim Service**          For questions on filing a
claim or to file a claim go to **Travelers.com** or call
1.800.252.4633

### 2. Premium

**This is change number 1, which is effective August 18, 2020.**
* This change increases the premium by $820 for the remainder of the policy period.
* The policy period is from May 5, 2020 to May 5, 2021.
* Vehicle has been added.
* Driver has been added.
* These Declarations replace all prior Automobile Policy Declarations on the date on which this change is
  effective.

### 3. Your Vehicles                    Identification Numbers

1.  2001 BUICK LESABRE CU
2.  1998 CHEVR PICKUP 150
3.  2003 FORD F-150 SUPE

### 4. Coverages, Limits of Liability and Premiums

Insurance is provided only where a premium entry is shown for the coverage. The premium entry "Incl" or "Pkg"
means the premium charge is included in the premium for another coverage or a package.

| | VEHICLE 1 | VEHICLE 2 | VEHICLE 3 |
|---|---|---|---|
| | 01 BUICK LESABRE CU | 98 CHEVR PICKUP 150 | 03 FORD F-150 SUPE |
| **A. Bodily Injury** | | | |
| $50,000 each person | | | |
| $100,000 each accident | $260 | $303 | $303 |
| **B. Property Damage** | | | |
| $50,000 each accident | $185 | $210 | $233 |
| **C. Medical Payments** | | | |
| $5,000 each person | $61 | $37 | $43 |
| **D1. Uninsured Motorists Bodily Injury** | | | |
| $50,000 each person | | | |
| $100,000 each accident | $98 | $98 | $98 |
| **D2. Uninsured Motorists Property Damage** | | | |
| $50,000 each accident | $11 | $11 | $11 |
| **Subtotal for your vehicle(s):** | $615 | $659 | $688 |

PL-50014 (08-16)
472/0TX343

Aguilar_Brewtwon039

**TRAVELERS**

**This is not a bill. You will be billed separately for this transaction.**

## 5. Information Used to Rate Your Policy

There are many factors that determine the premium on your policy, some of which are displayed below. If you would like a policy review or if any of the information below is incorrect or has changed, please contact your agent.

**Discounts**

Safe Driver Discount
  5 Years Accident and Violation Free
Multi-Policy Discount
Multi-Car Discount
Good Payer Discount
EFT Discount
Continuous Insurance Discount
Early Quote Discount

| Drivers | Date of Birth | Gender | Marital Status | Driver Type |
|---|---|---|---|---|
| 1. GARY | | Male | Married | Licensed |
| 2. LINDA | | Female | Married | Licensed |
| 3. BRADLEY | | Male | Single | Licensed |

| Vehicles | Use of Vehicle | Mileage | Location of Vehicle |
|---|---|---|---|
| 1. 01 BUICK LESABRE CU | Pleasure | Not Verified | AZTEC, NM |
| 2. 98 CHEVR PICKUP 150 | Pleasure | Not Verified | AZTEC, NM |
| 3. 03 FORD F-150 SUPE | Pleasure | Not Verified | AZTEC, NM |

**Vehicle History**

Length of Vehicle Ownership*

1. 01 BUICK LESABRE CU
2. 98 CHEVR PICKUP 150
3. 03 FORD F-150 SUPE

*When policy originated or vehicle added.

## 6. Other Information

**Your Insurer**

THE STANDARD FIRE INSURANCE COMPANY
ONE TOWER SQUARE, HARTFORD, CT 06183

**Policy Coverage Sections and Endorsements That Form a Part of This Policy:**

G01NM01 (10-15)    General Provisions Section

L01NM01 (10-15)    Liability Coverage Section

Aguilar_Brewtwon040



Named Insured   GARY LANIER
Policy Period   May 5, 2020 to May 5, 2021

Policy Number ▮▮▮▮▮▮▮▮
Issued On Date   August 18, 2020

## 6. Other Information (continued)

**Policy Coverage Sections and Endorsements That Form a Part of This Policy:**

M01CW02 (05-15)   Medical Payments Coverage Section
U01NM01 (10-15)   Uninsured Motorists Coverage Section
S01CW01 (10-13)   Signature Page

Issued on  08/18/2020

## FOR YOUR INFORMATION

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

It is important that the information we used to rate your policy is correct. It is your responsibility to make sure that the information on these Declarations is accurate and complete, including checking that you are receiving all the discounts for which you are eligible. To see a full list of discounts offered, including discounts for having multiple policies with us or being a good driver, go to www.travelers.com/discounts. Once at the website, type in your policy number 6043686602031 and product code QA2 to view the discounts available. If any of the information on the Declarations has changed, appears incorrect, or is missing, please advise your Travelers agent or representative immediately. Your Travelers agent or representative is also available to review the information on the Declarations with you.

PL-S0014 (08-16)
472/0TX343

Page 3  of 3

Aguilar_Brewtwon041



This is to certify that this is a reproduction, from the company's records, of the insurance policy between the insured and the insuring company as described on the Declarations Page.   It is a full, true and complete reproduction of the insurance policy.   No additional insurance is afforded by this copy.

Signature:

Date: 2.16.2023

Aguilar_Brewtwon042

Effective: 05/05/2019                                          T01NM00 (10-13)

## NEW MEXICO PERSONAL AUTO POLICY

## YOUR PERSONAL AUTO POLICY QUICK REFERENCE

### DECLARATIONS PAGE
Your Name and Address
Your Auto or Trailer
Policy Period
Coverages and Amounts of Insurance

|  | Beginning on Page |
|---|---|
| **GENERAL PROVISIONS SECTION** | |
| **AGREEMENT** | GP-1 |
| **GENERAL DEFINITIONS** | GP-1 |
| **DUTIES AFTER AN ACCIDENT OR LOSS** | GP-2 |
| **GENERAL CONDITIONS** | GP-3 |
| Bankruptcy | GP-3 |
| Changes | GP-3 |
| Fraud | GP-3 |
| Legal Action Against Us | GP-3 |
| Our Right To Recover Payment | GP-4 |
| Policy Period And Territory | GP-4 |
| Transfer Of Your Interest In This Policy | GP-4 |
| Two Or More Policies Issued To You | GP-4 |
| Termination | GP-4 |
| **LIABILITY COVERAGE SECTION** | |
| **Coverage A – Bodily Injury** | |
| **Coverage B – Property Damage** | |
| Insuring Agreement | L-1 |
| Supplementary Payments | L-1 |
| Exclusions | L-1 |
| Limit Of Liability | L-3 |
| Out Of State Coverage | L-3 |
| Financial Responsibility | L-3 |
| Other Insurance | L-3 |
| **MEDICAL PAYMENTS COVERAGE SECTION** | |
| **Coverage C – Medical Payments** | |
| Insuring Agreement | MP-1 |
| Exclusions | MP-1 |
| Limit Of Liability | MP-2 |
| Other Insurance | MP-2 |
| **UNINSURED MOTORISTS COVERAGE SECTION** | |
| **Coverage D1 – Uninsured Motorists Bodily Injury** | |
| **Coverage D2 – Uninsured Motorists Property Damage** | |
| Insuring Agreement | UM-1 |
| Exclusions | UM-2 |
| Limit Of Liability | UM-2 |

T01NM00 (10-13)                                                Page 1 of 2

© The Travelers Indemnity Company. All rights reserved.

Aguilar_Brewtwon043

Effective: 05/05/2019                                    T01NM00 (10-13)

Other Insurance ............................................................................................. UM-3
Arbitration .................................................................................................... UM-4

SIGNATURE PAGE ...................................................................................... S-1

T01NM00 (10-13)                                           Page 2 of 2

© The Travelers Indemnity Company. All rights reserved.

Aguilar_Brewtwon044

G01NM01 (10-15)

# NEW MEXICO PERSONAL AUTO POLICY

**Travelers Companies**
Hartford, Connecticut
(Each a Stock Insurance Company)

## GENERAL PROVISIONS SECTION

**Unless otherwise stated, the provisions in this General Provisions Section apply to all Coverage Sections and endorsements of this policy.**

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we will provide the coverages you have selected. These are shown by premium entries in the Declarations. The Declarations is a part of this policy.

## GENERAL DEFINITIONS

Throughout this policy:

A. "You" and "your" refer to:
1. The "named insured" shown in the Declarations; and
2. The spouse if a resident of the same household.
   The term spouse includes, if a resident of the same household:
   a. The civil partner of the "named insured", provided such civil union was obtained in a state where a civil union is legally recognized; or
   b. The "domestic partner" of the "named insured".

   If the spouse ceases to be a resident of the same household during the policy period or prior to the inception of this policy, the spouse will be considered "you" and "your" under this policy but only until the earlier of:
   a. The end of 90 days following the spouse's change of residency;
   b. The effective date of another policy listing the spouse as a named insured; or
   c. The end of the policy period.

B. "We", "us" and "our" refer to the member company of Travelers providing this insurance and shown as the insurer in Item 6 of the Declarations.

C. We consider a private passenger auto, sport utility vehicle, pickup or van to be owned by a person if leased:
1. Under a written agreement to that person; and
2. For a continuous period of at least 6 months.

D. "Minimum limits" refers to the following limits of liability as required by New Mexico law, to be provided under a policy of automobile liability insurance:
1. $25,000 for each person, subject to $50,000 for each accident with respect to "bodily injury"; and
2. $10,000 for each accident with respect to "property damage".

Other words and phrases are defined. They are in quotation marks when used.

E. "Bodily injury" means bodily harm, sickness or disease, including death that results.

F. "Business" includes trade, profession or occupation.

G. "Domestic partner" means a person who is in a continuing spouse-like relationship with a named insured for the purpose of a domestic life. Both persons must be 18 years of age or older and may not be related to each other by blood. Neither may be married to another person, or be a "domestic partner" or partner by civil union of any other person.

H. "Newly acquired auto":
1. "Newly acquired auto" means any of the following types of vehicles of which you become the owner during the policy period:
   a. A private passenger auto or sport utility vehicle; or
   b. A pickup or van, for which no other insurance policy provides coverage, that:
   (1) Has a Gross Vehicle Weight Rating of 10,000 lbs. or less; and

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon045

G01NM01 (10-15)

(2) Is not used for the delivery or transportation of goods and materials unless such use is:

(a) Incidental to your "business" of installing, maintaining or repairing furnishings and equipment; or

(b) For farming or ranching.

2. Coverage for a "newly acquired auto" is provided as described in 3.a. and 3.b. below. If you ask us to insure a "newly acquired auto" after a specified time period described below has elapsed, any coverage we provide for that "newly acquired auto" will begin at the time you request the coverage and you will not have coverage for the elapsed period of time.

3. Coverage for a "newly acquired auto" depends on whether the vehicle is in addition to or replaces a vehicle shown in the Declarations.

a. A "newly acquired auto" which is in addition to any vehicle shown in the Declarations will have the broadest coverage we provide for any vehicle shown in the Declarations. Coverage begins on the date you become the owner. However, for coverage to apply you must ask us to insure it within 30 days after you become the owner.

b. If a "newly acquired auto" replaces a vehicle shown in the Declarations, it will have the same coverage as the vehicle it replaced without your having to ask us to insure it. However, you must ask us to insure a replacement vehicle within 30 days if:

(1) You wish to add or continue any coverage provided in the Damage To Your Auto Coverage Section; or

(2) It is a pickup or van used in any "business" other than farming or ranching.

I. "Occupying" means:
1. In;
2. Upon; or
3. Getting in, on, out or off.

J. "Property damage" means physical injury to, destruction of or loss of use of tangible property.

K. "Resident relative" means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child. Your unmarried dependent children, wards, and foster children while temporarily away from home will be considered residents if they intend to resume residing in your household.

L. "Trailer" means a vehicle designed to be pulled by a:
1. Private passenger auto or sport utility vehicle; or
2. Pickup or van.

It also means a farm wagon or farm implement while towed by a vehicle listed in 1. or 2. above.

M. "Your covered auto" means:
1. Any vehicle shown in the Declarations.
2. A "newly acquired auto".
3. Any "trailer" you own.
4. Any private passenger auto, sport utility vehicle, pickup, van or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:
a. Breakdown;
b. Repair;
c. Servicing;
d. Loss; or
e. Destruction.

This provision (M.4.) does not apply to the Damage To Your Auto Coverage Section.

## DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

A. We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

B. A person seeking any coverage must:
1. Cooperate with us in the investigation, settlement or defense of any claim or suit.
2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.

3. Submit, as often as we reasonably require:
a. To physical exams by physicians we select. We will pay for these exams.
b. To examination under oath and subscribe the same. We may require such exam under oath:

(1) From other persons insured under this policy (including a "resident relative").

(2) Be done separately and outside the presence of any witnesses or persons insured or seeking benefits under this policy.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon046

G01NM01 (10-15)

4. Authorize us to obtain:
   a. Medical reports; and
   b. Other pertinent records.
5. Submit a proof of loss when required by us.

**Additional Duties For Uninsured Motorists Coverage**

If Coverage D1 – Uninsured Motorists Bodily Injury or Coverage D2 – Uninsured Motorists – Property Damage is shown in the Declarations, a person seeking coverage must also promptly:
A. Notify the police if a hit-and-run driver is involved.
B. Send us copies of the legal papers if a suit is brought.

In addition a person seeking Uninsured Motorists Coverage under the definition of "underinsured motor vehicle" must also:
A. Promptly notify us in writing of a tentative settlement between the "insured" and the insurer of the "underinsured motor vehicle"; and

B. Allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle".

**Additional Duties For Collision And Comprehensive Coverages**

If Coverage E – Collision or Coverage F – Comprehensive is shown in the Declarations, a person seeking coverage must also:
A. Take reasonable steps after loss to protect "your covered auto" or any "non-owned auto" and their equipment from further loss. We will pay reasonable expenses incurred to do this.
B. Promptly notify the police if "your covered auto" or any "non-owned auto" is stolen.
C. Permit us to inspect and appraise the damaged property before its repair or disposal.

## GENERAL CONDITIONS

**Bankruptcy**

Bankruptcy or insolvency of the "insured" will not relieve us of any obligations under this policy.

**Changes**

A. This policy contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.
B. If there is a change to the information used to develop the policy premium, we may adjust your premium. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:
   1. The number, type or use of insured vehicles;
   2. Operators using insured vehicles;
   3. The place of principal garaging of insured vehicles; or
   4. Coverage, deductible or limits.

   If a change resulting from A. or B. above requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.
C. If we make a change which broadens coverage under this edition of your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in your state. This paragraph (C.) does not apply to changes implemented with a general policy revision that includes both

broadenings and restrictions in coverage, whether that general policy revision is implemented through introduction of:
   1. A subsequent edition of your policy or any of its Coverage Sections; or
   2. An amendatory endorsement.

**Fraud**

We do not provide coverage for any person under this policy who has made fraudulent statements or engaged in fraudulent conduct in connection with any accident or loss for which coverage is sought under this policy.

**Legal Action Against Us**

A. No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under the Liability Coverage Section, no legal action may be brought against us until:
   1. We agree in writing that the "insured" has an obligation to pay; or
   2. The amount of that obligation has been finally determined by judgment after trial.
B. No person or organization has any right under this policy to bring us into any action to determine the liability of an "insured".

G01NM01 (10-15)                                                                 Page GP-3

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon047

G01NM01 (10-15)

**Our Right To Recover Payment**

A. If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another we are subrogated to that right. That person must do:
1. Whatever is necessary to enable us to exercise our rights; and
2. Nothing after loss to prejudice them.

However, our rights in this Paragraph (A.) do not apply:
1. Under the Damage To Your Auto Coverage Section, against any person using "your covered auto" with a reasonable belief that such person is entitled to do so; or
2. Under the Uninsured Motorists Coverage with respect to coverage under the definition of "underinsured motor vehicle" if we:
   a. Have been given prompt written notice of a tentative settlement between an "insured " and the insurer of an "underinsured motor vehicle" and
   b. Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:
   a. That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and
   b. We also have a right to recover the advanced payment.

B. If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person must:
1. Hold in trust for us the proceeds of the recovery; and
2. Reimburse us to the extent of our payment.

**Policy Period And Territory**

A. This policy applies only to accidents and losses which occur:
1. During the policy period shown in the Declarations; and
2. Within the policy territory.
B. The policy territory is:
1. The United States of America, its territories or possessions;
2. Puerto Rico; or
3. Canada.
This policy also applies to loss to, or accidents involving, "your covered auto" while being transported between their ports.

**Transfer Of Your Interest In This Policy**

A. Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:
1. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations; and
2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use "your covered auto".
B. Coverage will only be provided until the end of the policy period.

**Two Or More Policies Issued To You**

If this policy and any other auto insurance policy issued to you by us or any of our personal insurance affiliates apply to the same accident, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

This provision does not apply to Uninsured Motorists coverage. No one will be entitled to receive duplicate payments for the same elements of loss under Uninsured Motorists Coverage.

**Termination**

A. Cancellation
This policy may be cancelled during the policy period as follows:
1. The named insured shown in the Declarations may cancel by:
   a. Returning this policy to us; or
   b. Giving us advance written notice of the date cancellation is to take effect.
   We may accept another form of notice from the named insured. If there is more than one person shown as named insured in the Declarations, any named insured may cancel this policy. The cancellation by one named insured will be binding on any other named insured.
2. We may cancel by mailing to the named insured shown in the Declarations at the address shown in this policy:
   a. At least 10 days' notice if cancellation is for nonpayment of premium; or
   b. At least 30 days' notice if there has been a substantial change in the risk assumed by us since the policy was issued; or

G01NM01 (10-15)

Page GP-4

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon048

G01NM01 (10-15)

c. At least 15 days' notice in all other cases.

3. When the policy has been in effect for less than 60 days and this is not a renewal or continuation policy, we may cancel for any reason by letting you know at least 10 days before the effective date of cancellation. The effective date of cancellation must fall within such 60-day period.

4. If Paragraph 3. does not apply, we may cancel only:
   a. For nonpayment of premium; or
   b. If your driver's license or that of:
      (1) Any driver who lives with you; or
      (2) Any driver who customarily uses "your covered auto";
      has been suspended or revoked.
      This must have occurred:
      (1) During the policy period; or
      (2) Since the last anniversary of the original effective date if the policy period is other than 1 year; or
   c. For fraud, misrepresentation or concealment:
      (1) By you with respect to a material fact relating to the issuance of this policy or any renewal or continuation; or
      (2) By you or any "resident relative" in making or settling a claim under this policy; or
   d. If willful and negligent acts or omission by the insured have substantially increased the hazards insured against.

5. Nonpayment of premium means the failure to pay any premium or premium installment or any other financial obligation when due.

B. Nonrenewal
   We have the right to not renew or continue this policy at the end of the policy period shown in the Declarations. If we decide not to renew or continue this policy, we will mail notice to the named insured shown in the Declarations at the address shown in this policy. Notice will be mailed at least 30 days before the end of the policy period.

C. Automatic Termination
   1. If we offer to renew or continue your policy for another policy period and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due means that you have not accepted our offer.
   2. If you obtain other insurance on "your covered auto", any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

D. Other Termination Provisions
   1. If the law in effect in your state at the time this policy is issued or continued:
      a. Requires a longer notice period;
      b. Requires a special form of or procedure for giving notice; or
      c. Modifies any of the stated termination reasons;
      we will comply with those requirements.
   2. We may deliver any notice instead of mailing it. Proof of mailing of any notice will be sufficient proof of notice.
   3. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.
   4. The effective date of cancellation stated in the notice will become the end of the policy period.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon049

L01NM01 (10-15)

## LIABILITY COVERAGE SECTION
### Coverage A – Bodily Injury
### Coverage B – Property Damage

### Insuring Agreement

A. We will pay damages for "bodily injury" or "property damage" for which any "insured" becomes legally responsible because of an auto accident. Damages include prejudgment interest awarded against the "insured".

We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for these coverages has been exhausted by payment of judgments or settlements.

We have no duty to defend any suit or settle any claim for "bodily injury" or "property damage" not covered under this policy.

B. "Insured" as used in this Coverage Section means:
1. You or any "resident relative" for the ownership, maintenance or use of any auto or "trailer".
2. Any person using "your covered auto".
3. For "your covered auto", any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under this Coverage Section.
4. For any auto or "trailer", other than "your covered auto", any other person or organization but only with respect to legal responsibility for acts or omissions of you or any "resident relative" for whom coverage is afforded under this Coverage Section. This provision (4.) applies only if the person or organization does not own or hire the auto or "trailer".

"Insured" does not include:
1. The United States of America or any of its agencies.
2. Any person with respect to "bodily injury" or "property damage" resulting from the operation of an auto by that person as an employee of the United States Government. This applies only if the provisions of Section 2679 of Title 28, United States Code as amended, require the Attorney General of the United States to defend that person in any civil action which may be brought for the "bodily injury" or "property damage".

### Supplementary Payments

In addition to our limit of liability, we will pay on behalf of an "insured":
1. Up to $250 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in "bodily injury" or "property damage" covered under this policy.
2. Premiums on appeal bonds and bonds to release attachments in any suit we defend.
3. Interest accruing after a judgment is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for these coverages.
4. Up to $250 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.
5. Other reasonable expenses incurred at our request.

### Exclusions

A. We do not provide Liability Coverage for any "insured":
1. Who intentionally causes "bodily injury" or "property damage".
2. For "property damage" to property owned or being transported by that "insured".
3. For "property damage" to property:
   a. Rented to;
   b. Used by; or
   c. In the care of;
   that "insured".
   This Exclusion (A.3.) does not apply to "property damage" to a:
   a. Residence or private garage; or
   b. Vehicle you do not own if:
      (1) A licensed automobile dealer provides the vehicle without charge to you or a "resident relative":
         (a) For use as a temporary substitute while "your covered auto" is out of normal use because of its breakdown, repair or servicing;
         (b) To demonstrate the vehicle; or
         (c) As a promotional or courtesy vehicle; or

L01NM01 (10-15)

Page L-1

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon050

L01NM01 (10-15)

(2) A licensed automobile dealer provides the vehicle for a charge, or someone other than a licensed automobile dealer provides the vehicle with or without charge, to you or a "resident relative":

    (a) For use as a temporary substitute while "your covered auto" is out of normal use because of its breakdown, repair or servicing;

    (b) To demonstrate the vehicle; or

    (c) As a promotional or courtesy vehicle; and

The vehicle is provided under a written statement, signed by you or a "resident relative", which contains the following language:

**PRIMARY LIABILITY ASSIGNMENT**

In consideration of the vehicle owner entrusting the motor vehicle elsewhere described to me, I agree that my vehicle insurance or self-insurance coverage shall be primarily responsible for any loss or damage caused by or to the motor vehicle.

4.  For "bodily injury" to an employee of that "insured" during the course of employment. This Exclusion (A.4.) does not apply to "bodily injury" to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.

5.  For that "insured's" liability arising out of the ownership or operation of a vehicle while it is being used, or during the period of time it is available for hire, as a public or livery conveyance. This Exclusion (A.5.) applies whether or not there is:

  a.  A passenger "occupying" the vehicle; or

  b.  Property being transported for a fee in or upon the vehicle.

This Exclusion (A.5.) does not apply to a vehicle used for a:

  a.  Share-the-expense car pool;

  b.  Charitable purpose; or

  c.  Volunteer purpose.

6.  While employed or otherwise engaged in the "business" of:

  a.  Selling;

  b.  Repairing;

  c.  Servicing;

  d.  Storing; or

  e.  Parking;

vehicles designed for use mainly on public highways. This includes road testing and delivery. This Exclusion (A.6.) does not apply to

the ownership, maintenance or use of "your covered auto" by:

  a.  You;

  b.  Any "resident relative"; or

  c.  Any partner, agent or employee of you or any "resident relative".

7.  Maintaining or using any vehicle while that "insured" is employed or otherwise engaged in any "business" (other than farming or ranching) not described in Exclusion A.6.

This Exclusion (A.7.) does not apply to the maintenance or use of a:

  a.  Private passenger auto or sport utility vehicle;

  b.  Pickup or van with a Gross Vehicle Weight Rating of 10,000 lbs. or less; or

  c.  "Trailer" used with a vehicle described in a. or b. above.

8.  Using a vehicle without a reasonable belief that such "insured" is entitled to do so. This Exclusion (A.8.) does not apply to a "resident relative" using "your covered auto" which is owned by you.

9.  For "bodily injury" or "property damage" for which that "insured":

  a.  Is an insured under a nuclear energy liability policy; or

  b.  Would be an insured under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.

A nuclear energy liability policy is a policy issued by any of the following or their successors:

  a.  Nuclear Energy Liability Insurance Association;

  b.  Mutual Atomic Energy Liability Underwriters; or

  c.  Nuclear Insurance Association of Canada.

B.  We do not provide Liability Coverage for the ownership, maintenance or use of:

1.  Any vehicle which:

  a.  Has fewer than four wheels; or

  b.  Is designed mainly for use off public roads.

This Exclusion (B.1.) does not apply:

  a.  While such vehicle is being used by an "insured" in a medical emergency;

  b.  To any "trailer"; or

  c.  To any non-owned golf cart.

2.  Any vehicle, other than "your covered auto", which is:

  a.  Owned by you; or

  b.  Furnished or available for your regular use.

3.  Any vehicle, other than "your covered auto", which is:

  a.  Owned by any "resident relative"; or

L01NM01 (10-15)

Page L-2

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon051

b. Furnished or available for the regular use of any "resident relative".

However, this Exclusion (B.3.) does not apply to you while you are maintaining or "occupying" any vehicle which is:

a. Owned by a "resident relative"; or

b. Furnished or available for the regular use of a "resident relative".

4. Any vehicle while participating or competing in, or practicing or preparing for, any prearranged or organized:

a. Racing contest, meet or rally, whether against another vehicle or against time;

b. Demolition contest;

c. Stunting activity; or

d. High performance driving or racing instruction course or school.

This Exclusion (B.4.) applies only while the vehicle is at a location, whether temporary or permanent, established for any of the activities listed above.

5. "Your covered auto" during a period it is rented or leased to others. However, this Exclusion (B.5.) does not apply to the operation of "your covered auto" by you or a "resident relative".

**Limit Of Liability**

A. Split Limits

If the Declarations shows separate limits of liability for Coverage A and Coverage B:

The limit of liability shown in the Declarations for each person for Coverage A is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one auto accident.

Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Coverage A is our maximum limit of liability for all damages for "bodily injury" resulting from any one auto accident.

The limit of liability shown in the Declarations for each accident for Coverage B is our maximum limit of liability for all "property damage" resulting from any one auto accident.

These limits are the most we will pay regardless of the number of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the auto accident.

B. Single Limit

1. If the Declarations shows a single limit of liability for Coverage A and Coverage B combined:

The limit of liability shown is our maximum limit of liability for all damages arising out of "bodily injury" and "property damage" resulting from any one auto accident.

This is the most we will pay regardless of the number of:

a. "Insureds";

b. Claims made;

c. Vehicles or premiums shown in the Declarations; or

d. Vehicles involved in the auto accident.

2. We will apply the limit of liability to provide any separate minimum limits required by law for bodily injury and property damage liability. However, this provision will not change our total limit of liability.

C. No one will be entitled to receive duplicate payments for the same elements of loss under this Coverage Section and:

1. Any other Coverage Section or part of this policy; or

2. Any other personal auto policy issued to you by us or any of our affiliates.

**Out Of State Coverage**

If an auto accident to which this policy applies occurs in any state or province other than the one in which "your covered auto" is principally garaged, we will interpret your policy for that accident as follows:

A. If the state or province has:

1. A financial responsibility or similar law specifying limits of liability for "bodily injury" or "property damage" higher than the limit shown in the Declarations, this policy will provide the higher specified limit.

2. A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, this policy will provide at least the required minimum amounts and types of coverage.

B. No one will be entitled to duplicate payments for the same elements of loss.

**Financial Responsibility**

When this policy is certified as future proof of financial responsibility, this policy will comply with the law to the extent required.

**Other Insurance**

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide for a vehicle you do not own, including any vehicle while used as a temporary substitute for "your covered

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon052

auto", will be excess over any other collectible insurance.

However, we will provide primary insurance for a vehicle you do not own if:

1. A licensed automobile dealer provides the vehicle without charge to you or a "resident relative":

   a. For use as a temporary substitute while "your covered auto" is out of normal use because of its breakdown, repair or servicing;

   b. To demonstrate the vehicle; or

   c. As a promotional or courtesy vehicle; or

2. A licensed automobile dealer provides the vehicle for a charge or someone other than a licensed dealer provides the vehicle with or without a charge, to you or a "resident relative":

   a. For use as a temporary substitute while "your covered auto" is out of normal use because of its breakdown, repair or servicing;

   b. To demonstrate the vehicle; or

   c. As a promotional or courtesy vehicle; and

The vehicle is provided under a written statement, signed by you or a "resident relative", which contains the following language:

**PRIMARY LIABILITY ASSIGNMENT**
In consideration of the vehicle owner entrusting the motor vehicle elsewhere described to me, I agree that my vehicle insurance or self-insurance coverage shall be primarily responsible for any loss or damage caused by or to the motor vehicle.

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon053

## MEDICAL PAYMENTS COVERAGE SECTION
### Coverage C – Medical Payments

**Insuring Agreement**

A. We will pay the usual and customary charge for reasonable expenses incurred for necessary medical and funeral services because of "bodily injury":
   1. Caused by an accident; and
   2. Sustained by an "insured".

We will pay only those expenses incurred for services rendered within 3 years from the date of the accident.

We have the right to review expenses incurred to determine if they are reasonable and necessary, and not in excess of the usual and customary charge for services. We may use any or all of the following sources to decide if any medical expense is usual and customary, reasonable, necessary and caused by an accident. These sources may include:
   1. Our review of medical records and test results, or review by persons or services chosen by us;
   2. Published or public sources of medical expense information;
   3. Computer programs for analysis of medical treatment and expenses; and
   4. Exams by physicians we select.

B. "Insured" as used in this Coverage Section means:
   1. You or any "resident relative":
      a. While "occupying"; or
      b. As a pedestrian when struck by;
      a motor vehicle designed for use mainly on public roads or a trailer of any type.
   2. Any other person while "occupying":
      a. "Your covered auto"; or
      b. A motor vehicle that you do not own while being operated by you or a "resident relative".

**Exclusions**

We do not provide Medical Payments Coverage for any "insured" for "bodily injury":
1. Sustained while "occupying" any motor vehicle having fewer than four wheels.
2. Sustained while "occupying" "your covered auto" when it is being used, or during the period of time it is available for hire, as a public or livery conveyance. This Exclusion (2.) applies whether or not there is:
   a. A passenger "occupying" the vehicle; or
   b. Property being transported for a fee in or upon the vehicle.
   This Exclusion (2.) does not apply to a vehicle used for a:
   a. Share-the-expense car pool;
   b. Charitable purpose; or
   c. Volunteer purpose.
3. Sustained while "occupying" any vehicle located for use as a residence or premises.
4. Occurring during the course of employment if workers' compensation benefits are required or available for the "bodily injury".
5. Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:
   a. Owned by you; or
   b. Furnished or available for your regular use.
6. Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:
   a. Owned by any "resident relative"; or
   b. Furnished or available for the regular use of any "resident relative".
   However, this Exclusion (6.) does not apply to you.
7. Sustained while "occupying" a vehicle without a reasonable belief that such "insured" is entitled to do so. This Exclusion (7.) does not apply to a "resident relative" using "your covered auto" which is owned by you.
8. Sustained while "occupying" a vehicle when it is being used in the "business" of an "insured". This Exclusion (8.) does not apply to "bodily injury" sustained while "occupying" a:
   a. Private passenger auto or sport utility vehicle;
   b. Pickup or van, other than "your covered auto", with a Gross Vehicle Weight Rating of 10,000 lbs. or less; or
   c. "Trailer" used with a vehicle described in a. or b. above.
9. Caused by or as a consequence of:
   a. Discharge of a nuclear weapon (even if accidental);
   b. War (declared or undeclared);
   c. Civil war;
   d. Insurrection; or
   e. Rebellion or revolution.
10. From or as a consequence of the following, whether controlled or uncontrolled or however caused:
   a. Nuclear reaction;
   b. Radiation; or
   c. Radioactive contamination.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon054

M01CW02 (05-15)

11. Sustained while "occupying" any vehicle while participating or competing in, or practicing or preparing for, any prearranged or organized:
    a. Racing contest, meet or rally, whether against another vehicle or against time;
    b. Demolition contest;
    c. Stunting activity; or
    d. High performance driving or racing instruction course or school.
    This Exclusion (11.) applies only while the vehicle is at a location, whether temporary or permanent, established for any of the activities listed above.

12. Sustained while "occupying" "your covered auto" during a period it is rented or leased by you to others. However, this Exclusion (12.) does not apply to you or a "resident relative".

## Limit Of Liability

A. The limit of liability shown in the Declarations for Coverage C is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:
    1. "Insureds";
    2. Claims made;
    3. Vehicles or premiums shown in the Declarations; or
    4. Vehicles involved in the auto accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this Coverage Section and:
    1. Any other Coverage Section or part of this policy; or
    2. Any other personal auto policy issued to you by us or any of our affiliates.

## Other Insurance

If there is other applicable auto medical payments insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own, including any vehicle while used as a temporary substitute for "your covered auto", will be excess over any other collectible auto insurance providing payments for medical or funeral expenses.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon055

U01NM01 (10-15)

## UNINSURED MOTORISTS COVERAGE SECTION
### Coverage D1 – Uninsured Motorists Bodily Injury
### Coverage D2 – Uninsured Motorists Property Damage

**Insuring Agreement**

We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an:
1. "Uninsured motor vehicle" or "underinsured motor vehicle" because of "bodily injury":
    a. Sustained by an "insured"; and
    b. Caused by an accident;
2. "Uninsured motor vehicle" or "underinsured motor vehicle" because of "property damage" caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle" or "underinsured motor vehicle".

With respect to damages an "insured" is legally entitled to recover from the owner or operator of an "underinsured motor vehicle", we will pay under this coverage only if Paragraph 1. or 2. below applies:
1. The limits of liability under any liability bonds or policies applicable to the "underinsured motor vehicle" have been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an "insured" and the insurer of the "underinsured motor vehicle" and we:
    a. Have been given prompt written notice of such tentative settlement; and
    b. Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

As used in this Coverage Section:
A. "Insured" means:
    1. You or any "resident relative".
    2. Any other person "occupying" "your covered auto".
    3. Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above.
B. "Property damage" means injury to or destruction of the property of an "insured".

C. "Underinsured motor vehicle" means a land motor vehicle or trailer of any type for which the sum of the limits of liability under all liability bonds or policies applicable at the time of the accident is less than the sum of the limits of liability applicable to the "insured" for Uninsured Motorists Coverage under this policy and any other policy.

However, "underinsured motor vehicle" does not include any vehicle or equipment:
1. Owned by or furnished or available for the regular use of you or any "resident relative". However, this Exception 1. does not apply for damages sustained by you or any "resident relative" if the sum of the limits of liability under all liability bonds or policies applicable at the time of the accident is less than the sum of the limits of liability for Uninsured Motorists Coverage under this policy or any other policy.
2. To which a liability bond or policy applies at the time of the accident but the bonding or insuring company:
    a. Denies coverage; or
    b. Is or becomes insolvent.
3. Owned or operated by a self-insurer under any applicable motor vehicle law.
D. "Uninsured motor vehicle" means a land motor vehicle or trailer of any type:
    1. To which no liability bond or policy applies at the time of the accident.
    2. Which is a hit and run vehicle whose operator or owner cannot be identified and which hits or which causes an accident resulting in "bodily injury" or "property damage" without hitting:
        a. You or any "resident relative";
        b. A vehicle which you or any "resident relative" are "occupying"; or
        c. "Your covered auto"
    3. To which a liability bond or policy applies at the time of the accident but the bonding or insuring company:
        a. Denies coverage; or
        b. Is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle or equipment:
1. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent; or

U01NM01 (10-15)                                                                 Page UM-1

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon056

2. Owned by or furnished or available for the regular use of you or any "resident relative". However, this exception 2. does not apply for damages sustained by you or any "resident relative" if liability coverage is excluded for such damages under this policy or any other policy.

In addition, neither "uninsured motor vehicle" nor "underinsured motor vehicle" includes any vehicle or equipment:
1. Operated on rails or crawler treads.
2. Designed mainly for use off public roads while not on public roads.
3. While located for use as a residence or premises.

**Exclusions**

A. We do not provide Uninsured Motorists Coverage for "property damage" or "bodily injury" sustained by any "insured":
1. If that "insured" or the legal representative settles the "bodily injury" or "property damage" claim and such settlement prejudices our right to recover payment.
2. While "occupying" "your covered auto" when it is being used, or during the period of time it is available for hire, as a public or livery conveyance. This Exclusion (A.2.) applies whether or not there is:
   a. A passenger "occupying" the vehicle; or
   b. Property being transported for a fee in or upon the vehicle.
   This Exclusion (A.2.) does not apply to a vehicle used for a:
   a. Share-the-expense car pool;
   b. Charitable purpose; or
   c. Volunteer purpose.
3. Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion (A.3.) does not apply to a "resident relative" using "your covered auto" which is owned by you.
4. For the first $250 of the amount of "property damage" to the property of each "insured" as the result of any one accident.

B. This coverage will not apply directly or indirectly to benefit:
1. Any insurer or self-insurer under any of the following or similar law:
   a. Workers' compensation law; or
   b. Disability benefits law.
2. Any insurer of property.

**Limit Of Liability**

A. Split Limits

If the Declarations show separate limits of liability for Coverage D1– Uninsured Motorists Bodily Injury and Coverage D2. Uninsured Motorists Property Damage and if "bodily injury" or "property damage" is sustained in an accident by you or any "resident relative"
1. Our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any such accident is the sum of the limits of liability shown in the Declarations for each person for Uninsured Motorists Bodily Injury coverage;
2. Subject to the maximum limit for each person described in 1. above, our maximum limit of liability for all damages arising out of "bodily injury" resulting from any one accident is the sum of the limits of liability shown in the Declarations for each accident for Uninsured Motorists Bodily Injury coverage.
3. Our maximum limit of liability for all "property damage" resulting from any such accident is the sum of the limits of liability shown in the Declarations for each accident for Uninsured Motorists Property Damage coverage.
4. Subject to the maximum limits of liability set forth in 1., 2. or 3. above:
   a. the most we will pay for "bodily injury" or "property damage" sustained in such accident by an "insured" other than you or any "resident relative" is that "insured's" pro-rata share of the each person or each accident limit of liability shown in the Declarations applicable to the vehicle that "insured" was "occupying" at the time of the accident, and
   b. you or any "resident relative" who sustains "bodily injury" or "property damage" in such accident will also be entitled to a pro-rata share of the each person or each accident limit described in paragraph 4.a. above.

A person's pro-rata share shall be the proportion that that person's damages bears to the total damages sustained by all "insureds".

The maximum limit of liability is the most we will pay regardless of the number of:
1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the accident.

If "bodily injury" or "property damage" is sustained by an "insured" other than you or any

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon057

"resident relative" in an accident in which neither you nor any "resident relative" sustained "bodily injury" or "property damage":

1. Our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in such accident will be the each person limit of liability shown in the Declarations for Uninsured Motorists Bodily Injury coverage applicable to the "your covered auto" that "insured" was "occupying" at the time of that accident.

2. Subject to this limit for each person, our maximum limit of liability for all damages arising out of "bodily injury" sustained in such accident is the each accident limit of liability shown in the Declarations for Uninsured Motorists Bodily Injury coverage applicable to the "your covered auto" that "insured" was "occupying" at the time of the accident.

3. Our maximum limit of liability for all "property damage" resulting from such accident is the each accident limit of liability shown in the Declarations for Uninsured Motorists Property Damage coverage applicable to the "your covered auto" that "insured" was "occupying" at the time of the accident.

The maximum limit of liability is the most we will pay regardless of the number of:

1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the accident.

B. Single Limits

If the Declarations show a single limit of liability for Coverage D1 Uninsured Motorists Bodily Injury and Coverage D2 Uninsured Motorists Property Damage combined, and if "bodily injury" or "property damage" is sustained in an accident by you or any "resident relative", our maximum limit of liability for all damages in any such accident is the sum of the limits of liability for Uninsured Motorists Coverage shown in the Declarations applicable to each vehicle. The limit of liability shown on the Declarations page is the maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any person(s) in any one accident. Subject to this maximum limit of liability for all damages:

1. The most we will pay for "bodily injury" or "property damage" sustained in such accident by an "insured" other than you or any "resident relative" is that "insured's" pro rata share of the limit shown in the Declarations

applicable to the vehicle that "insured" was "occupying" at the time of the accident.

2. You or any "resident relative" who sustains "bodily injury" or "property damage" in such accident will also be entitled to a pro rata share of the limit described in paragraph 1. above.

A person's pro rata share shall be the proportion that that person's damages bears to the total damages sustained by all "insureds".

The maximum limit of liability is the most we will pay regardless of the number of:

1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the accident.

If "bodily injury" or "property damage" is sustained by any "insured" other than you or any "resident relative" in an accident in which neither you nor any "resident relative" sustained "bodily injury" or "property damage" the limit of liability shown in the Declarations applicable to the "your covered auto" the "insured" was "occupying" at the time of the accident is our maximum limit of liability for all damages resulting from any such accident.

This is the most we will pay regardless of the number of:

1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the accident.

C. With respect to damages caused by an accident with an "underinsured motor vehicle", the limit of liability shall be reduced by all sums paid by or on behalf of persons or organizations who may be legally responsible. This includes all sums paid under Liability (Coverage A & B) of the policy.

D. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and Liability (Coverage A & B) or Medical Payments (Coverage C) of this policy.

E. We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

F. No payment will be made for loss paid or payable to the "insured" under the Damage To Your Auto Coverage(s) of the policy.

Other Insurance

If there is other applicable insurance similar to the insurance provided under this Coverage Section of

© 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon058

the policy, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle:

1.  You do not own, including any vehicle while used as a temporary substitute for "your covered auto"; or
2.  Owned by you or any "resident relative" which is not insured for this coverage under this policy;

shall be excess over any other collectible insurance similar to the insurance provided by this coverage section.

With respect to "property damage", this insurance shall apply only after the limits of any other collectible insurance applicable to the damaged property have been exhausted.

### Arbitration

A.  If we and an "insured" do not agree:
    1.  Whether that "insured" is legally entitled to recover damages; or
    2.  As to the amount of damages which are recoverable by that "insured";

from the owner or operator of an "uninsured motor vehicle" or "underinsured motor vehicle", then the matter may be arbitrated. However, disputes concerning coverage under this Coverage Section may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

B.  Each party will:
    1.  Pay the expenses it incurs; and
    2.  Bear the expenses of the third arbitrator equally;

unless the arbitration costs are awarded to the prevailing party by the arbitrators.

C.  Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two arbitrators will be binding as to:
    1.  Whether the "insured" is legally entitled to recover damages; and
    2.  The amount of damages.
D.  Instead of this method, we and the "insured" may agree to use another method of arbitration.

© 2013 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Aguilar_Brewtwon059

S01CW01 (10-13)

---

## SIGNATURE PAGE

---

This policy is signed for the member company of Travelers which is the insurer under this policy.

Wendy C. Skjerven
Corporate Secretary

Michael Klein
President
Personal Insurance

S01CW01 (10-13)                                                                                          S-1

© 2012 The Travelers Indemnity Company. All rights reserved.

Aguilar_Brewtwon060



# Electronic Funds Transfer Authorization

You have elected to enroll in the Electronic Funds Transfer (EFT) payment plan.

In order to complete your enrollment in the EFT payment plan so that your Insurance premium is automatically deducted from your bank account, please complete this authorization form.

With EFT, your bank account will be debited once per month if you selected "monthly"* or once per policy term if you selected "pay in full"**. **We will send you a notice before we make the first deduction from your bank account.** We will also send you advanced notification if the amount to be deducted changes. Note that this is a recurring authorization and will continue for future policy terms unless and until you provide Travelers with notice of cancellation.

*Monthly deductions will include premium payments and applicable service charges. The service charge for the monthly EFT payment plan is $2.00 per Installment. Please refer to the Important Notice about Billing Options and Disclosures provided to you in your policy package for a listing of all of your billing options and applicable charges.

**Please note that your bank account will be debited once per policy term unless you make changes to your policy that causes an increase in your premium. We will debit your bank account for those charges after providing you with advanced notification.

## Authorization Agreement for Travelers Electronic Funds Transfer Payment Plan

Name:    GARY LANIER                              Policy Number: ▮▮▮▮▮▮▮

                                                Policy Number: _____

Address: ▮▮▮▮▮▮▮                                Policy Number: _____

                                                Policy Number: _____

I authorize The Travelers Indemnity Company and its property casualty affiliates ("Travelers") to enroll me in the Electronic Funds Transfer Payment Plan. I understand that this authorization allows Travelers to electronically debit the account I have provided for all policy premium and charges, and if necessary credit the account. I understand that this is a recurring authorization and it applies to future policy renewals, reinstated policies and replacement policies and to policies I subsequently enroll. In the event of a deduction amount or a policy number change, or if policies are added, Travelers will provide advance notice. The advance notice will identify these changes and be sent prior to the scheduled deduction to which the change applies. I understand this authorization will remain valid until I provide Travelers with notice of cancellation. I also understand that Travelers and/or my financial institution can cancel my enrollment at any time. I represent that I am the owner and/or authorized signer on the account.

Select Payment Frequency: ☐ Monthly   ☐ Pay in Full   Indicate Day of Month (1st – 28th) to Make Payment: _____

☐ Checking  ☐ Savings  Bank Routing #: _____        Bank Account #: _____

Signature: _Gary D. Lanier_____        Date _5-7-19_____
           (must be a person authorized to sign on this account)

When your signed agreement is received, we will mail you a notice showing a schedule of your future deductions, including the amounts and dates when your payments will be deducted. **Please continue to make your payment until you receive the notice.**

PL-11253 11-17

Aguilar_Brewtwon061

# New Mexico - Uninsured Motorists Coverage (Cont'd)

**B. Split Limits (continued)**

**2. UMPD/UIMPD**

| Coverage (per accident) | Number of Autos (premium per auto)* | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8+ |
| ____$10,000 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 |
| ____$25,000 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| X__$50,000 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| ____$100,000 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 |
| ____$250,000 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| ____$300,000 | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 |

*premium per auto is for a 6 month policy period.

**Note: Uninsured Motorists Coverage split limits cannot be greater than Liability Coverage split limits.**

These premiums do not represent the exact cost of uninsured motorists coverage for your policy. Other factors may apply to the base premiums in order to determine your actual premium.

## REJECTION OF COVERAGE

Indicate your choice with an "X" below, if rejecting coverage.

_____ I **REJECT** all Uninsured Motorists Coverage. This is a rejection of the full amount of Uninsured Motorists Coverage to which you are entitled.

I understand that I have rejected Uninsured Motorists Coverage provided at limits equal to the Liability Coverage limit selected for my policy. I have selected lower limits Uninsured Motorists Coverage or rejected all Uninsured Motorists Coverage. My choice(s) indicated above will apply to all future renewals, continuations, replacements and changes in my policy, unless I request a new selection in writing.

_____          _____
Signature of Named Insured                 Date

This selection/rejection form is endorsed, attached, stamped or otherwise made a part of your policy.

PL-50103 (03-12)

Aguilar_Brewtwon062

# New Mexico - Uninsured Motorists Coverage (Cont'd)

Note: Complete this form only if you reject Uninsured Motorists Coverage or select limits lower than your Liability Coverage limit.

Indicate your choice with an "X" next to the appropriate item(s) below. If selecting lower limits. Selecting lower limits constitutes a rejection of the full amount of Uninsured Motorists Coverage to which you are entitled.

**A. Single Limit (UM/UIM and UMPD/UIMPD)**

| Coverage (per accident) | Number of Autos (premium per auto)* | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8+ |
| ____ $60,000 | 198 | 198 | 198 | 198 | 198 | 198 | 198 | 198 |
| ____ $100,000 | 241 | 241 | 241 | 241 | 241 | 241 | 241 | 241 |
| ____ $300,000 | 362 | 362 | 362 | 362 | 362 | 362 | 362 | 362 |
| ____ $500,000 | 434 | 434 | 434 | 434 | 434 | 434 | 434 | 434 |

*premium per auto is for a 6 month policy period.

Note: Uninsured Motorists Coverage single limit cannot be greater than Liability Coverage single limit.

**B. Split Limits**

**1. UM/UIM**

| Coverage (per person/per accident) | Number of Autos (premium per auto)* | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8+ |
| ____$25,000/$50,000 | 171 | 171 | 171 | 171 | 171 | 171 | 171 | 171 |
| X $50,000/$100,000 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 |
| ____$100,000/$300,000 | 304 | 304 | 304 | 304 | 304 | 304 | 304 | 304 |
| ____$250,000/$500,000 | 425 | 425 | 425 | 425 | 425 | 425 | 425 | 425 |
| ____$500,000/$500,000 | 436 | 436 | 436 | 436 | 436 | 436 | 436 | 436 |

*premium per auto is for a 6 month policy period.

Note: Uninsured Motorists Coverage split limits cannot be greater than Liability Coverage split limits.

This selection/rejection form is endorsed, attached, stamped or otherwise made a part of your policy.

PL-50103 (03-12)

Aguilar_Brewtwon063

# New Mexico - Uninsured Motorists Coverage
## Selection /Rejection Form

**For:** GARY LANIER                                    **State/Zip:** NM 87410-2022

New Mexico requires insurance carriers to provide Uninsured Motorists Coverage at limits equal to your bodily injury and property damage liability coverage (Liability Coverage) limits. You may accept the provided limits, select lower limits or reject Uninsured Motorists Coverage.

**Uninsured Motorists (UM)** coverage provides protection of persons insured under the policy who are legally entitled to recover damages from owners or operators of uninsured motor vehicles because of bodily injury, sickness or disease, including death.

**Underinsured Motorists (UIM)** coverage is included in uninsured motorists coverage for persons protected by an insured's policy. Underinsured motorist means an operator of a motor vehicle with respect to the ownership, maintenance or use of which the sum of the limits of liability under all bodily injury liability insurance applicable at the time of the accident is less than the limits of liability under the insured's uninsured motorists coverage.

**Uninsured Motorists Property Damage (UMPD)** coverage is included in uninsured motorists coverage and provides protection for injury to or destruction of property by an uninsured motorist or, for **Underinsured Motorists Property Damage (UIMPD)**, an underinsured motorist.

## AVAILABLE LIMIT OPTIONS

I.   **Unless you tell us differently your policy will provide Uninsured Motorists Coverage at the following limits:**

**Single Limit** – If you selected Bodily Injury and Property Damage Liability Coverage in a Single Liability Limit, your policy will provide Uninsured Motorists Coverage at this same single limit.

**Split Limits** – If you selected Split Liability Limits of Bodily Injury and Property Damage Liability Coverage your policy will provide split limits for Uninsured Motorists Coverage. Uninsured Motorists Bodily Injury Coverage will be provided at the same limits that you selected for Bodily Injury Liability Coverage. Uninsured Motorists Property Damage Coverage will be provided at the same limit that you selected for Property Damage Liability Coverage.

**You must complete and return this form if you want to reject Uninsured Motorists Coverage or select Uninsured Motorists Coverage at limits lower than your Liability Coverage limit.**

II.  **Selection of lower limits.** Selecting Uninsured Motorists Coverage limits lower than your Liability Coverage limit constitutes a rejection of the full amount of Uninsured Motorists Coverage to which you are entitled.

This selection/rejection form is endorsed, attached, stamped or otherwise made a part of your policy.

PL-50103 (03-12)

Aguilar_Brewtwon064

AGENCY CUSTOMER ID: DIANA NICKLES _____

REMARKS (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

**BINDER / SIGNATURE**

| INSURANCE BINDER | | IF THE "BINDER" BOX TO THE LEFT IS COMPLETED, THE FOLLOWING CONDITIONS APPLY: |
|---|---|---|
| EFFECTIVE DATE | EXPIRATION DATE | THIS COMPANY BINDS THE KIND(S) OF INSURANCE STIPULATED ON THIS APPLICATION.  THIS INSURANCE IS SUBJECT TO THE TERMS, CONDITIONS AND LIMITATIONS OF THE POLICY(IES) IN CURRENT USE BY THE COMPANY. |
| TIME | 12:01 AM | |
| | NOON | THIS BINDER MAY BE CANCELLED BY THE INSURED BY SURRENDER OF THIS BINDER OR BY WRITTEN NOTICE TO THE COMPANY STATING WHEN CANCELLATION WILL BE EFFECTIVE. |
| COVERAGE IS NOT BOUND | | |

THIS BINDER MAY BE CANCELLED BY THE COMPANY BY NOTICE TO THE INSURED IN ACCORDANCE WITH THE POLICY CONDITIONS.  THIS BINDER IS CANCELLED WHEN REPLACED BY A POLICY.  IF THIS BINDER IS NOT REPLACED BY A POLICY, THE COMPANY IS ENTITLED TO CHARGE A PREMIUM FOR THE BINDER ACCORDING TO THE RULES AND RATES IN USE BY THE COMPANY. THE QUOTED PREMIUM IS SUBJECT TO VERIFICATION AND ADJUSTMENT, WHEN NECESSARY, BY THE COMPANY.

PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT OR OTHER INVESTIGATIVE REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE AND SUBSEQUENT AMENDMENTS AND RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES WITHOUT YOUR AUTHORIZATION. CREDIT SCORING INFORMATION MAY BE USED TO HELP DETERMINE EITHER YOUR ELIGIBILITY FOR INSURANCE OR THE PREMIUM YOU WILL BE CHARGED. WE MAY USE A THIRD PARTY IN CONNECTION WITH THE DEVELOPMENT OF YOUR SCORE. YOU MAY HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND REQUEST CORRECTION OF ANY INACCURACIES. YOU MAY ALSO HAVE THE RIGHT TO REQUEST IN WRITING THAT WE CONSIDER EXTRAORDINARY LIFE CIRCUMSTANCES IN CONNECTION WITH THE DEVELOPMENT OF YOUR CREDIT SCORE. THESE RIGHTS MAY BE LIMITED IN SOME STATES. PLEASE CONTACT YOUR AGENT OR BROKER TO LEARN HOW THESE RIGHTS MAY APPLY IN YOUR STATE OR FOR INSTRUCTIONS ON HOW TO SUBMIT A REQUEST TO US FOR A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING PERSONAL INFORMATION.

ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO FINES AND CONFINEMENT IN PRISON.

APPLICANT'S STATEMENT: I HAVE READ THE ABOVE APPLICATION AND ANY ATTACHMENTS.  I DECLARE THAT THE INFORMATION PROVIDED IN THEM IS TRUE, COMPLETE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.  THIS INFORMATION IS BEING OFFERED TO THE COMPANY AS AN INDUCEMENT TO ISSUE THE POLICY FOR WHICH I AM APPLYING. IN ADDITION, IF THE AUTO PLAN OR COMPANY DESIGNATED IN THIS APPLICATION IS NON-STANDARD, I CERTIFY THAT I UNDERSTAND THE RATES FOR THIS COVERAGE ARE HIGHER THAN NORMAL, AND THAT THEY ARE ACCEPTABLE TO ME AS I HAVE BEEN UNABLE TO OBTAIN COVERAGE DESIRED THROUGH THE NORMAL INSURANCE MARKET.

| PRODUCER'S STATEMENT:  I CERTIFY TO THE BEST OF MY KNOWLEDGE AND BELIEF THAT THE SIGNATURE OF THE APPLICANT IS THE PERSONAL SIGNATURE OF THE APPLICANT. | HOW LONG HAVE YOU KNOWN THE APPLICANT? |
|---|---|

I UNDERSTAND AND ACKNOWLEDGE THAT UNINSURED MOTORISTS (UM) BODILY INJURY (BI) AND PROPERTY DAMAGE (PD) COVERAGES HAVE BEEN EXPLAINED TO ME. IF I HAVE SELECTED UM LIMITS LOWER THAN MY LIABILITY LIMITS, REJECTED UM COVERAGE OR REJECTED STACKED UM COVERAGE, I HAVE SIGNED THE STATE SUPPLEMENT, ACORD 61 NM.

I UNDERSTAND THAT THE COVERAGE SELECTION AND LIMIT CHOICES INDICATED HERE WILL APPLY TO ALL FUTURE POLICY RENEWALS, CONTINUATIONS AND CHANGES UNLESS I NOTIFY YOU OTHERWISE IN WRITING.

| APPLICANT'S SIGNATURE | DATE 5-1-19 | PRODUCER'S SIGNATURE | NATIONAL PRODUCER NUMBER |
|---|---|---|---|

ACORD 90 NM (2015/12)                    Page 4 of 4

Aguilar_Brewtwon065

GENERAL INFORMATION (continued)                                    AGENCY CUSTOMER ID: DIANA NICKLES

| EXPLAIN ALL "YES" RESPONSES | | | | | | Y/N |
|---|---|---|---|---|---|---|
| 6. ANY OTHER INSURANCE WITH THIS COMPANY? | | | | | | Y |
| POLICY NUMBER | | TYPE OF INSURANCE HOME | POLICY NUMBER | | TYPE OF INSURANCE | |
| 7. ANY HOUSEHOLD MEMBER IN MILITARY SERVICE? | | | | | | N |
| DRV # BRANCH | RANK | BASE LOCATION | | | VEH AT BASE (Y / N) | |
| 8. ANY DRIVERS LICENSE BEEN SUSPENDED / REVOKED? | | | | | | N |
| DRV # SUSPENSION PERIOD Start Date: End Date: | | EXPLANATION | | | REINSTATEMENT DATE | |
| 9. ANY DRIVER HAVE A PHYSICAL IMPAIRMENT THAT WOULD AFFECT THE ABILITY TO DRIVE? | | | | | | N |
| DRV # DESCRIPTION OF SPECIAL EQUIPMENT IN VEHICLE | | | | | | |
| 10. ANY DRIVER UNDERGOING A COURSE OF MEDICAL TREATMENT FOR A PHYSICAL / MENTAL IMPAIRMENT THAT WOULD AFFECT THE ABILITY TO DRIVE? | | | | | | N |
| DRV # EXPLANATION | | | | | | |
| 11. ANY FINANCIAL RESPONSIBILITY FILING? | | | | | | N |
| DRV # REASON FOR FILING | | | | | FILING DATE | |
| 12. HAS INSURANCE BEEN TRANSFERRED WITHIN THE AGENCY? | | | | | | N |
| 13. ANY COVERAGE DECLINED, CANCELLED, OR NON-RENEWED DURING THE LAST THREE (3) YEARS? | | | | | | N |
| DRV # REASON DECLINED, CANCELLED, OR NON-RENEWED | | | | | | |
| 14. IS THIS BROKERED BUSINESS TO THE AGENT? | | | | | | |
| 15. HAS AGENT INSPECTED VEHICLE? | | | | | | N |
| 16. HAS ANY APPLICANT OR DRIVER HAD A FORECLOSURE, REPOSSESSION, BANKRUPTCY, JUDGEMENT OR LIEN DURING THE LAST FIVE (5) YEARS? | | | | | | |
| DRV # EXPLANATION | | | | | | |
| 17. HAS ANY NAMED INSURED DRIVEN WITHOUT LIABILITY INSURANCE DURING ANY PART OF THE LAST SIX (6) MONTHS? | | | | | | N |
| DRV # EXPLANATION | | | | | | |

REMARKS / ATTACHMENTS (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| STATE SUPPLEMENT | GOOD STUDENT CERTIFICATE | MOTOR VEHICLE REPORT | |
|---|---|---|---|
| YOUNG DRIVER QUESTIONNAIRE | ANTI-THEFT DEVICE CERTIFICATE | PHOTOGRAPH | |
| DRIVER TRAINING CERTIFICATE | MEDICAL STATEMENT | BILL OF SALE | |

ACORD 80 NM (2015/12)                           Page 3 of 4

Aguilar_Brewtwon066

AGENCY CUSTOMER ID: <u>DIANA NICKLES</u>

## RESIDENT & DRIVER INFORMATION [List all residents & dependents (licensed or not) and regular operators]

| # | FIRST NAME | NAME (AS IT APPEARS ON LICENSE) MIDDLE NAME | LAST NAME | SEX | MAR STAT | REL TO APPLIC | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|
| 1 | GARY | | LANIER | M | M | IN | ▮▮▮▮ |
| 2 | LINDA | | LANIER | F | M | IN | ▮▮▮▮ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| # | OCCUPATION | DATE LIC | STOT >100 | GOOD STOT | DRV TRAIN | ACC PREV USE DATE | DRIVERS LICENSE # | LIC STATE | SOCIAL SECURITY # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | ▮▮▮▮ | NM | |
| 2 | | | | | | | | NM | |
| | | | | | | | | | |
| | | | | | | | | | |

## ACCIDENTS / CONVICTIONS (Note: Your driving record is verified with the state motor vehicle department and other insurers)
Attach ACORD 99, Accidents / Convictions Schedule, if more space is required

HAS ANY DRIVER SHOWN ABOVE HAD AN ACCIDENT, REGARDLESS OF FAULT, OR BEEN CONVICTED OF A MOVING VIOLATION WITHIN THE LAST ____ YEARS?    Y / N    IF YES, INDICATE BELOW, ALSO INCLUDE COMPREHENSIVE INSURANCE LOSSES.

| DRV # | DATE OF ACCIDENT / CONVICTION | DESCRIPTION OF ACCIDENT OR CONVICTION | PLACE OF ACCIDENT / CONVICTION | BI OR DEATH Y/N | AMOUNT OF PROPERTY DAMAGE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## ADDITIONAL INTEREST

| | NAME AND ADDRESS | VEH #: |
|---|---|---|
| ADD'L INS ☐ | | LOAN NUMBER |
| LOSS PAYEE | | |
| LENDER'S LOSS PAYABLE | | |
| ADD'L INS ☐ | NAME AND ADDRESS | VEH #: |
| LOSS PAYEE | | LOAN NUMBER |
| LENDER'S LOSS PAYABLE | | |

## EMPLOYMENT INFORMATION (* If less than 2 years, provide name of previous employer and previous occupation under Remarks)

| APPLICANT'S EMPLOYER (State nature of business if self-employed) | ADDRESS OF EMPLOYMENT | WORK PHONE NUMBER | * YEARS W/ CURR EMPL | YEARS W/ PREV EMPL |
|---|---|---|---|---|
| CO-APPLICANT'S EMPLOYER (State nature of business if self-employed) | ADDRESS OF EMPLOYMENT | WORK PHONE NUMBER | * YEARS W/ CURR EMPL | YEARS W/ PREV EMPL |

## PRIOR COVERAGE

| PRIOR CARRIER | | # OF YEARS WITH COMPANY |
|---|---|---|
| State Farm | | |
| PRIOR PRODUCER | PRIOR POLICY NUMBER | EXPIRATION DATE 08/08/2019 |

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES | | Y / N |
|---|---|---|
| 1. WITH THE EXCEPTION OF ANY ENCUMBRANCES, ARE ANY VEHICLES FOR WHICH INSURANCE IS REQUESTED NOT SOLELY OWNED BY AND REGISTERED TO THE APPLICANT? | | N |
| VEH # NAME OF OTHER OWNER | VEH # NAME OF OTHER OWNER | |
| 2. ANY CAR MODIFIED / SPECIAL EQUIPMENT? (include customized vans / pickups) | | N |
| VEH # DESCRIPTION     COST $ | VEH # DESCRIPTION     COST $ | |
| 3. ANY EXISTING DAMAGE TO VEHICLE? (include damaged glass) | | N |
| VEH # DESCRIPTION | VEH # DESCRIPTION | |
| 4. ANY OTHER LOSSES NOT SHOWN IN THE ACCIDENTS / CONVICTIONS SECTION THAT WERE INCURRED DURING THE TIME PERIOD SPECIFIED IN THAT SECTION? | | N |
| DRV # DESCRIPTION     COST $ | DRV # DESCRIPTION     COST $ | |
| 5. ANY OTHER AUTO INSURANCE IN HOUSEHOLD? (include any provided by employer) | | |
| NAMED INSURED     YEAR   MAKE   MODEL | CARRIER     NAIC # POLICY NUMBER | |

ACORD 90 NM (2015/12)                                 Page 2 of 4

Aguilar_Brewtwon067

# ACORD® NEW MEXICO PERSONAL AUTO APPLICATION

**DATE (MM/DD/YYYY)** 05/01/2019

**AGENCY**
THE WALKER AGENCY
1501 SAN JUAN BLVD STE 201
FARMINGTON, NM 87401

**APPLICANT'S NAME AND MAILING ADDRESS (Include county & ZIP + 4)**
GARY LANIER

**TELEPHONE NUMBER** 505-334-0782

☐ INDICATE IF MAILING ADDRESS IS GARAGING ADDRESS

**CONTACT NAME:**
**PHONE (A/C, No, Ext):** 505-326-4952
**FAX (A/C, No):** 505-212-0170
**E-MAIL ADDRESS:**
**CODE:** DTX343   **SUBCODE:**
**AGENCY CUSTOMER ID:** DIANA NICKLES

**CARRIER** THE STANDARD FIRE INSURANCE COMPANY   **NAIC CODE** 19070
**PLAN** QUANTUM 2.0   **POLICY #:**   **ACCT #:**
**EFFECTIVE DATE** 05/05/2019   **EXPIRATION DATE** 05/05/2020   **DIRECT** AGENCY   **MAIL POLICY TO AGENT / MAIL POLICY TO APP.**   **PAYMENT PLAN** EFT - NO

**RESIDENCE**   CURRENT RESIDENCE IS ☒ OWNED ☐ RENTED

| YRS AT ADDR CURR/PREV | PREVIOUS STREET ADDRESS (if less than 3 years) | CITY | STATE | ZIP + 4 |
|---|---|---|---|---|
| | | | | |

## ADDITIONAL GARAGING ADDRESS(ES)

| LOC | STREET | CITY | COUNTY | STATE | ZIP + 4 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

## VEHICLE DESCRIPTION / USE

TOTAL NUMBER OF VEHICLES IN HOUSEHOLD:

| VEH | LOC | YEAR | MAKE | MODEL | BODY TYPE | VIN | REG STATE | HP/CC | DATE LEASED | DATE PURCH | NEW/USED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 2001 | BUICK | LESABRE CU | PP | | NM | 3.8 | | | |
| 2 | | 1998 | CHEVR | PICKUP 150 | PU | | NM | 5.7 | | | |

| VEH | COST NEW | SYMBOL AGE GRP | COMP OTC SYM | COLL SYM | TERR | MILE 1 WAY WK/SCHL | # DAYS WEEK | # WKS MONTH | USAGE | PER FORM | MULTI CAR | CAR POOL | DRA CODE | ODOMETER READING | ANNUAL MILEAGE | GOVERN DRIVER | DRIVER USE % (Each veh must equal 100%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 7410 | | | | PL | B | | | | | Not Verified | 1 | |
| 2 | | | | | 7410 | | | | PL | B | | | | | Not Verified | 2 | |

| VEH | CLASS | PASSIVE SEAT BELT | AIRBAG DRV/BOTH | ANTI-LOCK BRAKES 2/4 | ANTI-THEFT DEVICES | CREDITS AND SURCHARGES | VEH | CLASS | PASSIVE SEAT BELT | AIRBAG DRV/BOTH | ANTI-LOCK BRAKES 2/4 | ANTI-THEFT DEVICES | CREDITS AND SURCHARGES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9711 | X | B | 2 | PASS DISABL | | 2 | 9711 | X | B | 2 | ALARM SYS | |

## COVERAGES / PREMIUMS

| COVERAGES | LIMITS OF LIABILITY | | | | VEHICLE # 1 | VEHICLE # 2 | VEHICLE # | VEHICLE # |
|---|---|---|---|---|---|---|---|---|
| SINGLE LIMIT LIABILITY (CSL) | $ | EA ACCIDENT | | | $ | $ | $ | $ |
| BODILY INJURY LIABILITY | $50,000 | EA PERSON | $100,000 | EA ACCIDENT | $163 | $179 | $ | $ |
| PROPERTY DAMAGE LIABILITY | $50,000 | EA ACCIDENT | $ | DEDUCTIBLE | $80 | $91 | $ | $ |
| MEDICAL PAYMENTS | $5,000 | EA PERSON | | | $37 | $23 | $ | $ |
| UNINSURED MOTORISTS STACKED / NON-STKD | CSL $ | EA ACCIDENT | | | $96 | $86 | $ | $ |
| | BI $50,000 | EA PERSON | $100,000 | EA ACCIDENT | | | | |
| | PD $50,000 | EA ACCIDENT | $ | DEDUCTIBLE | $11 | $11 | $ | $ |
| COMPREHENSIVE / OTC   DED | $ | $ | $ | $ | $ | $ | $ | $ |
| COLLISION   DED | $ | $ | $ | $ | $ | $ | $ | $ |
| ACV UNLESS AMOUNT STATED | $ | $ | $ | $ | N/A | N/A | N/A | N/A |
| TOWING & LABOR | $ | $ | $ | $ | $ | $ | $ | $ |
| TRANS EXP / RENTAL RE | $ / | $ / | $ / | $ / | $ | $ | $ | $ |

| CODE | DESCRIPTION | LIMIT | LIMIT APPLIES TO | DEDUCTIBLE | OPTIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | $ | | $ | | $ | $ | $ | $ |
| | | $ | | | % | | | | |
| | | $ | | $ | | $ | $ | $ | $ |
| | | $ | | | % | | | | |
| | | $ | | $ | | $ | $ | $ | $ |
| | | $ | | | % | | | | |

**ESTIMATED TOTAL:** $787.00   **PREMIUM DEPOSIT:** $65.56   **POLICY FEE:** $   **TOTAL PER VEHICLE** $387 | $400 | $ | $

ACORD 90 NM (2015/12)   Page 1 of 4   © 1981-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

Aguilar_Brewtwon068

# New Mexico - Uninsured Motorists Coverage (Cont'd)

**B. Split Limits (continued)**

**2. UMPD/UIMPD**

| Coverage (per accident) | Number of Autos (premium per auto)* | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8+ |
| ___$10,000 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 |
| ___$25,000 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 |
| X $50,000 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| ___$100,000 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 |
| ___$250,000 | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 |
| ___$300,000 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |

*premium per auto is for a 6 month policy period.

**Note: Uninsured Motorists Coverage split limits cannot be greater than Liability Coverage split limits.**

These premiums do not represent the exact cost of uninsured motorists coverage for your policy. Other factors may apply to the base premiums in order to determine your actual premium.

## REJECTION OF COVERAGE

Indicate your choice with an "X" below, if rejecting coverage.

_____ **I REJECT** all Uninsured Motorists Coverage. This is a rejection of the full amount of Uninsured Motorists Coverage to which you are entitled.

I understand that I have rejected Uninsured Motorists Coverage provided at limits equal to the Liability Coverage limit selected for my policy. I have selected lower limits Uninsured Motorists Coverage or rejected all Uninsured Motorists Coverage. My choice(s) indicated above will apply to all future renewals, continuations, replacements and changes in my policy, unless I request a new selection in writing.

_____     8-18-20
Signature of Named Insured                  Date

This selection/rejection form is endorsed, attached, stamped or otherwise made a part of your policy.

PL-50103 (03-12)

Aguilar_Brewtwon069

# New Mexico - Uninsured Motorists Coverage (Cont'd)

**Note: Complete this form only if you reject Uninsured Motorists Coverage or select limits lower than your Liability Coverage limit.**

Indicate your choice with an "X" next to the appropriate item(s) below, if selecting lower limits. Selecting lower limits constitutes a rejection of the full amount of Uninsured Motorists Coverage to which you are entitled.

**A.  Single Limit (UM/UIM and UMPD/UIMPD)**

| Coverage (per accident) | Number of Autos (premium per auto)* | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8+ |
| ____ $60,000 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 |
| ____ $100,000 | 253 | 253 | 253 | 253 | 253 | 253 | 253 | 253 |
| ____ $300,000 | 379 | 379 | 379 | 379 | 379 | 379 | 379 | 379 |
| ____ $500,000 | 455 | 455 | 455 | 455 | 455 | 455 | 455 | 455 |

*premium per auto is for a 6 month policy period.

**Note: Uninsured Motorists Coverage single limit cannot be greater than Liability Coverage single limit.**

**B.  Split Limits**

**1.  UM/UIM**

| Coverage (per person/per accident) | Number of Autos (premium per auto)* | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8+ |
| ____ $25,000/$50,000 | 179 | 179 | 179 | 179 | 179 | 179 | 179 | 179 |
| X $50,000/$100,000 | 215 | 215 | 215 | 215 | 215 | 215 | 215 | 215 |
| ____ $100,000/$300,000 | 319 | 319 | 319 | 319 | 319 | 319 | 319 | 319 |
| ____ $250,000/$500,000 | 446 | 446 | 446 | 446 | 446 | 446 | 446 | 446 |
| ____ $500,000/$500,000 | 457 | 457 | 457 | 457 | 457 | 457 | 457 | 457 |

*premium per auto is for a 6 month policy period.

**Note: Uninsured Motorists Coverage split limits cannot be greater than Liability Coverage split limits.**

This selection/rejection form is endorsed, attached, stamped or otherwise made a part of your policy.

PL-50103 (03-12)

Aguilar_Brewtwon070

# New Mexico - Uninsured Motorists Coverage
## Selection /Rejection Form

**For:** GARY LANIER                                    **State/Zip:** NM 87410-2022

New Mexico requires insurance carriers to provide Uninsured Motorists Coverage at limits equal to your bodily injury and property damage liability coverage (Liability Coverage) limits. You may accept the provided limits, select lower limits or reject Uninsured Motorists Coverage.

**Uninsured Motorists (UM)** coverage provides protection of persons insured under the policy who are legally entitled to recover damages from owners or operators of uninsured motor vehicles because of bodily injury, sickness or disease, including death.

**Underinsured Motorists (UIM)** coverage is included in uninsured motorists coverage for persons protected by an insured's policy. Underinsured motorist means an operator of a motor vehicle with respect to the ownership, maintenance or use of which the sum of the limits of liability under all bodily injury liability insurance applicable at the time of the accident is less than the limits of liability under the insured's uninsured motorists coverage.

**Uninsured Motorists Property Damage (UMPD)** coverage is included in uninsured motorists coverage and provides protection for injury to or destruction of property by an uninsured motorist or, for **Underinsured Motorists Property Damage (UIMPD)**, an underinsured motorist.

## AVAILABLE LIMIT OPTIONS

I. **Unless you tell us differently your policy will provide Uninsured Motorists Coverage at the following limits:**

**Single Limit** – If you selected Bodily Injury and Property Damage Liability Coverage in a Single Liability Limit, your policy will provide Uninsured Motorists Coverage at this same single limit.

**Split Limits** – If you selected Split Liability Limits of Bodily Injury and Property Damage Liability Coverage your policy will provide split limits for Uninsured Motorists Coverage. Uninsured Motorists Bodily Injury Coverage will be provided at the same limits that you selected for Bodily Injury Liability Coverage. Uninsured Motorists Property Damage Coverage will be provided at the same limit that you selected for Property Damage Liability Coverage.

**You must complete and return this form if you want to reject Uninsured Motorists Coverage or select Uninsured Motorists Coverage at limits lower than your Liability Coverage limit.**

II. **Selection of lower limits.** Selecting Uninsured Motorists Coverage limits lower than your Liability Coverage limit constitutes a rejection of the full amount of Uninsured Motorists Coverage to which you are entitled.

This selection/rejection form is endorsed, attached, stamped or otherwise made a part of your policy.

PL-50103 (03-12)

Aguilar_Brewtwon071

**TRAVELERS**

## Vehicle Quote Details

| Vehicle & VIN | Use | Anti-Theft | Anti-Lock | Passive Restraint | Vehicle Premium |
|---|---|---|---|---|---|
| 2001 BUICK LESABRE CU | Pleasure | Y | Y | Y | $615.00 |
| 1998 CHEVR PICKUP 150 | Pleasure | Y | Y | Y | $659.00 |
| 2003 FORD F-150 SUPE | Pleasure | Y | Y | Y | $688.00 |

Aguilar_Brewtwon072

**TRAVELERS**

DIANA NICKLES
THE WALKER AGENCY
1501 SAN JUAN BLVD STE 201
FARMINGTON, NM 87401
Phone: 505-326-4952 | Fax: 505-212-0170

Dear GARY LANIER,

Based on the information you provided to us for your
12 month policy, the pro-rated premium from
08/18/2020 until renewal is

**Mailing Address**

## $820.00
Pro-Rated Premium

## $1,962.00
New Total
Current Total $814.00

## Coverages

| Coverages | Limits or Deductibles | 2001 BUICK LESABRE CU | 1998 CHEVR PICKUP 150 | 2003 FORD F-150 SUPE |
|---|---|---|---|---|
| Liability | 50,000/100,000 | $260.00 | $303.00 | $303.00 |
| Property Damage | 50,000 | $185.00 | $210.00 | $233.00 |
| Uninsd/Underinsd Motorists | 50,000/100,000 | $98.00 | $98.00 | $98.00 |
| Uninsd/Underinsd Motorist PD | 50,000 | $11.00 | $11.00 | $11.00 |
| Medical Payments | 5,000 | $61.00 | $37.00 | $43.00 |
| TOTAL PER VEHICLE | | $615.00 | $659.00 | $688.00 |

## Discounts & Advantages

| | | |
|---|---|---|
| Early Quote | Continuous Ins | EFT |
| Good Payer | Multi-Car | Multi-Policy |
| Safe Driver | | |

**Your Total Savings Reflected in Your Total Premium:**    $1678.00

## Driver Quote Details

| Driver Name | DOB | Marital Status | Driver Type | Defensive Driver | Driver Training | Good Student | Away at School |
|---|---|---|---|---|---|---|---|
| GARY | | Married | Licensed | | | | |
| LINDA | | Married | Licensed | | | | |
| BRADLEY | | Single | Licensed | | N | N | N |

Aguilar_Brewtwon073





**Named Insured**
GARY  LANIER

███████████████████

**This Auto Policy Change has been successfully issued**

| | |
|---|---|
| **Policy Number** | ██████████████ |
| **Transaction Effective Date** | 08/18/2020 |
| **Policy Term** | 05/05/2020 - 05/05/2021 |
| **Transaction Premium** | $620.00 |
| **Premium** | $1,962.00 |

**Special Messages**

Customer will receive billing and policy documents by mail.

Your agency is responsible for collecting and retaining signed and required UM documents

To update the EFT/RCC payment deduction date, click Automatic Payment Plans

**Account Rounding**

Aguilar_Brewtwon074

## REQUEST FOR COVERAGE CHANGE

**Insured Name:** GARY LANIER

**Date:** 8/18/20          **Time:** _____          **Effective Date:** 8/18/20

**Requested by:** GARY          **Received by:** DIANA

**Policy Number:** ████████████

ADD/CHANGE/REPLACE VEHICLE # 3

Year/Make/Model: 2003 FORD F150

VIN # ████████████████████          Cost New: _____

Driver Name: _____          Social Security # _____

Driver Date of Birth _____          DL # _____

**COVERAGE REQUESTED:**

Liability 50/100/50          UM 50/100/50          Med. Pmts 5000

Comp Ded N/A          Coll Ded N/A          Towing NO     Loss of Use NO

Loss Payee Name: _____

         Address: _____

DELETE VEHICLE # _____          Reason deleted: _____

Year/Make/Model: _____

ADD/DELETE DRIVER # 3          Reason if deleting: _____

Driver Name: BRADLEY BREWTON          Social Security # _____

Driver Date of Birth ████████          DL # ████████

GPA for Good Student Discount: _____     Drivers Training? _____

Tickets or accidents last 3 yrs: _____

**ADD/DELETE/CHANGE PROPERTY**

Location: _____

Mortgagee/Loss Payee: _____

         Address: _____

**CHANGE PHYSICAL/MAILING ADDRESS**

Address: _____

City: _____          State: _____ Zip Code: _____

Home Phone # _____          Work Phone # _____

Other Changes: _____

Date called in: _____          or mailed in: _____

Company: _____ Confirmed by or Confirmation #: _____

Additional Premium This Term $_____          New Premium $_____

_____          _____
Insured Signature                              Date

Aguilar_Brewtwon075

# New Mexico - Uninsured Motorists Coverage (Cont'd)

B. Split Limits (continued)

2. UMPD/UIMPD

| Coverage (per accident) | Number of Autos (premium per auto)* | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8+ |
| ___$10,000 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 |
| ___$25,000 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 |
| X_$50,000 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| ___$100,000 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 |
| ___$250,000 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| ___$300,000 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |

*premium per auto is for a 6 month policy period.

**Note: Uninsured Motorists Coverage split limits cannot be greater than Liability Coverage split limits.**

These premiums do not represent the exact cost of uninsured motorists coverage for your policy. Other factors may apply to the base premiums in order to determine your actual premium.

## REJECTION OF COVERAGE

Indicate your choice with an "X" below, if rejecting coverage.

_____ **I REJECT** all Uninsured Motorists Coverage. This is a rejection of the full amount of Uninsured Motorists Coverage to which you are entitled.

I understand that I have rejected Uninsured Motorists Coverage provided at limits equal to the Liability Coverage limit selected for my policy. I have selected lower limits Uninsured Motorists Coverage or rejected all Uninsured Motorists Coverage. My choice(s) indicated above will apply to all future renewals, continuations, replacements and changes in my policy, unless I request a new selection in writing.

_____          10-07-21
Signature of Named Insured                  Date

This selection/rejection form is endorsed, attached, stamped or otherwise made a part of your policy.

PL-50103 (03-12)

Aguilar_Brewtwon076

# New Mexico - Uninsured Motorists Coverage (Cont'd)

**Note: Complete this form only if you reject Uninsured Motorists Coverage or select limits lower than your Liability Coverage limit.**

Indicate your choice with an "X" next to the appropriate item(s) below, if selecting lower limits. Selecting lower limits constitutes a rejection of the full amount of Uninsured Motorists Coverage to which you are entitled.

**A. Single Limit (UM/UIM and UMPD/UIMPD)**

| Coverage (per accident) | Number of Autos (premium per auto)* | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8+ |
| _____ $60,000 | 209 | 209 | 209 | 209 | 209 | 209 | 209 | 209 |
| _____ $100,000 | 255 | 255 | 255 | 255 | 255 | 255 | 255 | 255 |
| _____ $300,000 | 382 | 382 | 382 | 382 | 382 | 382 | 382 | 382 |
| _____ $500,000 | 459 | 459 | 459 | 459 | 459 | 459 | 459 | 459 |

*premium per auto is for a 6 month policy period.

**Note: Uninsured Motorists Coverage single limit cannot be greater than Liability Coverage single limit.**

**B. Split Limits**

**1. UM/UIM**

| Coverage (per person/per accident) | Number of Autos (premium per auto)* | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8+ |
| _____ $25,000/$50,000 | 181 | 181 | 181 | 181 | 181 | 181 | 181 | 181 |
| _X_ $50,000/$100,000 | 217 | 217 | 217 | 217 | 217 | 217 | 217 | 217 |
| _____ $100,000/$300,000 | 322 | 322 | 322 | 322 | 322 | 322 | 322 | 322 |
| _____ $250,000/$500,000 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 |
| _____ $500,000/$500,000 | 461 | 461 | 461 | 461 | 461 | 461 | 461 | 461 |

*premium per auto is for a 6 month policy period.

**Note: Uninsured Motorists Coverage split limits cannot be greater than Liability Coverage split limits.**

This selection/rejection form is endorsed, attached, stamped or otherwise made a part of your policy.

PL-50103 (03-12)

Aguilar_Brewtwon077

# New Mexico - Uninsured Motorists Coverage
## Selection /Rejection Form

**For:** GARY LANIER                                                    **State/Zip:** NM 87410-2022

New Mexico requires insurance carriers to provide Uninsured Motorists Coverage at limits equal to your bodily injury and property damage liability coverage (Liability Coverage) limits. You may accept the provided limits, select lower limits or reject Uninsured Motorists Coverage.

**Uninsured Motorists (UM)** coverage provides protection of persons insured under the policy who are legally entitled to recover damages from owners or operators of uninsured motor vehicles because of bodily injury, sickness or disease, including death.

**Underinsured Motorists (UIM)** coverage is included in uninsured motorists coverage for persons protected by an insured's policy. Underinsured motorist means an operator of a motor vehicle with respect to the ownership, maintenance or use of which the sum of the limits of liability under all bodily injury liability insurance applicable at the time of the accident is less than the limits of liability under the insured's uninsured motorists coverage.

**Uninsured Motorists Property Damage (UMPD)** coverage is included in uninsured motorists coverage and provides protection for injury to or destruction of property by an uninsured motorist or, for **Underinsured Motorists Property Damage (UIMPD)**, an underinsured motorist.

## AVAILABLE LIMIT OPTIONS

I.   **Unless you tell us differently your policy will provide Uninsured Motorists Coverage at the following limits:**

   **Single Limit** -- If you selected Bodily Injury and Property Damage Liability Coverage in a Single Liability Limit, your policy will provide Uninsured Motorists Coverage at this same single limit.

   **Split Limits** -- If you selected Split Liability Limits of Bodily Injury and Property Damage Liability Coverage your policy will provide split limits for Uninsured Motorists Coverage. Uninsured Motorists Bodily Injury Coverage will be provided at the same limits that you selected for Bodily Injury Liability Coverage. Uninsured Motorists Property Damage Coverage will be provided at the same limit that you selected for Property Damage Liability Coverage.

   **You must complete and return this form if you want to reject Uninsured Motorists Coverage or select Uninsured Motorists Coverage at limits lower than your Liability Coverage limit.**

II.  **Selection of lower limits.** Selecting Uninsured Motorists Coverage limits lower than your Liability Coverage limit constitutes a rejection of the full amount of Uninsured Motorists Coverage to which you are entitled.

This selection/rejection form is endorsed, attached, stamped or otherwise made a part of your policy.

PL-30103 (03-12)

Aguilar_Brewtwon078



Auto Quote for GARY LANIER

## Driver Quote Details

| Driver Name | DOB | Marital Status | Driver Type | Defensive Driver | Driver Training | Good Student | Away at School |
|---|---|---|---|---|---|---|---|
| GARY | | Married | Licensed | | | N | N |
| LINDA | | Married | Licensed | | | N | N |
| BRADLEY | | Single | Licensed | | N | N | N |

## Vehicle Quote Details

| Vehicle & VIN | Use | Anti-Theft | Anti-Lock | Passive Restraint | Vehicle Premium |
|---|---|---|---|---|---|
| 2001 BUICK LESABRE CU | Pleasure | Y | Y | Y | $545.00 |
| 1998 CHEVR PICKUP 150 | Pleasure | Y | Y | Y | $567.00 |
| 2020 BMW 230I XDRIV | Pleasure | Y | Y | Y | $1,268.00 |

## Accidents, Violations, and Losses

| Driver | Description | Amount | Date |
|---|---|---|---|
| GARY | Accident-not at fault | | 11/05/2020 |
| BRADLEY | Accident | | 04/19/2021 |

Aguilar_Brewtwon079

DIANA NICKLES
THE WALKER AGENCY
1501 SAN JUAN BLVD STE 201
FARMINGTON, NM 87401
Phone: 505-326-4952 | Fax: 505-212-0170


TRAVELERS

Dear GARY LANIER,

Based on the information you provided to us for your
12 month policy, the pro-rated premium from
10/07/2021 until renewal is

**Mailing Address**

# $352.00
Pro-Rated Premium

# $2,380.00
New Total
Current Total $1,769.00

## Coverages

| Coverages | Limits or Deductibles | 2001 BUICK LESABRE CU | 1998 CHEVR PICKUP 150 | 2020 BMW 230I XDRIV |
|---|---|---|---|---|
| Liability | 50,000/100,000 | $243.00 | $267.00 | $206.00 |
| Property Damage | 50,000 | $162.00 | $188.00 | $119.00 |
| Uninsd/Underinsd Motorists | 50,000/100,000 | $86.00 | $72.00 | $91.00 |
| Uninsd/Underinsd Motorist PD | 50,000 | $9.00 | $9.00 | $10.00 |
| Medical Payments | 5,000 | $45.00 | $31.00 | $49.00 |
| Comprehensive | - \| - \| 500 | | | $137.00 |
| Glass Deductible | - \| - \| 50 | | | Incl |
| Collision | - \| - \| 500 | | | $602.00 |
| Rental | - \| - \| 50/1,500 | | | $31.00 |
| Personal Property Covg | - \| - \| 500 | | | Pkg |
| Roadside Assistance Coverage | - \| - \| 100 | | | Pkg |
| Trip Interruption Coverage | | | | Pkg |
| Premier Roadside Assistance | | | | $23.00 |
| **TOTAL PER VEHICLE** | | $545.00 | $567.00 | $1,268.00 |

## Discounts & Advantages

| | | |
|---|---|---|
| Anti-Theft | New Car | Early Quote |
| Continuous Ins | EFT | Good Payer |
| Multi-Car | Multi-Policy | Safe Driver |

**Your Total Savings Reflected In Your Total Premium:**    $2154.00

Aguilar_Brewtwon080

**TRAVELERS**

Named insured
GARY LANIER

This Auto Policy Change has been successfully issued

| | |
|---|---|
| Policy Number | |
| Transaction Effective Date | 10/07/2021 |
| Policy Term | 05/05/2021 - 05/05/2022 |
| Transaction Premium | $352.00 |
| Premium | $2,380.00 |

**Special Messages**

Customer will receive billing and policy documents by mail.

Your agency is responsible for collecting and retaining signed and required UM documents

To update the EFT/RCC payment deduction data, click Automatic Payment Plans

**Account Rounding**

Aguilar_Brewtwon081

**TRAVELERS**

Named Insured
GARY LANIER

▮▮▮▮▮▮▮▮

This Auto Policy Change has been successfully issued

| | |
|---|---|
| Policy Number | ▮▮▮▮▮▮ |
| Transaction Effective Date | 10/07/2021 |
| Policy Term | 05/05/2021 - 05/05/2022 |
| Transaction Premium | $352.00 |
| Premium | $2,380.00 |

**Special Messages**

Customer will receive billing and policy documents by mail.

Your agency is responsible for collecting and retaining signed and required UM documents

To update the EFT/RCC payment deduction date, click Automatic Payment Plans

**Account Rounding**

Aguilar_Brewtwon082

# REQUEST FOR COVERAGE CHANGE

**Insured Name:** GARY LANIER

**Date:** 10/7/21            **Time:** _____            **Effective Date:** 10/7/21

**Requested by:** GARY LANIER            **Received by:** DIANA

**Policy Number:** ▮▮▮▮▮▮▮▮

**ADD/CHANGE/REPLACE VEHICLE #** 2003 FORD

**Year/Make/Model:** 2020 BMW

**VIN #** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮            **Cost New:** _____

**Driver Name:** _____            **Social Security #** _____

**Driver Date of Birth** _____            **DL #** _____

**COVERAGE REQUESTED:**

**Liability** 50/100/50            **UM** 50/100/50            **Med. Pmts** 5000

**Comp Ded** 500/50G    **Coll Ded** 500            **Towing** YES    **Loss of Use** YES

**Loss Payee Name:** _____

            **Address:** _____

**DELETE VEHICLE #** _____            **Reason deleted:** _____

**Year/Make/Model:** _____

**ADD/DELETE DRIVER #** _____            **Reason if deleting:** _____

**Driver Name:** _____            **Social Security #** _____

**Driver Date of Birth** _____            **DL #** _____

**GPA for Good Student Discount:** _____            **Drivers Training?** _____

**Tickets or accidents last 3 yrs:** _____

**ADD/DELETE/CHANGE PROPERTY**

**Location:** _____

**Mortgagee/Loss Payee:** _____

            **Address:** _____

**CHANGE PHYSICAL/MAILING ADDRESS**

**Address:** _____

**City:** _____            **State:** _____    **Zip Code:** _____

**Home Phone #** _____            **Work Phone #** _____

**Other Changes:** _____

**Date called in:** _____            **or mailed in:** _____

**Company:** _____    **Confirmed by or Confirmation #:** _____

**Additional Premium This Term $** _____            **New Premium $** _____

_Hary D. Lanier_            _10-07-21_

**Insured Signature**            **Date**

Aguilar_Brewtwon083

**FILED**
**2ND JUDICIAL DISTRICT COURT**
**Bernalillo County**
**2/17/2023 11:44 AM**
**CLERK OF THE COURT**
**Catherine Chavez**

**STATE OF NEW MEXICO**
**COUNTY OF BERNALILLO**
**SECOND JUDICIAL DISTRICT COURT**

Case No.  D-202-CV-2023-01173

CARLOS AGUILAR-TAFOYA, and
BRADLEY BREWTON, both individually and
on behalf of other similarly situated individuals,

        Plaintiffs,

  v.

THE TRAVELERS INDEMNITY COMPANY
THE STANDARD FIRE INSURANCE COMPANY,
TRAVELERS CASUALTY AND SURETY COMPANY,
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,
THE TRAVELERS CASUALTY COMPANY,
TRAVELERS CASUALTY COMPANY OF CONNECTICUT,
TRAVELERS INDEMNITY COMPANY OF AMERICA,
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,
TRAVELERS PERSONAL INSURANCE COMPANY,
TRAVELERS PERSONAL SECURITY INSURANCE COMPANY,
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,
TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,
TRAVELERS COMMERCIAL CASUALTY COMPANY, and
TRAVELERS COMMERCIAL INSURANCE COMPANY

        Defendants.

### PLAINTIFF'S COURT-ANNEXED ARBITRATION CERTIFICATION

Attorneys for Plaintiff, pursuant to Second Judicial District Local Rule 2-603, certify as follows:

_____ This party seeks **only a money judgment and the amount sought does not exceed** fifty thousand dollars ($50,000.00) exclusive of punitive damages, interest, costs and attorney fees.

__X__ This party seeks relief **other than a money judgment and/or seeks relief in excess of** fifty thousand dollars ($50,000.00) exclusive of punitive damages, interest, costs and attorney fees.

                Respectfully submitted,

                /s/ *Kedar Bhasker*

1

Kedar Bhasker
LAW OFFICE OF KEDAR BHASKER, LLC
2741 Indian School Rd. NE
Albuquerque, NM 87106
Phone: 505 407-2088
Kedar@bhaskerlaw.com

*One of Plaintiffs' Counsel*

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
2/17/2023 11:44 AM
CLERK OF THE COURT
Catherine Chavez

**STATE OF NEW MEXICO**
**COUNTY OF BERNALILLO**
**SECOND JUDICIAL DISTRICT COURT**

Case No.  D-202-CV-2023-01173

CARLOS AGUILAR-TAFOYA, and
BRADLEY BREWTON, both individually and
on behalf of other similarly situated individuals,

       Plaintiffs,

   v.

THE TRAVELERS INDEMNITY COMPANY
THE STANDARD FIRE INSURANCE COMPANY,
TRAVELERS CASUALTY AND SURETY COMPANY,
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,
THE TRAVELERS CASUALTY COMPANY,
TRAVELERS CASUALTY COMPANY OF CONNECTICUT,
TRAVELERS INDEMNITY COMPANY OF AMERICA,
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,
TRAVELERS PERSONAL INSURANCE COMPANY,
TRAVELERS PERSONAL SECURITY INSURANCE COMPANY,
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,
TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,
TRAVELERS COMMERCIAL CASUALTY COMPANY, and
TRAVELERS COMMERCIAL INSURANCE COMPANY

       Defendants.

## JURY DEMAND

Plaintiffs by and through their undersigned counsel of record, hereby demands a trial by jury of six (6) jurors in the above entitled and numbered cause and states Plaintiffs have paid a jury fee in the amount of $150.00.

Respectfully Submitted:

LAW OFFICE OF KEDAR BHASKER
/s/ *Kedar Bhasker*
KEDAR BHASKER

1

Attorney for Plaintiff
2741 Indian School Rd. NE
Albuquerque, NM 87106
Phone:  505 407-2088
Kedar@bhaskerlaw.com

**FILED**
**2ND JUDICIAL DISTRICT COURT**
**Bernalillo County**
**2/23/2023 2:16 PM**
**CLERK OF THE COURT**
**Angela M Simpson**

# STATE OF NEW MEXICO
## OFFICE OF SUPERINTENDENT OF INSURANCE

## CERTIFICATE

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT JUDICIAL DISTRICT

CARLOS AGUILAR-TAFOYA
Plaintiff,

v.                                                          D-202-CV-2023-01173

TRAVELERS COMMERCIAL INSURANCE COMPANY
Defendants,

### ACCEPTANCE OF SERVICE

I, Jennifer A. Catechis, Interim Superintendent of Insurance of the State of New Mexico, do hereby certify that a copy of a Summons was served on Travelers Commercial Insurance Company on 02/22/2023 as provided in Section 59A-5-31 and 59A-5-32 NMSA 1978, and was received by said company on 02/22/2023 confirmed by Electronic Acceptance.



In Witness Whereof, I have
hereunto set my official seal
on February 22, 2023.

Superintendent of Insurance

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
2/23/2023 2:16 PM
CLERK OF THE COURT
Angela M Simpson

# STATE OF NEW MEXICO
# OFFICE OF SUPERINTENDENT OF INSURANCE

## CERTIFICATE

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT JUDICIAL DISTRICT

CARLOS AGUILAR-TAFOYA
Plaintiff,

v.                                                          D-202-CV-2023-01173

TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY
Defendants,

## ACCEPTANCE OF SERVICE

I, Jennifer A. Catechis, Interim Superintendent of Insurance of the State of New Mexico, do hereby certify that a copy of a Summons was served on Travelers Property Casualty Insurance Company on 02/22/2023 as provided in Section 59A-5-31 and 59A-5-32 NMSA 1978, and was received by said company on 02/22/2023 confirmed by Electronic Acceptance.



In Witness Whereof, I have
hereunto set my official seal
on February 22, 2023.

Superintendent of Insurance

**FILED**
2ND JUDICIAL DISTRICT COURT
**Bernalillo County**
**2/23/2023 2:16 PM**
CLERK OF THE COURT
**Angela M Simpson**

# STATE OF NEW MEXICO
## OFFICE OF SUPERINTENDENT OF INSURANCE

## CERTIFICATE

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT JUDICIAL DISTRICT

CARLOS AGUILAR-TAFOYA
Plaintiff,

v.                                                    D-202-CV-2023-01173

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Defendants,

### ACCEPTANCE OF SERVICE

I, Jennifer A. Catechis, Interim Superintendent of Insurance of the State of New Mexico, do hereby certify that a copy of a Summons was served on Travelers Property Casualty Company of America on 02/22/2023 as provided in Section 59A-5-31 and 59A-5-32 NMSA 1978, and was received by said company on 02/22/2023 confirmed by Electronic Acceptance.



In Witness Whereof, I have
hereunto set my official seal
on February 22, 2023.

Superintendent of Insurance

**FILED**
2ND JUDICIAL DISTRICT COURT
**Bernalillo County**
**2/23/2023 2:16 PM**
CLERK OF THE COURT
**Angela M Simpson**

# STATE OF NEW MEXICO
## OFFICE OF SUPERINTENDENT OF INSURANCE

## CERTIFICATE

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT JUDICIAL DISTRICT

CARLOS AGUILAR-TAFOYA
Plaintiff,

v.                                                    D-202-CV-2023-01173

TRAVELERS PERSONAL SECURITY INSURANCE COMPANY
Defendants,

### ACCEPTANCE OF SERVICE

I, Jennifer A. Catechis, Interim Superintendent of Insurance of the State of New Mexico, do hereby certify that a copy of a Summons was served on Travelers Personal Security Insurance Company on 02/22/2023 as provided in Section 59A-5-31 and 59A-5-32 NMSA 1978, and was received by said company on 02/22/2023 confirmed by Electronic Acceptance.



In Witness Whereof, I have
hereunto set my official seal
on February 22, 2023.

Superintendent of Insurance

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
2/23/2023 2:16 PM
CLERK OF THE COURT
Angela M Simpson

# STATE OF NEW MEXICO
# OFFICE OF SUPERINTENDENT OF INSURANCE

## CERTIFICATE

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT JUDICIAL DISTRICT

CARLOS AGUILAR-TAFOYA
Plaintiff,

v.                                                          D-202-CV-2023-01173

TRAVELERS PERSONAL INSURANCE COMPANY
Defendants,

## ACCEPTANCE OF SERVICE

I, Jennifer A. Catechis, Interim Superintendent of Insurance of the State of New Mexico, do hereby certify that a copy of a Summons was served on Travelers Personal Insurance Company on 02/22/2023 as provided in Section 59A-5-31 and 59A-5-32 NMSA 1978, and was received by said company on 02/22/2023 confirmed by Electronic Acceptance.



In Witness Whereof, I have
hereunto set my official seal
on February 22, 2023.

Superintendent of Insurance

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
2/23/2023 2:16 PM
CLERK OF THE COURT
Angela M Simpson

## STATE OF NEW MEXICO
## OFFICE OF SUPERINTENDENT OF INSURANCE

## CERTIFICATE

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT JUDICIAL DISTRICT

CARLOS AGUILAR-TAFOYA
Plaintiff,

v.                                                                    D-202-CV-2023-01173

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT (THE)
Defendants,

ACCEPTANCE OF SERVICE

I, Jennifer A. Catechis, Interim Superintendent of Insurance of the State of New Mexico, do hereby certify that a copy of a Summons was served on Travelers Indemnity Company of Connecticut (The) on 02/22/2023 as provided in Section 59A-5-31 and 59A-5-32 NMSA 1978, and was received by said company on 02/22/2023 confirmed by Electronic Acceptance.



In Witness Whereof, I have
hereunto set my official seal
on February 22, 2023.

Superintendent of Insurance

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
2/23/2023 2:16 PM
CLERK OF THE COURT
Angela M Simpson

# STATE OF NEW MEXICO
# OFFICE OF SUPERINTENDENT OF INSURANCE

## CERTIFICATE

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT JUDICIAL DISTRICT

CARLOS AGUILAR-TAFOYA
Plaintiff,

v.                                                           D-202-CV-2023-01173

TRAVELERS INDEMNITY COMPANY (THE)
Defendants,

### ACCEPTANCE OF SERVICE

I, Jennifer A. Catechis, Interim Superintendent of Insurance of the State of New Mexico, do hereby certify that a copy of a Summons was served on Travelers Indemnity Company (The) on 02/22/2023 as provided in Section 59A-5-31 and 59A-5-32 NMSA 1978, and was received by said company on 02/22/2023 confirmed by Electronic Acceptance.



In Witness Whereof, I have
hereunto set my official seal
on February 22, 2023.


Superintendent of Insurance

**FILED**
**2ND JUDICIAL DISTRICT COURT**
**Bernalillo County**
**2/23/2023 2:16 PM**
**CLERK OF THE COURT**
**Angela M Simpson**

# STATE OF NEW MEXICO
## OFFICE OF SUPERINTENDENT OF INSURANCE

## CERTIFICATE

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT JUDICIAL DISTRICT

CARLOS AGUILAR-TAFOYA
Plaintiff,

v.                                                          D-202-CV-2023-01173

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA
Defendants,

### ACCEPTANCE OF SERVICE

I, Jennifer A. Catechis, Interim Superintendent of Insurance of the State of New Mexico, do hereby certify that a copy of a Summons was served on Travelers Casualty Insurance Company of America on 02/22/2023 as provided in Section 59A-5-31 and 59A-5-32 NMSA 1978, and was received by said company on 02/22/2023 confirmed by Electronic Acceptance.



In Witness Whereof, I have
hereunto set my official seal
on February 22, 2023.

Superintendent of Insurance

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
2/23/2023 2:16 PM
CLERK OF THE COURT
Angela M Simpson

# STATE OF NEW MEXICO
## OFFICE OF SUPERINTENDENT OF INSURANCE

## CERTIFICATE

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT JUDICIAL DISTRICT

CARLOS AGUILAR-TAFOYA
Plaintiff,

v.                                                      D-202-CV-2023-01173

TRAVELERS CASUALTY COMPANY OF CONNECTICUT
Defendants,

### ACCEPTANCE OF SERVICE

I, Jennifer A. Catechis, Interim Superintendent of Insurance of the State of New Mexico, do hereby certify that a copy of a Summons was served on Travelers Casualty Company of Connecticut on 02/22/2023 as provided in Section 59A-5-31 and 59A-5-32 NMSA 1978, and was received by said company on 02/22/2023 confirmed by Electronic Acceptance.

In Witness Whereof, I have
hereunto set my official seal
on February 22, 2023.

Superintendent of Insurance

**FILED**
**2ND JUDICIAL DISTRICT COURT**
**Bernalillo County**
**2/23/2023 2:16 PM**
**CLERK OF THE COURT**
**Angela M Simpson**

# STATE OF NEW MEXICO
## OFFICE OF SUPERINTENDENT OF INSURANCE

## CERTIFICATE

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT JUDICIAL DISTRICT

CARLOS AGUILAR-TAFOYA
Plaintiff,

v.                                                    D-202-CV-2023-01173

TRAVELERS CASUALTY COMPANY (THE)
Defendants,

### ACCEPTANCE OF SERVICE

I, Jennifer A. Catechis, Interim Superintendent of Insurance of the State of New Mexico, do hereby certify that a copy of a Summons was served on Travelers Casualty Company (The) on 02/22/2023 as provided in Section 59A-5-31 and 59A-5-32 NMSA 1978, and was received by said company on 02/22/2023 confirmed by Electronic Acceptance.



In Witness Whereof, I have
hereunto set my official seal
on February 22, 2023.

Superintendent of Insurance

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
2/23/2023 2:16 PM
CLERK OF THE COURT
Angela M Simpson

# STATE OF NEW MEXICO
# OFFICE OF SUPERINTENDENT OF INSURANCE

## CERTIFICATE

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT JUDICIAL DISTRICT

CARLOS AGUILAR-TAFOYA
Plaintiff,

v.                                                    D-202-CV-2023-01173

TRAVELERS CASUALTY AND SURETY COMPANY
Defendants,

### ACCEPTANCE OF SERVICE

I, Jennifer A. Catechis, Interim Superintendent of Insurance of the State of New Mexico, do hereby certify that a copy of a Summons was served on Travelers Casualty and Surety Company on 02/22/2023 as provided in Section 59A-5-31 and 59A-5-32 NMSA 1978, and was received by said company on 02/22/2023 confirmed by Electronic Acceptance.



In Witness Whereof, I have
hereunto set my official seal
on February 22, 2023.

Superintendent of Insurance

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
2/23/2023 2:16 PM
CLERK OF THE COURT
Angela M Simpson

# STATE OF NEW MEXICO
## OFFICE OF SUPERINTENDENT OF INSURANCE

## CERTIFICATE

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT JUDICIAL DISTRICT

CARLOS AGUILAR-TAFOYA
Plaintiff,

v.                                                          D-202-CV-2023-01173

STANDARD FIRE INSURANCE COMPANY (THE)
Defendants,

### ACCEPTANCE OF SERVICE

I, Jennifer A. Catechis, Interim Superintendent of Insurance of the State of New Mexico, do hereby certify that a copy of a Summons was served on Standard Fire Insurance Company (The) on 02/22/2023 as provided in Section 59A-5-31 and 59A-5-32 NMSA 1978, and was received by said company on 02/22/2023 confirmed by Electronic Acceptance.



In Witness Whereof, I have
hereunto set my official seal
on February 22, 2023.

Superintendent of Insurance

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
2/23/2023 2:16 PM
CLERK OF THE COURT
Angela M Simpson

# STATE OF NEW MEXICO
# OFFICE OF SUPERINTENDENT OF INSURANCE

## CERTIFICATE

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT JUDICIAL DISTRICT

CARLOS AGUILAR-TAFOYA
Plaintiff,

v.                                           D-202-CV-2023-0117

TRAVELERS COMMERCIAL CASUALTY COMPANY
Defendants,

### ACCEPTANCE OF SERVICE

I, Jennifer A. Catechis, Interim Superintendent of Insurance of the State of New Mexico, do hereby certify that a copy of a Summons was served on Travelers Commercial Casualty Company on 02/22/2023 as provided in Section 59A-5-31 and 59A-5-32 NMSA 1978, and was received by said company on 02/22/2023 confirmed by Electronic Acceptance.



In Witness Whereof, I have
hereunto set my official seal
on February 22, 2023.

Superintendent of Insurance

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
2/28/2023 9:27 AM
CLERK OF THE COURT
Alyssa Garza

## SUMMONS

| | |
|---|---|
| District Court: Second<br>Bernalillo County, New Mexico<br>Court Address:<br>Post Office Box 488/400 Lomas Blvd. NW<br>Albuquerque, New Mexico 87103/87102<br>Court Telephone No.: (505)841-7451 | Case Number:<br>D-202-CV-2023-01173<br>Assigned Judge:<br>Denise Barela-Shepherd |
| Plaintiffs: Carlos Aguilar-Tafoya and Bradley Brewton, individually and on behalf of other similarly situated individuals,<br><br>v.<br><br>The Travelers Indemnity Company The Standard Fire Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty Insurance Company of America, The Travelers Casualty Company, Travelers Casualty Company of Connecticut, Travelers Indemnity Company of America, Travelers Indemnity Company of Connecticut, Travelers Personal Insurance Company, Travelers Personal Security Insurance Company, Travelers Property Casualty Company of America, Travelers Property Casualty Insurance Company, Travelers Commercial Casualty Company, and Travelers Commercial Insurance Company,<br>Defendants. | Defendant Name:<br>Travelers Indemnity Company of America<br>c/o Office of the Superintendent of Insurance<br>Service of Process<br>Electronic Service<br>Santa Fe, New Mexico   87504 |

**TO THE ABOVE-NAMED DEFENDANT(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.      You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.      If you need an interpreter, you must ask for one in writing.

7.      You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at _____, New Mexico, this ____ day of _____, 20___.  2/21/2023

CLERK OF DISTRICT COURT
KATINA WATSON

SECOND JUDICIAL DISTRICT COURT
CLERK OF THE COURT

By: _____
Deputy Clerk

/s/Geoffrey R. Romero, Attorney at Law
Attorney for Plaintiffs
Name:            Geoffrey R. Romero
Address:         4801 All Saints Road NW
Telephone No.:   505-247-3338
Fax No.:         505-271-1539
Email Address:   Geoff@GeoffRomeroLaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF NEW MEXICO )
                    )ss
COUNTY OF _LEA_     )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in ___LEA___ county on the _24th_ day of _February_, _2023_, by delivering a copy of this summons, copy of complaint, jury demand, court-annexed arbitration certificate in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint, jury demand, court-annexed arbitration certificate attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons, complaint, jury demand and court-annexed arbitration certificate.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons, complaint, jury demand and court-annexed arbitration certificate by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[X]    to *Leticia Mendoza c/o CSC of Lea County, Registered Agent*, an agent authorized to receive service of process for defendant *Travelers Indemnity Company of America*.

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]    to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: ___*107.41*___

*Janice S. Fagan*
Signature of person making service

*Process Server*
Title (*if any*)

STATE OF NEW MEXICO
NOTARY PUBLIC
SUZY GREEN
COMMISSION #1107838
EXPIRES SEPTEMBER 11, 2028

Subscribed and sworn to before me this 24th day of February, 2023

*Suzy Green*
Judge, notary or other officer authorized to administer oaths

Notary
Official title

## USE NOTE

1.    Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2.    If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]